MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar No. 168292
KIM ALEXANDER KANE, State Bar No. 226896
MATTHEW S. WEILER, State Bar No. 236052
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000 / Fax: 415.442.1001
jfloren@morganlewis.com
kkane@morganlewis.com
mweiler@morganlewis.com
Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

ROBBINS UMEDA LLP
BRIAN J. ROBBINS, State Bar No. 190264
FELIPE J. ARROYO, State Bar No. 163803
SHANE P. SANDERS, State Bar No. 237146
KEVIN S. KIM, State Bar No. SBN 275200
600 B Street, Suite 1900
San Diego, CA 92101
Tel: 619.525.3990 / Fax: 619.525.3991
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
ssanders@robbinsumeda.com
kkim@robbinsumeda.com

Attorneys for Plaintiff
PHILIP RICCIARDI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. LYNCH, et al.,<br><br>Defendants. | Case No. CV-12-6003-EJD<br><br>**STIPULATION EXTENDING TIME FOR ALL DEFENDANTS' RESPONSES TO VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br><br>**[CIVIL L.R. 6-1(a)]**<br><br>Honorable Edward J. Davila |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 72550099.1

STIP. EXTENDING TIME FOR ALL DEFS'
RESPONSES TO COMPLAINT
CASE NO. CV-12-6003-EJD

1  Pursuant to Local Rule 6-1(a), Plaintiff and Nominal Defendant Hewlett-Packard
2  Company ("HP") hereby agree and stipulate, by and through their undersigned counsel of record,
3  that good cause exists to extend the deadline for all Defendants' responses to the Complaint in
4  this action for the reasons stated below, and that this Stipulation shall be effective as to Plaintiff
5  and as to all Defendants upon its filing with the Court.

6  WHEREAS, four shareholder derivative actions, including the above-captioned action,
7  have been filed in the Northern District of California since November 26, 2012 on behalf of
8  nominal defendant HP against defendants, including certain of HP's current and former directors
9  and officers as well as other persons and entities, arising from substantially the same subject
10 matter and based on substantially similar alleged transactions and occurrences;

11 WHEREAS each of these four derivative actions was filed by different plaintiffs,
12 represented by three different plaintiffs' counsel;

13 WHEREAS, the parties anticipate that: (i) the four pending derivative actions will be
14 consolidated or otherwise coordinated by court order and a lead plaintiff/lead counsel will be
15 appointed, pursuant either to stipulation or motion; (ii) once lead plaintiff/lead counsel has been
16 appointed, plaintiffs will file a single consolidated shareholder derivative complaint covering the
17 four currently pending derivative actions; and (iii) the schedule for responses to such consolidated
18 shareholder derivative complaint will be established by further stipulation and/or order;

19 WHEREAS, the current deadline for HP to answer, move to dismiss, or otherwise respond
20 to the Complaint in this action is December 19, 2012; and

21 WHEREAS, because the parties, therefore, expect that the originally filed Complaint will
22 not, ultimately, be the operative complaint in this action, the parties believe it would be
23 duplicative and wasteful of the Court's and parties' resources for HP or any of the named
24 defendants in this action to be required to respond to the Complaint prior to the anticipated
25 agreement or decision on consolidation of the four derivative actions and the appointment of lead
26 plaintiff/lead counsel.
27 //
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 72550099.1

1

STIP. EXTENDING TIME FOR ALL DEFS'
RESPONSES TO COMPLAINT
CASE NO. CV-12-6003-EJD

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The date by which Nominal Defendant HP is required to answer, move, or otherwise respond to the Complaint herein is hereby extended by sixty-two (62) days, to and including February 19, 2013.[1]

2. The dates by which all other Defendants who have been served with the Complaint or appeared in the action are required to answer, move, or otherwise respond to the Complaint herein are also hereby extended to February 19, 2013; provided, however, that as to any Defendant who is served with the Complaint or appears in the action less than 21 days prior to February 19, 2013, the deadline for such Defendant's answer, motion, or other response to the Complaint shall be determined according to the Federal Rules of Civil Procedure or such other stipulation or court order as may hereafter be entered.

3. No Defendant shall be deemed to have waived or otherwise relinquished any rights, arguments, or defenses of any kind by not filing an answer, motion, or other response to the Complaint prior to February 19, 2013.

4. Pursuant to Local Rule 6-1(a), this stipulation shall be effective upon its filing with the Court and shall extend all Defendants' time to respond to the Complaint as provided in Paragraph 2 above, without further act or order of the Court.

//
//
//
//
//
//
//

---

[1] A sixty-day extension would fall on a Sunday, February 17, and Monday, February 18 is a court holiday.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB1/ 72550099.1

2

STIP. EXTENDING TIME FOR ALL DEFS' RESPONSES TO COMPLAINT
CASE NO. CV-12-6003-EJD

5. This stipulation is without prejudice to the right of HP and all other Defendants to seek further extensions of time or of any requirement to respond to any complaint on file herein for any reason, which right is expressly reserved.

Dated: December 18, 2012    MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Joseph E. Floren
   Joseph E. Floren
   Kim Alexander Kane
   Matthew S. Weiler
   Attorneys for Nominal Defendant
   HEWLETT-PACKARD COMPANY

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION EXTENDING TIME FOR ALL DEFENDANTS' RESPONSES TO VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT. In compliance with General Order 45.X.B, I hereby attest that the signatory below has concurred in this filing.

Dated: December 18, 2012    ROBBINS UMEDA LLP

By   /s/ Shane P. Sanders
   Brian J. Robbins
   Felipe J. Arroyo
   Shane P. Sanders
   Kevin S. Kim
   Attorneys for Plaintiff
   PHILIP RICCIARDI

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 72550099.1

3

STIP. EXTENDING TIME FOR ALL DEFS'
RESPONSES TO COMPLAINT
CASE NO. CV-12-6003-EJD