Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Philip Ricciardi,

                    Plaintiff(s),

        v.

Michael R. Lynch, et al.,

                    Defendant(s).

Case No: 12-cv-6003 EJD

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marc J. Sonnenfeld, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nominal Defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Joseph E. Floren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1701 Market Street<br>Philadelphia, PA 19103-2921 | One Market Street, Spear Tower<br>San Francisco, CA 94105-1126 |
| MY TELEPHONE # OF RECORD:<br>(215) 963-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 442-1000 |
| MY EMAIL ADDRESS OF RECORD:<br>msonnenfeld@morganlewis.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jfloren@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 17210.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/12                    Marc J. Sonnenfeld
                                   APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marc J. Sonnenfeld is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/28/2012

                                   UNITED STATES DISTRICT JUDGE

# EXHIBIT A – SONNENFELD



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Marc J. Sonnenfeld, Esq.

**DATE OF ADMISSION**

**November 17, 1971**

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: October 24, 2012**

Patricia A. Johnson
Chief Clerk