Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Philip Ricciardi,

            Plaintiff(s),

v.

Michael R. Lynch, et al.,

           Defendant(s).

Case No: 12-cv-6003 EJD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)**

I, Karen Pieslak Pohlmann, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Nominal Defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Joseph E. Floren, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 1701 Market Street<br>Philadelphia, PA 19103-2921 | One Market Street, Spear Tower<br>San Francisco, CA 94105-1126 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (215) 963-5000 | (415) 442-1000 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| kpohlmann@morganlewis.com | jfloren@morganlewis.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 60079.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/20/12

                                                    Karen Pieslak Pohlmann
                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Karen Pieslak Pohlmann is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/28/2012

                                                  UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                   *October 2012*

# EXHIBIT A – PIESLAK POHLMANN



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Karen A. Pieslak Pohlmann, Esq.

**DATE OF ADMISSION**

*December 14, 1990*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 26, 2012

John W. Person Jr., Esq.
Deputy Prothonotary