1 | ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
2 | brobbins@robbinsumeda.com
FELIPE J. ARROYO (163803)
3 | farroyo@robbinsumeda.com
SHANE P. SANDERS (237146)
4 | ssanders@robbinsumeda.com
KEVIN S. KIM (275200)
5 | kkim@robbinsumeda.com
600 B Street, Suite 1900
6 | San Diego, CA 92101
Telephone:  (619) 525-3990
7 | Facsimile: (619) 525-3991

8 | Attorneys for Plaintiff

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | PHILIP RICCIARDI, Derivatively on Behalf    )   Case No. 5:12-cv-06003-EJD
of HEWLETT-PACKARD COMPANY,    )
13 |                     )
               Plaintiff,    )   NOTICE OF FIRM NAME CHANGE
14 |       v.    )
                    )
15 | MICHAEL R. LYNCH, LÉO    )
APOTHEKER, MARGARET C.    )
16 | WHITMAN, CATHERINE A. LESJAK, G.    )
KENNEDY THOMPSON, RAJIV L.    )
17 | GUPTA, SHUMEET BANERJI, GARY M.    )
REINER, JOHN H. HAMMERGREN,    )
18 | MARC L. ANDREESSEN, RAYMOND J.    )
LANE, PATRICIA F. RUSSO, ANN M.    )
19 | LIVERMORE, RALPH V. WHITWORTH,    )
SHANE V. ROBISON, LAWRENCE T.    )
20 | BABBIO, JR., SARI M. BALDAUF,    )
DOMINIQUE SENEQUIER, DELOITTE    )
21 | LLP, KPMG LLP, PERELLA WEINBERG    )
PARTNERS UK LLP, and BARCLAYS    )
22 | CAPITAL,    )
                    )
23 |               Defendants,    )
      -and-    )
24 |                     )
HEWLET-PACKARD COMPANY, a    )
25 | Delaware corporation,    )
                    )
26 |            Nominal Defendant.    )
                    )   <u>DEMAND FOR JURY TRIAL</u>
27 |
28 |

TO:     CLERK OF COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that effective January 1, 2013, the law firm of Robbins Umeda LLP will change its name to Robbins Arroyo LLP (the "Firm").  This change will not affect the Firm's address, telephone number, or facsimile number.  The Firm's website address will be www.robbinsarroyo.com and e-mail addresses for the Firm's members and employees will be firstinitiallastname@robbinsarroyo.com.  Please update your records accordingly.

Dated: December 28, 2012

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
KEVIN S. KIM


                           /s/ Shane P. Sanders
                         SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
ssanders@robbinsumeda.com
kkim@robbinsumeda.com

Attorneys for Plaintiff Philip Ricciardi

823801

NOTICE OF FIRM NAME CHANGE

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 28, 2012, I authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP | MORGAN, LEWIS & BOCKIUS LLP |
| JOSEPH E. FLOREN | MARC J. SONNENFELD |
| KIMBERLY ALEXANDER KANE | KAREN A. PIESLAK POHLMANN |
| MATTHEW S. WEILER | 1701 Market Street |
| One Market Street, Spear Street Tower | Philadelphia, PA 19103 |
| San Francisco, CA 94105 | Telephone:  (215) 963-5146 |
| Telephone:  (415) 442-1000 | Facsimile:  (215) 963-5001 |
| Facsimile:  (415) 442-1001 | msonnenfeld@morganlewis.com |
| jfloren@morganlewis.com | kpohlmann@morganlewis.com |
| kkane@morganlewis.com | |
| mweiler@morganlewis.com | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 28, 2012.

/s/ Shane P. Sanders
SHANE P. SANDERS

NOTICE OF FIRM NAME CHANGE