COOLEY LLP
STEPHEN C. NEAL (170085)
nealsc@cooley.com
JOHN C. DWYER (136533)
dwyerjc@cooley.com
JEFFREY M. KABAN (235743)
jkaban@cooley.com
JEFFREY M. WALKER (280505)
jwalker@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendant
Margaret C. Whitman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP RICCARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL,<br><br>Defendants,<br><br>and<br><br>HEWLET-PACKARD COMPANY, a Delaware corporation,<br><br>Nominal Defendant. | Case No.  12-CV-06003-CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT MARGARET C. WHITMAN**<br><br><br>Hon. Charles R. Breyer |

TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that Stephen C. Neal, John C. Dwyer, Jeffrey M. Kaban and Jeffrey M. Walker of Cooley LLP hereby appear as counsel of record in this action for Defendant Margaret C. Whitman. Mr. Neal, Mr. Dwyer, Mr. Kaban and Mr. Walker are all admitted to practice in California and before this Court. Their address, telephone number and facsimile number are as follows:

> COOLEY LLP
> Stephen C. Neal
> John C. Dwyer
> Jeffrey M. Kaban
> Jeffrey M. Walker
> Five Palo Alto Square
> 3000 El Camino Real
> Palo Alto, CA 94306-2155
> Telephone: (650) 843-5000
> Facsimile: (650) 849-7400

Please serve said counsel with all pleadings, notices and other filings in this action.

Dated: January 15, 2013

COOLEY LLP
STEPHEN C. NEAL (170085)
JOHN C. DWYER (136533)
JEFFREY M. KABAN (235743)
JEFFREY M. WALKER (280505)


 /s/John C. Dwyer
John C. Dwyer (136533)
Attorneys for Defendant
Margaret C. Whitman

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1091259 v1/HN

2.

**NOTICE OF APPEARANCE OF COUNSEL**
**12-CV-06003-CRB**