ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
FELIPE J. ARROYO (163803)
farroyo@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
KEVIN S. KIM (275200)
kkim@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*[Proposed] Co-Lead Counsel for Plaintiffs and
Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza,
and The City of Birmingham Retirement and Relief System*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. LYNCH, LÉO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL, <br><br> Defendants, <br><br> -and- <br><br> HEWLET-PACKARD COMPANY, a Delaware corporation, <br><br> Nominal Defendant. | Lead Case No. 3:12-cv-06003-CRB <br><br><br> [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge: Hon. Charles R. Breyer <br> Courtroom: 6, 17th Floor <br> Date Action Filed: November 26, 2012 <br><br> Hearing Date: April 5, 2013 <br> Hearing Time: 10:00 a.m. |

[Caption continued on following page.]

---

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | ERNESTO ESPINOZA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, ) | Case No. 3:12-cv-06025-CRB |
| 2 | ) | |
| 3 | Plaintiff, )<br>v. ) | |
| 4 | ) MICHAEL R. LYNCH, LÉO APOTHEKER, ) | |
| 5 | MARGARET C. WHITMAN, CATHERINE A. ) LESJAK, JAMES T. MURRIN, G. KENNEDY ) | |
| 6 | THOMPSON, RAJIV L. GUPTA, SHUMEET ) BANERJI, GARY M. REINER, JOHN H. ) | |
| 7 | HAMMERGREN, MARC L. ANDREESSEN, ) RAYMOND J. LANE, PATRICIA F. RUSSO, ) | |
| 8 | ANN M. LIVERMORE, RALPH V. ) WHITWORTH, SHANE V. ROBISON, ) | |
| 9 | LAWRENCE T. BABBIO, JR., SARI M. ) BALDAUF, DOMINIQUE SENEQUIER, ) | |
| 10 | DELOITTE LLP, KPMG LLP, PERELLA ) WEINBERG PARTNERS UK LLP, and ) | |
| 11 | BARCLAYS CAPITAL, ) ) | |
| 12 | Defendants, ) -and- ) | Judge: Hon. Charles R. Breyer |
| 13 | ) HEWLETT-PACKARD COMPANY, a ) | Courtroom: 6, 17th Floor<br>Date Action Filed: November 26, 2012 |
| 14 | Delaware corporation, ) ) | Hearing Date: April 5, 2013 |
| 15 | Nominal Defendant. ) | Hearing Time: 10:00 a.m. |

[Caption continued on following page.]

---

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | ANDREA BASCHERI and JIM CHUNG, derivatively on behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06091-CRB |
| 2 | | |
| 3 | Plaintiffs,<br>v. | |
| 4 | LÉO APOTHEKER; MICHAEL R. LYNCH; SHANE V. ROBISON; CATHERINE A. LESJA; MARC L. ANDREESSEN; SHUMEET BANERJI; RAJIV L. GUPTA; JOHN H. HAMMERGREN; RAYMOND J. LANE; ANN M. LIVERMORE; GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; MARGARET C. WHITMAN; RALPH V. WHITWORTH; LAWRENCE T. BABBIO, JR.; DOMINIQUE SENEQUIER; KPMG LLP; DELOITTE LLP; and DOES 1 through 20, inclusive, | |
| 11 | Defendants,<br>-and- | Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Date Action Filed: November 26, 2012 |
| 12 | HEWLETT-PACKARD COMPANY, | Hearing Date: April 5, 2013<br>Hearing Time: 10:00 a.m. |
| 13 | Nominal Defendant. | |
| 14 | [Caption continued on following page.] | |

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| MARTIN BERTISCH, derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 3:12-cv-06123-CRB |
| Plaintiff, | |
| v. | |
| LÉO APOTHEKER, CATHERINE A. LESJAK, MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, SHUMEET BANERJI, RAJIV L. GUPTA, JOHN H. HAMMERGREN, RAYMOND J. LANE, ANN M. LIVERMORE, GARY M. REINER, PATRICIA F. RUSSO, DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON, MARGARET C. WHITMAN, RALPH V. WHITWORTH, MICHAEL R. LYNCH, JAMES T. MURRIN, SHANE V. ROBISON, KPMG LLP, PERELLA WEINBERG, and BARCLAYS CAPITAL, | |
| Defendants, | |
| -and- | Judge:  Hon. Charles R. Breyer |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | Courtroom:  6, 17th Floor<br>Date Action Filed:  November 26, 2012 |
| Nominal Defendant. | Hearing Date: April 5, 2013<br>Hearing Time: 10:00 a.m. |

[Caption continued on following page.]

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively and on Behalf of HEWLETT PACKARD COMPANY,<br><br>        Plaintiff,<br>    v.<br><br>LEO APOTHEKER, MICHAEL LYNCH, CATHERINE A. LESJACK, JAMES MURRIN, SHANE ROBISON, MARC ANDREESEN, SHUMEET BANDERJI, RAJIV GUPTA, JOHN HAMMERGREN, RAYMOND LANE, ANN LIVERMORE, GARY REINER PATRICIA RUSSO, G. KENNEDY THOMSPSON, MARGARET WHITMAN, RALPH WHITWORTH, SARI BALDAUF, DOMINIQUE SENEQUIER, LAWRENCE BABBIO, JR., DELOITTE LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL,<br><br>        Defendants,<br>    and<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Nominal Defendant. | Case No. 3:12-cv-06416-CRB<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6, 17th Floor<br>Date Action Filed: November 26, 2012<br><br>Hearing Date: April 5, 2013<br>Hearing Time: 10:00 a.m. |

[Caption continued on following page.]

---

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | |
|---|---|
| 1  JOSEPH TOLA, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | ) Case No. 3:12-cv-06423-CRB |
| 2 | ) |
| 3        Plaintiff,<br>        v. | ) |
| 4  MICHAEL R. LYNCH, LÉO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, JAMES T. MURRIN, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL SECURITIES LTD., | ) |
| 11 | ) |
| 12        Defendants,<br>        -and- | ) Judge: Hon. Charles R. Breyer<br>) Courtroom: 6, 17th Floor |
| 13  HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) Date Action Filed: November 26, 2012 |
| 14 | ) Hearing Date: April 5, 2013 |
| 15        Nominal Defendant.<br>[Caption continued on following page.] | ) Hearing Time: 10:00 a.m. |

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

| | | |
|---|---|---|
| 1 | STANLEY MORRICAL, | ) Case No. 3:12-cv-06434-CRB |
| 2 | Plaintiff, | ) |
| 3 | v. | ) |
| 4 | MARGARET C. WHITMAN; LÉO APOTHEKER; RAYMOND J. LANE; MARC L. ANDREESSEN; SHUMEET BANERJI; | ) |
| 5 | RAJIV L. GUPTA; JOHN H. HAMMERGREN; ANN M. LIVERMORE; | ) |
| 6 | GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; RALPH V. | ) |
| 7 | WHITWORTH; LAWRENCE T. BABBIO, JR.; SARI. M. BALDAUF; DOMINIQUE | ) |
| 8 | SENEQUIER; BARCLAYS INVESTMENT BANK; PERELLA WEINBERG PARTNERS | ) |
| 9 | LP; and KPMG LLP | ) |
| 10 | Defendants, | ) Judge: Hon. Charles R. Breyer |
|  | -and- | ) Courtroom: 6, 17th Floor |
| 11 |  | ) Date Action Filed: November 26, 2012 |
| 12 | HEWLETT-PACKARD COMPANY, | ) Hearing Date: April 5, 2013 |
|  | Nominal Defendant. | ) Hearing Time: 10:00 a.m. |

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

1. The Court, having considered the Motion to Consolidate Related Actions and Appoint Lead Plaintiff and Co-Lead Counsel ("Motion") filed by plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham Retirement and Relief System ("Plaintiffs"), and all papers submitted thereon and good cause appearing, HEREBY ORDERS:

1. Plaintiffs' Motion is GRANTED.

2. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Lead Case No. 3:12-cv-06003-CRB, (collectively "Consolidated Action"), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure:

| Case Name | Case Number | Date Filed |
| --- | --- | --- |
| *Ricciardi v Lynch et al.* | 3:12-cv-06003-CRB | 11/26/2012 |
| *Espinoza v Lynch et al.* | 3:12-cv-06025-CRB | 11/27/2012 |
| *Bascheri v Apotheker et al.* | 3:12-cv-06091-CRB | 11/30/2012 |
| *Bertisch v Apotheker et al.* | 3:12-cv-06123-CRB | 12/3/2012 |
| *The City of Birmingham Retirement and Relief System v Apotheker et al.* | 3:12-cv-06416-CRB | 12/18/2012 |
| *Tola v Lynch et al.* | 3:12-cv-06423-CRB | 12/18/2012 |
| *Morrical v Whitman et al.* | 3:12-cv-06434-CRB | 12/19/2012 |

3. Every pleading filed in this Consolidated Action, or in any separate action included herein, shall bear the following caption:

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
| --- | --- |
| IN RE HEWLETT PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | ) Lead Case No. 3:12-cv-06003-CRB<br>)<br>) (Consolidated with: 3:12-cv-06025-CRB;<br>) 3:12-cv-06091-CRB; 3:12-cv-06123-<br>) CRB; 3:12-cv-06416-CRB; 3:12-cv-<br>) 06423-CRB; 3:12-cv-06434-CRB)<br>)<br>) |

- 1 -

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

4.  All papers filed in connection with the Consolidated Action will be filed and maintained in one file under Lead Case No. 3:12-cv-06003-CRB.

5.  This Order shall apply to each shareholder derivative action on behalf of Hewlett Packard Company arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, remanded to, reassigned to, or transferred to this Court. Any such subsequently filed action shall be automatically consolidated into this action.

6.  Plaintiffs shall, within forty-five (45) days following the entry of order to serve and file a consolidated complaint or designate a previously-filed complaint as the operative complaint, which will supersede all existing complaints filed in these actions. Defendants need not respond to any of the pre-existing complaints. Service shall be effected with respect to any named defendant by serving the consolidated complaint on that defendant's counsel.

7.  Defendants shall, within forty-five (45) days following the filing of a consolidated complaint, file a response(s) to the operative complaint or consolidated shareholder derivative complaint.

8.  In the event that Defendants file any motions directed at the operative complaint or consolidated complaint, the opposition and reply briefs shall be filed within forty-five (45) and twenty (20) days, respectively, of the motions.

9.  The City of Birmingham Retirement and Relief System is appointed Lead Plaintiff for the conduct of this Consolidated Action.

10. The Co-Lead Counsel for plaintiffs for the conduct of this Consolidated Action shall be:

> **ROBBINS ARROYO LLP**
> BRIAN J. ROBBINS
> FELIPE J. ARROYO
> SHANE P. SANDERS
> KEVIN S. KIM
> 600 B Street, Suite 1900
> San Diego, CA 92101
> Telephone: (619) 525-3990

2

[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com
kkim@robbinsarroyo.com

**SAXENA WHITE P.A.**
Joseph E. White, III
Lester R. Hooker
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

11. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

12. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Plaintiffs' Co-Lead Counsel.

13. Plaintiffs' Co-Lead Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Plaintiffs' Co-Lead Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

14. Defendants' counsel may rely upon all agreements made with plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on plaintiffs.

15. When a case which properly belongs as part of the *In re Hewlett Packard Company Shareholder Derivative Litigation*, Lead Case No. 3:12-cv-06003-CRB, is hereafter filed in the Court, reassigned to the Court, or transferred here from another court, this Court requests

3
[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS AND APPOINTING LEAD PLAINTIFF AND CO-LEAD COUNSEL

Case Nos. 3:12-cv-06003-CRB; 3:12-cv-06025-CRB; 3:12-cv-06091-CRB; 3:12-cv-06123-CRB; 3:12-cv-06416-CRB; 3:12-cv-06423-CRB; 3:12-cv-06434-CRB

the assistance of counsel in calling to the attention of the clerk of the Court the filing, reassignment, or transfer of any case which might properly be consolidated as part of *In re Hewlett Packard Company Shareholder Derivative Litigation*, Lead Case No. 3:12-cv-06003-CRB, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE CHARLES R. BREYER
JUDGE OF THE DISTRICT COURT

Respectfully submitted,

ROBBINS ARROYO LLP
SHANE P. SANDERS (237146)

/s/Shane P. Sanders
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

*[Proposed] Co-Lead Counsel for Plaintiffs and Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham Retirement and Relief System*

832730