WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
MATTHEW W. POWELL (CA Bar No. 114563)
DANIEL L. BAXTER (CA Bar No. 203862)
400 Capitol Mall, Twenty-Second Floor
Sacramento, California 95814

Telephone: (916) 441-2430
Facsimile: (916) 442-6664
mpowell@wilkefleury.com
dbaxter@wilkefleury.com

WILLIAMS & CONNOLLY LLP
STEVEN M. FARINA (DC Bar No. 437078)*
SARAH L. LOCHNER (IL Bar No. 6306461)*
*Pro Hac Vice applications pending
725 Twelfth Street, NW
Washington, DC 20005

Telephone: (202) 434-5000
Facsimile: (202) 434-5029
sfarina@wc.com
slochner@wc.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCIARDI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>　　　　Defendants,<br><br>　　-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Nominal Defendant. | Case No. 12-CV-06003 CRB<br><br>**NOTICE OF APPEARANCE**<br><br>**Hon. Charles R. Breyer** |

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Matthew W. Powell and Daniel L. Baxter of Wilke, Fleury, Hoffelt, Gould & Birney, LLP, hereby appear as counsel for Defendant KPMG LLP. They are

1   admitted to practice in the State of California and before this Court. Their address, telephone number
2   and facsimile number are as follows:

3         Wilke, Fleury, Hoffelt, Gould & Birney, LLP
4         400 Capitol Mall, Twenty-Second Floor
      Sacramento, CA 95814
5         Tel: (916) 441-2430
      Fax: (916) 442-6664
6

7   Please serve said counsel with all pleadings and notices in this action.

8   DATED: February 5, 2013    WILKE, FLEURY, HOFFELT,
             GOULD & BIRNEY, LLP
9

10

11
         By:   /s/ Matthew W. Powell
12              MATTHEW W. POWELL
            Attorneys for Defendant KPMG LLP
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28