Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Philip Ricciardi,

    Plaintiff(s),

 v.

Michael R. Lynch, *et al.*

    Defendant(s).

Case No: C12-06003CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3)

 I, Steven M. Farina, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: KPMG LLP in the above-entitled action. My local co-counsel in this case is Matthew W. Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Williams & Connolly LLP<br>725 12th St., N.W., Washington, DC 20005 | Wilke Fleury, et al., 400 Capitol Mall, 22nd Fl.<br>Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 434-5526 | (916) 441-2430 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sfarina@wc.com | mpowell@wilkefleury.com |

 I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 437078.

 A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

 I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

 *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 2/5/2013

                  Steven M. Farina
                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

 IT IS HEREBY ORDERED THAT the application of Steven M. Farina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

               UNITED STATES DISTRICT/MAGISTRATE JUDGE