| | |
|---|---|
| 1 | DANIEL BOOKIN (S.B. #78996) |
|   | dbookin@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, California 94111-3823 |
|   | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | MATTHEW W. CLOSE (S.B. #188570) |
|   | mclose@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 7 | Los Angeles, California 90071-2899 |
|   | Telephone: (213) 430-6000 |
| 8 | Facsimile: (213) 430-6407 |
| 9 | Attorneys for Defendant |
|   | Shane V. Robison |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY, | Case No. 12-CV-06003-CRB |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT SHANE V. ROBISON** |
| v. | Hon. Charles R. Breyer |
| MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESSEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL, | |
| Defendants, | |
| and | |
| HEWLET-PACKARD COMPANY, a Delaware corporation, | |
| Nominal Defendant. | |

1 **TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF**
2 **RECORD:**

3     **PLEASE TAKE NOTICE** that Daniel Bookin and Matthew W. Close of O'Melveny &
4 Myers LLP, hereby appear as counsel for Defendant Shane V. Robison. They are admitted to
5 practice in the State of California and before this Court. Their addresses, telephone and facsimile
6 numbers are as follows:

> O'MELVENY & MYERS LLP
> Daniel Bookin
> Two Embarcadero Center, 28th Floor
> San Francisco, CA 94111-3823
> Telephone: (415) 984-8700
> Facsimile: (415) 984-8701
>
> O'MELVENY & MYERS LLP
> Matthew W. Close
> 400 South Hope Street
> Los Angeles, California 90071-2899
> Telephone: (213) 430-6000
> Facsimile: (213) 430-6407

    Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: February 8, 2013        O'MELVENY & MYERS LLP

                      By:   /s/ Daniel Bookin
                            Daniel Bookin
                            Matthew W. Close
                            Attorneys for Defendant
                            Shane V. Robison