1    WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
       MATTHEW W. POWELL (CA Bar No. 114563)
2    DANIEL L. BAXTER (CA Bar No. 203862)
       400 Capitol Mall, Twenty-Second Floor
3    Sacramento, California 95814

4    Telephone: (916) 441-2430
       Facsimile: (916) 442-6664
5    mpowell@wilkefleury.com
       dbaxter@wilkefleury.com

7    WILLIAMS & CONNOLLY LLP
       STEVEN M. FARINA (DC Bar No. 437078)*
       SARAH L. LOCHNER (IL Bar No. 6306461)*
8    *Pro Hac Vice applications pending
       725 Twelfth Street, NW
9    Washington, DC 20005

10   Telephone: (202) 434-5000
       Facsimile: (202) 434-5029
11   sfarina@wc.com
       slochner@wc.com

Attorneys for Defendant KPMG LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP RICCIARDI,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL R. LYNCH, et al.,<br><br>        Defendants,<br><br>  -and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Nominal Defendant. | Case No. 12-CV-06003 CRB<br><br>**DEFENDANT KPMG LLP'S JOINDER IN NOMINAL DEFENDANT HEWLETT-PACKARD COMPANY'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION OF ALL RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**<br><br>Date: March 1, 2013<br>Time: 10:00 a.m.<br>Crtrm.: Courtroom No. 6<br>Judge: Hon. Charles R. Breyer |

WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

915588.1      -1-      12-CV-06003 CRB
DEFENDANT KPMG LLP'S JOINDER IN HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, ETC.

1  Defendant KPMG LLP hereby joins in Nominal Defendant Hewlett-Packard Company's
2 Response to Motions Seeking Consolidation of All Related Actions, Appointment of Lead Plaintiff
3 and Appointment of Lead Counsel ("Response"), filed February 8, 2013. KPMG LLP adopts by
4 reference the positions and reservations set forth in that Response. KPMG LLP expressly reserves all
5 rights and defenses in this matter.

6 DATED: February 11, 2013          WILKE, FLEURY, HOFFELT,
                                    GOULD & BIRNEY, LLP
7
8
9
                                    By:        /s/ Matthew W. Powell
10                                           MATTHEW W. POWELL
                                         Attorneys for Defendant KPMG LLP
11

WILKE, FLEURY,
HOFFELT, GOULD &
BIRNEY, LLP
ATTORNEYS AT LAW
SACRAMENTO

915588.1     -2-     12-CV-06003 CRB
DEFENDANT KPMG LLP'S JOINDER IN HP'S RESPONSE TO MOTIONS SEEKING CONSOLIDATION, ETC.