ALLEN J. RUBY (STATE BAR NO. 47109)
Allen.Ruby@skadden.com
TIMOTHY A. MILLER (STATE BAR NO. 154744)
Timothy.Miller@skadden.com
RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
Richard.Horvath@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Specially Appearing Defendants
MARC L. ANDREESSEN, LAWRENCE T. BABBIO, JR.,
SARI M. BALDAUF, SHUMEET BANERJI,
RAJIV L. GUPTA, JOHN H. HAMMERGREN,
RAYMOND J. LANE, ANN M. LIVERMORE,
GARY M. REINER, PATRICIA F. RUSSO,
DOMINIQUE SENEQUIER, G. KENNEDY THOMPSON,
and RALPH V. WHITWORTH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBINSON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP; AND BARCLAYS CAPITAL,<br><br>Defendants,<br><br>-and-<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | Case No:       3:12-CV-06003-CRB<br><br>Related Cases: 3:12-CV-05980-CRB<br>3:12-CV-06025-CRB<br>3:12-CV-06074-CRB<br>3:12-CV-06091-CRB<br>3:12-CV-06123-CRB<br>3:12-CV-06199-CRB<br>3:12-CV-06410-CRB<br>3:12-CV-06416-CRB<br>3:12-CV-06423-CRB<br>3:12-CV-06434-CRB<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>Judge:      Hon. Charles R. Breyer |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**      **CASE NO.: 12-CV-06003-CRB**

1 **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

2     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

3 the named parties, there is no such interest to report.

4

5

6

7 DATED: February 11, 2013         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

8

9         By:     /s/ Timothy A. Miller
            TIMOTHY A. MILLER
10         Attorneys for Specially Appearing Defendants
        MARC L. ANDREESSEN, LAWRENCE T. BABBIO,
11         JR., SARI M. BALDAUF, SHUMEET BANERJI,
        RAJIV L. GUPTA, JOHN H. HAMMERGREN,
12         RAYMOND J. LANE, ANN M. LIVERMORE,
        GARY M. REINER, PATRICIA F. RUSSO,
13         DOMINIQUE SENEQUIER, G. KENNEDY
        THOMPSON, and RALPH V. WHITWORTH

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28