Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Philip Ricciardi, )
) Case No: C12-06003CRB
Plaintiff(s), )
)  **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Michael R. Lynch, *et al.* ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

   I, Steven M. Farina, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: KPMG LLP in the above-entitled action. My local co-counsel in this case is Matthew W. Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Williams & Connolly LLP | Wilke Fleury, et al., 400 Capitol Mall, 22nd Fl. |
| 725 12th St., N.W., Washington, DC 20005 | Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 434-5526 | (916) 441-2430 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sfarina@wc.com | mpowell@wilkefleury.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 437078.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 2/5/2013

Steven M. Farina
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Steven M. Farina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 8, 2013

UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer

IT IS SO ORDERED

*PRO HAC VICE* APPLICATION & ORDER                                                  October 2012