MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar No. 168292
KIMBERLY A. KANE, State Bar No. 226896
MATTHEW S. WEILER, State Bar No. 236052
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000 / Fax: 415.442.1001
jfloren@morganlewis.com
kkane@morganlewis.com
mweiler@morganlewis.com

MARC J. SONNENFELD*
KAREN PIESLAK POHLMANN*
* Admitted *Pro Hac Vice*
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000 / Fax: 215.963.5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY;<br>　　　　　　　Plaintiff,<br>vs.<br>MICHAEL R. LYNCH, et al.,<br>　　　　　　　Defendants,<br>and<br>HEWLET-PACKARD COMPANY, a Delaware corporation,<br>　　　　　　　Nominal Defendant. | Case No. CV-12-06003 CRB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: Nov. 26, 2012<br>Trial Date: None Set<br><br>Hon. Charles R. Breyer |

1   Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil
2   L.R. 3-16, nominal defendant Hewlett-Packard Company ("HP") hereby certifies through its
3   undersigned attorneys of record, that as of this date, other than the named parties in this action,
4   there is no such interest to report.

Dated:   February 14, 2013              Respectfully submitted,

                                        MORGAN, LEWIS & BOCKIUS LLP


                                        By   /s/ Kimberly A. Kane
                                             Kimberly A. Kane
                                             Attorneys for Nominal Defendant
                                             HEWLETT-PACKARD COMPANY