1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
2  bruce.ericson@pillsburylaw.com
   LAURA C. HURTADO  #267044
3  laura.hurtado@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  Post Office Box 2824
   San Francisco, CA  94126-2824
5  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
6
   Attorneys for Defendant
7  LEO APOTHEKER

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| PHILIP RICCIARDI, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL R. LYNCH, LEO APOTHEKER, MARGARET C. WHITMAN, CATHERINE A. LESJAK, G. KENNEDY THOMPSON, RAJIV L. GUPTA, SHUMEET BANERJI, GARY M. REINER, JOHN H. HAMMERGREN, MARC L. ANDREESEN, RAYMOND J. LANE, PATRICIA F. RUSSO, ANN M. LIVERMORE, RALPH V. WHITWORTH, SHANE V. ROBISON, LAWRENCE T. BABBIO, JR., SARI M. BALDAUF, DOMINIQUE SENEQUIER, DELOITTE LLP, KPMG LLP, PERELLA WEINBERG PARTNERS UK LLP, AND BARCLAYS CAPITAL,<br><br>　　　　　　Defendants,<br><br>　-and-<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>　　　　　　Nominal Defendant. | No. C-12-6003-CRB<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT LEO APOTHEKER** |

TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Bruce A. Ericson and Laura C. Hurtado of the law firm of Pillsbury Winthrop Shaw Pittman LLP are hereby appearing as counsel of record for Defendant LEO APOTHEKER in the above-entitled action and hereby request that all notices given or required to be given, and all papers file or served or required to be served, in this action be provided to and served on:

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
bruce.ericson@pillsburylaw.com
LAURA C. HURTADO  #267044
laura.hurtado@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
(Mailing Address:  Post Office Box 2824
San Francisco, CA  94126-2824)
Telephone:     (415) 983-1000
Facsimile:     (415) 983-1200

Dated:  February 15, 2013.

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
LAURA C. HURTADO
Four Embarcadero Center, 22nd Floor
Post Office Box 2824
San Francisco, CA  94126-2824

By _____/s/ Bruce A. Ericson_____
              Bruce A. Ericson

Attorneys for Defendant
LEO APOTHEKER