ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
FELIPE J. ARROYO (163803)
farroyo@robbinsarroyo.com
SHANE P. SANDERS (237146)
ssanders@robbinsarroyo.com
KEVIN S. KIM (275200)
kkim@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham Retirement and Relief System*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | MASTER DOCKET NO. C-12-06003 CRB<br><br>NOTICE OF VOLUNTARY DISMISSAL |
| THIS DOCUMENTS RELATES TO:<br><br>ALL ACTIONS | |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff The City of Birmingham Retirement and Relief System voluntarily dismisses, without prejudice, its claims against defendants.

Dated: March 15, 2013  ROBBINS ARROYO LLP

By:            /s/ Shane P. Sanders
       SHANE P. SANDERS

BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
KEVIN S. KIM
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com
kkim@robbinsarroyo.com

*Counsel for Plaintiffs Philip Ricciardi, Ernesto Espinoza, and The City of Birmingham Retirement and Relief System*

SAXENA WHITE P.A.
JOSEPH E. WHITE, III
LESTER R. HOOKER
2424 North Federal Highway, Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile:  (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Counsel for City of Birmingham Retirement and Relief System*

847671

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

Master Docket No. C-12-06003 CRB

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice Lists, and I further certify that I have mailed the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice Lists.

          /s/ Shane P. Sanders
SHANE P. SANDERS

- 2 -
NOTICE OF VOLUNTARY DISMISSAL

Master Docket No. C-12-06003 CRB