| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | JOSEPH E. FLOREN, State Bar No. 168292 |
| | KIM ALEXANDER KANE, State Bar No. 226896 |
| 3 | MATTHEW S. WEILER, State Bar No. 236052 |
| | One Market Street, Spear Street Tower |
| 4 | San Francisco, CA 94105-1126 |
| | Tel: 415.442.1000 / Fax 415.442.1001 |
| 5 | jfloren@morganlewis.com |
| | kkane@morganlewis.com |
| 6 | mweiler@morganlewis.com |
| 7 | |
| | MARC J. SONNENFELD* |
| 8 | KAREN PIESLAK POHLMANN* |
| | * Admitted *Pro hac vice* |
| 9 | 1701 Market Street |
| | Philadelphia, PA 19103-2921 |
| 10 | Tel: 215.963.5740 / Fax: 215.963.5001 |
| 11 | msonnenfeld@morganlewis.com |
| | kpohlmann@morganlewis.com |
| 12 | |
| | ROBERT E. GOODING, JR., State Bar No. 50617 |
| 13 | JENNIFER R. BAGOSY, State Bar No. 223145 |
| | 5 Park Plaza, Suite 1750 |
| 14 | Irvine, CA 92614 |
| 15 | Tel: 949.399.7000 / Fax: 949.399.7001 |
| | rgooding@morganlewis.com |
| 16 | jbagosy@morganlewis.com |
| 17 | Attorneys for Defendant |
| | HEWLETT-PACKARD COMPANY |
| 18 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | IN RE HEWLETT-PACKARD COMPANY | MASTER DOCKET |
| 22 | SHAREHOLDER DERIVATIVE LITIGATION | NO. C-12-6003 CRB |
| 23 | | **NOTICE OF APPEARANCE** |
| 24 | THIS DOCUMENT RELATES TO: | |
| 25 | **ALL ACTIONS** | |

NOTICE OF APPEARANCE   MASTER DOCKET NO. C-12-6003 CRB

DB1/ 74077832.1

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Robert E. Gooding, Jr. and Jennifer R. Bagosy of Morgan, Lewis & Bockius LLP, hereby appear as counsel for Defendant Hewlett-Packard Company. They are admitted to practice in the State of California and before this Court. Their address, telephone and facsimile numbers and e-mail address are follows:

> Morgan, Lewis & Bockius LLP
> 5 Park Plaza, Suite 1750
> Irvine, CA 92614
> Tel: 949.399.7000
> Fax: 949.399.7001
> E-mail: rgooding@morganlewis.com
> E-mail: jbagosy@morganlewis.com

Please serve said counsel with all pleadings and notices in this action.

Dated: May 1, 2013                    MORGAN, LEWIS & BOCKIUS LLP

                                      By   /s/ Robert E. Gooding, Jr.
                                         Robert E. Gooding, Jr.
                                         Jennifer R. Bagosy

                                         Attorneys for Defendant
                                         HEWLETT-PACKARD COMPANY

NOTICE OF APPEARANCE                                   MASTER DOCKET NO. C-12-6003 CRB

DB1/ 74077832.1