JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (Cal. SBN: 250940)
medling@cpmlegal.com
JENNIFER R. CRUTCHFIELD (Cal. SBN: 275343)
jcrutchfield@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket**<br><br>**NO. C-12-6003-CRB**<br><br>**DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) AND GENERAL ORDER 62** |

DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF PLAINTIFF'S ADMIN MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) AND GENERAL ORDER 62; MASTER DOCKET No. C-12-6003 CRB

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

I, Matthew K. Edling, declare and state as follows:

1. I am an attorney at the law firm Cotchett, Pitre & McCarthy, LLP, and Lead Counsel in this case. I submit this declaration pursuant to 28 U.S.C. § 1746 in support of the Administrative Motion to Seal Documents in support of Plaintiff's Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) and General Order No. 62.

2. This Declaration is based upon my personal knowledge and if called to testify, I could and would do so competently as to the matters set forth herein. I have personal knowledge of these facts set forth below.

3. Portions of Plaintiff's Consolidated Shareholder Derivative Complaint "Complaint" contain or refer to information designated by Nominal Defendant Hewlett-Packard Company ("HP") as "Confidential" under a Confidentiality Agreement entered between Lead Plaintiff Stanley Morrical and HP on February 13, 2013 and amended on April 30, 2013.

4. Attached as **Exhibit A** is a redacted version of the Complaint. The redacted portions in the Complaint are images of or refer to documents designated confidential by HP pursuant to the above referenced Confidentiality Agreement and amendment. An unredacted copy has been lodged with the Court which contains highlights instead of redactions of the portions of the Complaint designated confidential by HP.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of May, 2013 in Burlingame, California.

                                               _/s/   Matthew K. Edling_
                                               MATTHEW K. EDLING

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

DECLARATION OF MATTHEW K. EDLING IN SUPPORT OF PLAINTIFF'S ADMIN MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) AND GENERAL ORDER 62; MASTER DOCKET No. C-12-6003 CRB