LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>　　ALL ACTIONS | **Master Docket**<br>**NO. C-12-6003-CRB**<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) AND GENERAL ORDER 62** |

[PROPOSED] ORDER RE: PLAINTIFF'S ADMIN MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) AND GENERAL ORDER 62; Master Docket No. C-12-6003 CRB

On May 3, 2013, Plaintiff Stanley Morrical filed an Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(d) and General Order 62 to file under seal highlighted portions of the Consolidated Shareholder Derivative Complaint that contain images of or references to documents that Nominal Defendant Hewlett Packard Company ("HP") has designated "Confidential."

Having read and considered the papers filed, IT IS HEREBY ORDERED that Plaintiff's Administrative Motion to Seal the highlighted portions from the Consolidated Shareholder Derivative Complaint pursuant to Civil Local Rules 7-11 and 79-5(d) and General Order 62 is _____.

Dated: _____                          _____
                                                    Hon. Charles R. Breyer
                                                    Unites States District Judge

*Submitted By:*

*/s/ Matthew K. Edling*
Matthew K. Edling (250940)
**Cotchett, Pitre & McCarthy, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000; Fax: 650-697-0577
medling@cpmlegal.com

---

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

[PROPOSED] ORDER RE: PLAINTIFF'S ADMIN MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) AND GENERAL ORDER 62; Master Docket No. C-12-6003 CRB