1  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH E. FLOREN, State Bar No. 168292
2  KIMBERLY A. KANE, State Bar No. 226896
   One Market Street, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel./Fax: 415.442.1000/1001
4  jfloren@morganlewis.com
   kkane@morganlewis.com
5
   ROBERT E. GOODING, JR., State Bar No. 50617
6  JENNIFER R. BAGOSY, State Bar No. 223145
   5 Park Plaza, Suite 1750
7  Irvine, CA 92614
   Tel./Fax: 949.399.7000/7001
8  rgooding@morganlewis.com
   jbagosy@morganlewis.com
9
   MARC J. SONNENFELD (*pro hac vice*)
10 KAREN PIESLAK POHLMANN (*pro hac vice*)
   1701 Market Street
11 Philadelphia, PA 19103-2921
   Tel./Fax: 215.963.5000/5001
12 msonnenfeld@morganlewis.com
   kpohlmann@morganlewis.com
13
   Attorneys for Nominal Defendant
14 HEWLETT-PACKARD COMPANY

15

16

17                    IN THE UNITED STATES DISTRICT COURT

18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 | IN RE HEWLETT-PACKARD COMPANY | Master File No. 12-CV-6003 CRB
20 | SHAREHOLDER DERIVATIVE LITIGATION, |
   |  | **DECLARATION OF KIMBERLY A.**
21 |  | **KANE IN SUPPORT OF NOMINAL**
   |  | **DEFENDANT HEWLETT-PACKARD**
22 | ————————————————————— | **COMPANY'S MOTION TO STAY**

23 | This Document Relates to:  All Actions | Date:  Friday, June 21, 2013
24 |  | Time:  10:00 a.m.
   |  | Dept.:  Courtroom 6, 17th Floor
25 |  | Judge: Hon. Charles R. Breyer

26

27

28

1    I, Kimberly A. Kane, state as follows:

2        1.    I am an attorney admitted to practice before this Court and am an associate with

3    Morgan, Lewis & Bockius LLP, counsel of record for nominal defendant Hewlett-Packard

4    Company ("HP" or the "Company") in this action.  I submit this declaration in support of HP's

5    Motion to Stay.  Unless otherwise expressly stated, I have personal knowledge of the facts stated

6    below and if called upon to testify to these facts, I could and would competently do so.

7        2.    For the Court's convenience, a true and correct copy of the Consolidated

8    Complaint for Violation of the Federal Securities Laws filed on May 3, 2013 in the related action

9    titled *In re HP Securities Litigation*, N.D. Cal., Case No. 12-cv-5980 CRB, (the "Securities

10   Action") is attached hereto as Exhibit A.

11       3.    After HP announced that it was taking a write-down of $8.8 billion in connection

12   with its acquisition of Autonomy, HP received shareholder demand letters requesting that the

13   Board investigate and take action against certain parties.  In response to three demand letters, the

14   Board formed an independent committee of Board members to investigate the allegations and

15   make a recommendation to the Board as to whether and how HP should assert any claims (the

16   "Independent Committee").  The Independent Committee has retained Ralph Ferrara at Proskauer

17   Rose LLP as independent legal counsel, and Mr. Ferrara and his colleagues are conducting an

18   investigation.

19       4.    I spoke with Plaintiff's counsel twice about the parties potentially agreeing to a

20   voluntary stay, on Tuesday, May 7, 2013 and Friday, May 10, 2013.  No agreement was reached.

21   In the event the parties come to an agreement about a stay, we will promptly advise the Court.

22       I declare under penalty of perjury under the laws of the United States that the foregoing is

23   true and correct and that this declaration was executed in San Francisco, California, on May 10,

24   2013.

25                                                                   Kimberly A. Kane

26

27

28