MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar No. 168292
KIM ALEXANDER KANE, State Bar No. 226896
One Market Street, Spear Street Tower
San Francisco, CA 94105-1126
Tel./Fax: 415.442.1000/1001
jfloren@morganlewis.com
kkane@morganlewis.com

ROBERT E. GOODING, JR., State Bar No. 50617
JENNIFER R. BAGOSY, State Bar No. 223145
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel./Fax: 949.399.7000/7001
rgooding@morganlewis.com
jbagosy@morganlewis.com

MARC J. SONNENFELD (*pro hac vice*)
KAREN PIESLAK POHLMANN (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Tel./Fax: 215.963.5000/5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates to: All Actions | Master File No. 12-CV-6003 CRB<br><br>**[PROPOSED] ORDER GRANTING NOMINAL DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO STAY**<br><br>Date: Friday, June 21, 2013<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

1   Following hearing on due notice, Nominal Defendant Hewlett-Packard Company's
2   ("HP's") Motion to Stay Proceedings came on for hearing before the Court.  Counsel for Plaintiff
3   and counsel for Nominal Defendant appeared.

4   Having considered HP's Motion to Stay and all other papers and arguments submitted in
5   support thereof and in opposition thereto, and for good cause appearing therefore, it is the holding
6   of the Court that Nominal Defendant HP's Motion to Stay Proceedings is granted.  This action
7   shall be stayed until the earlier of (a) when the independent committee, formed by HP's Board of
8   Directors to investigate potential claims by the Company, completes its investigation and makes a
9   recommendation to the Board, and the Board makes its decision whether to pursue this litigation;
10  or (b) when the Court decides a motion to dismiss the consolidated complaint filed in *In re HP*
11  *Securities Litigation*, No. 12-cv-5980 CRB, the parallel putative class action alleging claims for
12  violations of the federal securities laws; and in any event not later than (c) January 17, 2014.

14  **IT IS SO ORDERED.**

16  Dated: _____        _____
17                                  HON. CHARLES R. BREYER
                                    UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING HP'S MOTION TO STAY       1       MASTER FILE NO. 12-CV-6003 CRB