JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
ARON K. LIANG (Cal. SBN 228936)
aliang@cpmlegal.com
MATTHEW K. EDLING (Cal. SBN: 250940)
medling@cpmlegal.com
JENNIFER R. CRUTCHFIELD (Cal. SBN: 275343)
jcrutchfield@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard Company*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | **Master Docket** |
|---|---|
| | **NO. C-12-6003-CRB** |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE** |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**NOTICE OF APPEARANCE**

1     TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE, pursuant to Civil Local Rule 5-1(c)(2)(A), that Aron K. Liang of

3 Cotchett, Pitre & McCarthy, LLP hereby appears as counsel of record in this action for Plaintiff,

4 Stanley Morrical.  Please serve appearing counsel with all pleadings and notices in the above

5 action.

7 DATED:  May 13, 2013               By:    */S/ Aron K. Liang*
                                                             ARON K. LIANG

**COTCHETT, PITRE & McCARTHY, LLP**
Mark C. Molumphy
Matthew K. Edling
Aron K. Liang
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
mmolumphy@cpmlegal.com
medling@cpmlegal.com
aliang@cpmlegal.com

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**NOTICE OF APPEARANCE**                                                    1