Patrick D. Robbins (State Bar No. 152288)
Audrey A. Barron (State Bar No. 286688)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
E-mail: probbins@shearman.com
abarron@shearman.com

Alan S. Goudiss (NY Bar No. 2214260)
Sara A. Ricciardi (NY Bar No. 4141339)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: agoudiss@shearman.com
sricciardi@shearman.com

*Appearing Pro Hac Vice*

Attorneys for Perella Weinberg Partners LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION** | **Master Docket**<br><br>**NO. C-12-6003-CRB** |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Patrick D. Robbins, Alan S. Goudiss, Sara A. Ricciardi, and Audrey A. Barron of the law firm Shearman & Sterling LLP hereby appear as counsel for Perella Weinberg Partners LP in the above-captioned action. Please serve said counsel with all pleadings and notices in this action.

Dated: May 13, 2013

SHEARMAN & STERLING LLP
Patrick D. Robbins
Alan S. Goudiss
Sara A. Ricciardi
Audrey A. Barron

By: /s/ Patrick D. Robbins
Patrick D. Robbins

Attorneys for Perella Weinberg Partners LP