1  JOSEPH W. COTCHETT (36324)
   jcotchett@cpmlegal.com
2  MARK C. MOLUMPHY (168009)
   mmolumphy@cpmlegal.com
3  ARON K. LIANG (228936)
4  aliang@cpmlegal.com
   MATTHEW K. EDLING (250940)
5  medling@cpmlegal.com
6  JENNIFER R. CRUTCHFIELD (275343)
   jcrutchfield@cpmlegal.com
7  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road, Suite 200
8  Burlingame, CA 94010
9  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
10
11 *Lead Counsel for Plaintiff Stanley Morrical,*
   *derivatively on behalf of Hewlett-Packard Company*
12
                    **UNITED STATES DISTRICT COURT**
13                  **NORTHERN DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | **Master File No. 12-cv-6003 CRB**  **PLAINTIFF STANLEY MORRICAL'S RESPONSE TO NOMINAL DEFENDANT HEWLETT PACKARD COMPANY'S ADMINISTRATIVE MOTION TO SEAL**  Dept: Courtroom 6, 17th Floor  Hon. Charles R. Breyer |
| THIS DOCUMENT RELATES TO:  ALL ACTIONS | |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

**PLAINTIFF'S RESPONSE TO HP'S MOT. TO SEAL DOCUMENTS**
**CASE NO. 12-CV-6003 CRB**

Lead Plaintiff Stanley Morrical ("Morrical" or "Plaintiff") submits this Response to Nominal Defendant Hewlett-Packard Company's ("HP") motion to seal portions of the Consolidated Shareholder Derivative Complaint ("Derivative Complaint").

As HP notes, Plaintiff submitted his Derivative Complaint under seal along with his own motion to seal. Indeed, Plaintiff was <u>required</u> to do so by HP, as the Complaint referred to allegedly "confidential" documents produced by HP pursuant to shareholder records inspection demands made under California and Delaware Corporation codes. As a condition of production, HP required that Plaintiff execute a Confidentiality Agreement and required that Plaintiff move to seal any documents referred to in his Derivative Complaint. As a result, many "confidential" documents were not produced by HP until just days before the Complaint had to be filed. <u>All</u> documents produced by HP were marked "confidential."

Accordingly, Plaintiff acted appropriately in moving to seal the HP-produced documents. Nonetheless, Section I of HP's Motion – entitled "Background" – suggests otherwise. After reciting the obligations under the Confidentiality Agreement, HP states that Plaintiff acted "antithetical to HP's interests" by using "confidential materials" in his Complaint. HP says the "confidential" documents may be used by plaintiffs in the Securities Action. The criticism makes no sense.

First, Plaintiff lodged his Derivative Complaint under seal and redacted all references to documents that HP deemed to be confidential. The information is not public, and if the documents are truly "confidential" and subject to sealing under this Court's Local Rules, they will not be publicly available to the Securities Action plaintiffs.

Second, in Section II of its Administrative Motion, HP now <u>admits</u> that the vast majority of the documents it produced and designated as "confidential," and that were redacted in the Derivative Complaint, are <u>not</u> confidential and do <u>not</u> need to be sealed from public view. Rather, HP only asks the Court to seal a "few, narrowly defined portions" of the Derivative Complaint related to HP's current strategy for Autonomy. HP's Admin. Mot. at 3:22-4:17.

1     Plaintiff does not object to HP's request to seal the portions of the Derivative Complaint
2 identified in its Proposed Order.  Doc. 77-3.

4 DATED:  May 14, 2013                                        **COTCHETT, PITRE & McCARTHY, LLP**

By:   */s/ Mark C. Molumphy*
       MARK C. MOLUMPHY

JOSEPH W. COTCHETT (36324)
MARK C. MOLUMPHY (168009)
ARON K. LIANG (228936)
MATTHEW K. EDLING (250940)
JENNIFER R. CRUTCHFIELD (275343)
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard Company*