1  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH E. FLOREN, State Bar No. 168292
2  KIMBERLY A. KANE, State Bar No. 226896
   One Market Street, Spear Street Tower
3  San Francisco, CA 94105-1126
4  Telephone:(415) 442.1000
   Facsimile:(415) 442.1001
5  jfloren@morganlewis.com
   kkane@morganlewis.com
6

7  MARC J. SONNENFELD (*Pro Hac Vice*)
   KAREN PIESLAK POHLMANN (*Pro Hac Vice*)
8  1701 Market Street
   Philadelphia, PA 19103-2921
9  Telephone:(215) 963-5000
   Facsimile:  (215) 963.5001
10 msonnenfeld@morganlewis.com
   kpohlmann@morganlewis.com
11

12 Attorneys for Nominal Defendant
   HEWLETT-PACKARD COMPANY
13

14              IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. 12-CV-6003 CRB |
| | **ORDER REGARDING ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5 AND GENERAL ORDER 62 TO SEAL PORTIONS OF CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |
| This Document Relates to:  All Actions | |
| | Dept.: Courtroom 6, 17th Floor<br>Judge:  Honorable Charles R. Breyer |

[PROPOSED] ORDER RE ADMIN. MOTION TO                MASTER FILE NO. 12-CV-6003 CRB
SEAL PORTIONS OF CONSOLIDATED
SHAREHOLDER DERIVATIVE COMPLAINT

DB1/ 74173430.1

Based on the administrative motions, the declarations of Harry Cordell Pforzheimer and Kimberly A. Kane, papers and arguments of parties, and the complete files and records of this action, and for good cause appearing:

The Court finds that those portions of redacted paragraphs in the Consolidated Shareholder Derivative Complaint (attached as <u>Exhibit A</u> to the Declaration of Matthew K. Edling (Docket No. 75-2)) and identified in the Declaration of Harry Cordell Pforzheimer should remain sealed based on the showing established in that declaration. Those portions are:

| Paragraph | Description |
|---|---|
| ¶ 240 | Quoted text, starting on line 21 and ending on line 22 |
| ¶ 240 | Entire sentence, starting on line 25 and ending on line 27 |
| ¶ 256 | Entire sentence, starting on line 14 and ending on line 17 |
| ¶ 257 | Entire paragraph and bullet points, starting on line 17 and ending on line 25 |
| ¶ 258 | Entire sentence, starting on line 5 and ending on line 6 |
| ¶ 260 | Quoted text, starting on line 14 and ending on line 16 |
| ¶ 261 | Two sentences, starting on line 17 with "For Q3 . . ." and ending on line 21 at the end of the sentence ending with ". . . million." |
| ¶ 272 | Starting with the quoted text on line 26 and ending on line 1 of the next page |
| ¶ 272 | Entire line 6 on page 111 |
| ¶ 273 | Entire paragraph and bullet points, starting on line 7 and ending on line 15 |
| ¶ 274 | Entire paragraph and bullet points, starting on line 15 and ending on line 27 |
| ¶ 276 | Entire paragraph, starting on line 7 and ending on line 9 |
| ¶ 277 | Entire sentence, starting on line 11 and ending on line 13 |
| ¶ 277 | Quoted text, starting on line 14 and ending on line 16 |
| ¶ 280 | Entire sentence, starting on line 4 and ending on line 5 |

1
2
3    IT IS SO ORDERED.
4
5    Dated: May 20, 2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

28  [PROPOSED] ORDER RE ADMIN. MOTION TO SEAL PORTIONS OF CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT

2

MASTER FILE NO. 12-CV-6003 CRB

DB1/ 74173430.1