IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This document relates to: ALL ACTIONS<br>_____ / | No. CV 12-06003 CRB<br><br>**ORDER UNSEALING COMPLAINT IN PART AND REQUIRING FURTHER BRIEFING** |

  Plaintiff moved to seal certain portions of the Consolidated Shareholder Derivative Complaint, noting that Nominal Defendant Hewlett-Packard Company ("HP") had designated the material confidential, but that Plaintiff did not believe HP could justify sealing all of the information. See dkt. 75. HP then moved to seal only some of what Plaintiff had redacted. See dkt. 77. The Court granted HP's motion. See dkt. 82. The Court UNSEALS all redacted information in the Complaint except the portions identified in its Order of May 20, 2013, see dkt. 82, as no party has offered any reason why it should remain sealed.

  Upon further review, the Court ORDERS HP to explain and provide relevant authority addressing, in a filing of no more than six pages delivered to the Court on or before 5:00 p.m. on May 23, 2013, how releasing the kind of information that remains sealed "would harm Autonomy's competitive position . . . [in] that Autonomy's competitors would be interested in and could make competitive use of HP's internal assessments and internal financial metrics for the Autonomy business," Pforzheimer Decl. (dkt. 77-2) ¶¶ 3-4, and why that interest (or another interest) amounts to a "compelling reason" overcoming the "strong

presumption in favor of access to court records." Foltz v. State Farm Mut. Auto. Ins., 331 F.3d 1122, 1135 (9th Cir. 2003).

**IT IS SO ORDERED.**

Dated: May 20, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE