MORGAN, LEWIS & BOCKIUS LLP
JOSEPH E. FLOREN, State Bar No. 168292
KIMBERLY A. KANE, State Bar No. 226896
One Market Street, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:     415.442.1001
jfloren@moganlewis.com
kkane@morganlewis.com

ROBERT E. GOODING, JR., State Bar No. 50617
JENNIFER R. BAGOSY, State Bar No. 223145
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel:     949.399.7000
Fax:     949.399.7001
rgooding@morganlewis.com
jbagosy@morganlewis.com

MARC J. SONNENFELD (*pro hac vice*)
KAREN PIESLAK POHLMANN (*pro hac vice*)
1701 Market Street
Philadelphia, PA  19103-2921
Tel:     215.963.5740
Fax:     215.963.5001
msonnenfeld@morganlewis.com
kpohlmann@morganlewis.com

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. 12-cv-6003 CRB |
| | **STIPULATION OF ALL PARTIES TO STAY CASE THROUGH JULY 31, 2013; [PROPOSED] ORDER** |
| | Dept.: Courtroom 6, 17th Floor<br>Judge:  Honorable Charles R. Breyer |
| This Document Relates to:  All Actions | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 74279228.3

1    WHEREAS, on May 3, 2013, Plaintiff Stanley Morrical ("Plaintiff") filed his

2   Consolidated Shareholder Derivative Complaint ("Complaint") asserting claims on behalf of

3   Nominal Defendant Hewlett-Packard Company ("HP"), arising from or relating to HP's

4   acquisition in 2011 of Autonomy Corporation plc ("Autonomy") and surrounding circumstances

5   (the "Derivative Complaint");

6    WHEREAS, pursuant to the Court's Order entered February 21, 2013 (Dkt. No. 61),

7   responses to the Complaint are currently due no earlier than July 2, 2013; briefs in opposition to

8   motions in response to the Complaint are due September 3, 2013; and reply briefs on such

9   motions are due October 3, 2013;

10    WHEREAS, on May 10, 2013, HP filed a Motion to Stay this action until the earlier of

11   (a) when the committee, formed by HP's Board of Directors to investigate potential claims by the

12   Company, completes its investigation and makes a recommendation to the Board, and the Board

13   makes its decision whether to pursue this litigation; or (b) when the Court decides a motion to

14   dismiss in the related securities class action arising from the Autonomy acquisition entitled *In re*

15   *HP Securities Litigation*, No. 12-cv-5980 CRB; and in any event not later than (c) January 17,

16   2014 (the "Motion to Stay") (Dkt. No. 76);

17    WHEREAS, Plaintiff's opposition to HP's Motion to Stay is due on May 24, 2013, and

18   the Motion is set for hearing on June 21, 2013; and

19    WHEREAS, counsel for HP and Plaintiff have met and conferred regarding the issues

20   presented by HP's Motion to Stay, and have reached agreement that a temporary stay of this

21   action as provided herein is warranted based on the current facts and circumstances and

22   considerations of judicial economy and efficiency, with each party reserving all rights and

23   arguments, and without prejudice to any party seeking or opposing a further continuation of or

24   termination of the stay; and,

25    WHEREAS, the parties agree that nothing herein shall be deemed an acknowledgement or

26   concession by Plaintiff with respect to the arguments in HP's Motion to Stay, or an

27   acknowledgement or concession by HP that the duration of the stay provided herein is or will be

28   sufficient,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB

DB1/ 74279228.3

1    NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED

2  AND AGREED by and among all parties who have appeared in this action, through their

3  undersigned counsel of record, as follows:

4    1.    This action is stayed in its entirety.  Unless otherwise ordered by the Court, this

5  action shall remain stayed until July 31, 2013.

6    2.    During the time when this action is stayed, no Defendant shall be required to file

7  any answer, motion, or other response to the Complaint.  The schedule for responsive pleadings

8  and motions, as established in the Court's February 21, 2013 Order, shall be and is hereby

9  continued for the duration of the stay, such that (a) Defendants' answers, motions, or other papers

10  in response to the Complaint are due on or before September 10, 2013; (b) in the event

11  Defendants file any motions directed at the Complaint, Plaintiff's opposition briefs shall be filed

12  on or before November 12, 2013; and (c) reply briefs on such motions shall be on or before

13  December 12, 2013.

14    3.    HP's Motion to Stay (Dkt. No. 76) is off calendar, without prejudice to HP

15  renewing that motion or otherwise seeking a further stay of the action.

16    4.    The stay shall not prevent any party from filing or opposing a motion or stipulation

17  seeking to terminate, continue, or extend the stay of the action.  This stipulated stay shall not

18  prejudice any rights or future arguments of any party with respect to the need for or appropriate

19  duration of the stay of the action, all of which rights and arguments are expressly reserved.

20    **IT IS SO STIPULATED.**

21  Dated:    May 23, 2013                         MORGAN, LEWIS & BOCKIUS LLP

22

23                                               By ___/s/ Joseph E. Floren_____
                                                    Joseph E. Floren

24                                                  Attorneys for Nominal Defendant
                                                    HEWLETT-PACKARD COMPANY

25

26  I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this
   STIPULATION OF ALL PARTIES TO STAY CASE THROUGH JULY 31, 2013;

27  [PROPOSED] ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the
   signatories below has concurred in this filing.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 74279228.3

2                                  STIP. AND [PROPOSED] ORDER RE STAY
                                      CASE NO. 12-CV-6003 CRB

1

2    Dated:    May 23, 2013                    COTCHETT, PITRE & MCCARTHY, LLP

3                                              By    /s/ Mark C. Molumphy
4                                                    Mark C. Molumphy
                                                     Attorneys for Plaintiff
5                                                    STANLEY MORRICAL

     Dated:    May 23, 2013                    COOLEY LLP
6

7                                              By    /s/ John C. Dwyer
8                                                    John C. Dwyer
                                                     Attorneys for Defendant
9                                                    MARGARET C. WHITMAN

     Dated:    May 23, 2013                    PILLSBURY WINTHROP SHAW
10                                                PITTMAN LLP / DEBEVOISE &
                                                    PLIMPTON LLP
11

12
                                               By    /s/ Bruce A. Ericson
13                                                   Bruce A. Ericson
                                                     Colby A. Smith
14                                                   Bruce E. Yannett
                                                     Attorneys for Defendant
15                                                   LEO APOTHEKER

16   Dated:    May 23, 2013                    SKADDEN, ARPS, SLATE, MEAGHER &
                                                  FLOM LLP
17

18                                             By    /s/ Timothy A. Miller
                                                     Timothy A. Miller
19                                                   Attorneys for Defendants
                                                     RAYMOND J. LANE, SHUMEET
20                                                   BANERJI, RAJIV L. GUPTA, JOHN H.
                                                     HAMMERGREN, MARC L.
21                                                   ANDREESSEN, PATRICIA F. RUSSO,
                                                     ANN M. LIVERMORE, GARY M.
22                                                   REINER, G. KENNEDY THOMPSON,
                                                     RALPH V. WHITWORTH, LAWRENCE
23                                                   T. BABBIO, JR., SARI M. BALDAUF,
                                                     and DOMINIQUE SENEQUIER
24
     Dated:    May 23, 2013                    O'MELVENY & MYERS LLP
25

26                                             By    /s/ Daniel Bookin
                                                     Daniel Bookin
27                                                   Attorneys for Defendant
                                                     SHANE ROBISON
28

MORGAN, LEWIS &
  BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO
                                                   STIP. AND [PROPOSED] ORDER RE STAY
                                        3          CASE NO. 12-CV-6003 CRB
DB1/ 74279228.3

1

2    Dated:      May 23, 2013                              SHERMAN & STERLING LLP

3                                                          By ____/s/ Patrick D. Robbins_____
                                                               Patrick D. Robbins
4                                                              Attorneys for Defendant
                                                               PERELLA WEINBERG PARTNERS LP
5
     Dated:      May 23, 2013                              SULLIVAN & CROMWELL LLP
6

7                                                          By ____/s/ Brendan P. Cullen_____
                                                               Brendan P. Cullen
8                                                              Attorneys for Defendant
                                                               BARCLAYS CAPITAL
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP
ATTORNEYS AT LAW
 SAN FRANCISCO

STIP. AND [PROPOSED] ORDER RE STAY
                                                             CASE NO. 12-CV-6003 CRB
DB1/ 74279228.3

1

**[PROPOSED] ORDER**

2

3          Pursuant to the foregoing stipulation, and good cause appearing,

4     **IT IS SO ORDERED.**

5

6     Date: _____ 2013          _____

7                                                            Honorable Charles R. Breyer
                                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 74279228.3

5

STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB

1

## DECLARATION OF JOSEPH E. FLOREN (L.R. 6-2)

2      I, Joseph E. Floren, state as follows:

3      1.      I am an attorney admitted to practice before this Court and am a partner of

4 Morgan, Lewis & Bockius LLP, counsel of record for Nominal Defendant Hewlett-Packard

5 Company ("HP") in this action.  I submit this declaration pursuant to Local Rule 6-2 in support of

6 the parties' foregoing Stipulation to a stay of this case through July 31, 2013.  I have personal

7 knowledge of the facts stated below and if called upon to testify to these facts, I could and would

8 competently do so.

9      2.      On February 21, 2013, the Court entered an order granting the Parties' Stipulation

10 Consolidating Shareholder Derivative Actions, which also set deadlines by which a consolidated

11 shareholder derivative complaint was due, the date by which HP must file a Motion to Stay, and a

12 briefing schedule for motions to dismiss in the Derivative Action (the "Consolidation Order").

13 (Dkt. No. 61)

14      3.      Pursuant to the Consolidation Order and the Court's March 4, 2013 Order

15 appointing Stanley Morrical ("Plaintiff") as lead plaintiff in this consolidated action (Dkt. No.

16 65), Plaintiff filed his Consolidated Shareholder Derivative Complaint (the "Complaint") on

17 May 3, 2013, and the currently effective schedule for responses to the Complaint is as follows:

18 responses and motions due no earlier than July 2, 2013; opposition briefs due September 3, 2013;

19 and reply briefs due October 3, 2013.  The Consolidation Order is the first and only stipulation of

20 the parties and order of the Court setting due dates for this action.

21      4.      On May 10, 2013, HP filed a Motion to Stay seeking to stay this action until the

22 earlier of (a) when the independent committee, formed by HP's Board of Directors to investigate

23 potential claims by the Company, completes its investigation and makes a recommendation to the

24 Board, and the Board makes its decision whether to pursue this litigation; or (b) when the Court

25 decides a motion to dismiss in the related securities class action arising from the Autonomy

26 acquisition entitled *In re HP Securities Litigation*, No. 12-cv-5980 CRB; and in any event not

27 later than (c) January 17, 2014.  (Dkt. No. 76)

28      5.      I have met and conferred with Plaintiff's counsel, and the parties have agreed to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 74279228.3

6

STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB

1  stay the action temporarily on the terms provided in the foregoing stipulation, without prejudice

2  to any party seeking to continue, extend, or terminate that stay.  The requested stay and attendant

3  extension of pending pleading deadlines promotes judicial economy and efficiency because,

4  among other reasons, it avoids the necessity for litigation of HP's Motion to Stay at this time and

5  will narrow the scope of potential future disagreement between the parties regarding whether the

6  case should continue to be stayed.

7          6.      Entering an Order approving this Stipulation will vary the current schedule for the

8  action as follows:

9          • the action is stayed from this date until July 31, 2013, subject to any further

10             motion, stipulation or order of the Court to extend, continue, or terminate the stay

11             at any time;

12         • Responses, including motions to dismiss, the Complaint, currently due July 2,

13             2013, shall now be due on September 10, 2013;

14         • Opposition briefs, currently due September 3, 2013, shall now be due on

15             November 12, 2013; and

16         • Reply briefs, currently due October 3, 2013, shall now be due December 12, 2013.

17         7.      All parties who have appeared in the action have entered into the Stipulation and

18  agreed to the stay and foregoing briefing schedule.

19         I declare under penalty of perjury under the laws of the United States that the foregoing is

20  true and correct, and that this declaration was executed in San Francisco, California on May 23,

21  2013.

22

23                                          /s/ Joseph E. Floren
                                    _____
24                                          Joseph E. Floren

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 74279228.3

7

STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB