1  MORGAN, LEWIS & BOCKIUS LLP
   JOSEPH E. FLOREN, State Bar No. 168292
2  KIMBERLY A. KANE, State Bar No. 226896
   One Market Street, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel:    415.442.1000
4  Fax:    415.442.1001
   jfloren@moganlewis.com
5  kkane@morganlewis.com

6  ROBERT E. GOODING, JR., State Bar No. 50617
   JENNIFER R. BAGOSY, State Bar No. 223145
7  5 Park Plaza, Suite 1750
   Irvine, CA  92614
8  Tel:    949.399.7000
   Fax:    949.399.7001
9  rgooding@morganlewis.com
   jbagosy@morganlewis.com
10

11 MARC J. SONNENFELD (*pro hac vice*)
   KAREN PIESLAK POHLMANN (*pro hac vice*)
12 1701 Market Street
   Philadelphia, PA  19103-2921
13 Tel:    215.963.5740
   Fax:    215.963.5001
14 msonnenfeld@morganlewis.com
   kpohlmann@morganlewis.com

15 Attorneys for Nominal Defendant
   HEWLETT-PACKARD COMPANY
16

17                    IN THE UNITED STATES DISTRICT COURT
18                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                             SAN FRANCISCO DIVISION
20

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. 12-cv-6003 CRB<br><br>**STIPULATION OF ALL PARTIES TO STAY CASE THROUGH JULY 31, 2013; ORDER**<br><br>Dept.: Courtroom 6, 17th Floor<br>Judge:  Honorable Charles R. Breyer |
| This Document Relates to:  All Actions | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, on May 3, 2013, Plaintiff Stanley Morrical ("Plaintiff") filed his
2 Consolidated Shareholder Derivative Complaint ("Complaint") asserting claims on behalf of
3 Nominal Defendant Hewlett-Packard Company ("HP"), arising from or relating to HP's
4 acquisition in 2011 of Autonomy Corporation plc ("Autonomy") and surrounding circumstances
5 (the "Derivative Complaint");

6  WHEREAS, pursuant to the Court's Order entered February 21, 2013 (Dkt. No. 61),
7 responses to the Complaint are currently due no earlier than July 2, 2013; briefs in opposition to
8 motions in response to the Complaint are due September 3, 2013; and reply briefs on such
9 motions are due October 3, 2013;

10  WHEREAS, on May 10, 2013, HP filed a Motion to Stay this action until the earlier of
11 (a) when the committee, formed by HP's Board of Directors to investigate potential claims by the
12 Company, completes its investigation and makes a recommendation to the Board, and the Board
13 makes its decision whether to pursue this litigation; or (b) when the Court decides a motion to
14 dismiss in the related securities class action arising from the Autonomy acquisition entitled *In re*
15 *HP Securities Litigation*, No. 12-cv-5980 CRB; and in any event not later than (c) January 17,
16 2014 (the "Motion to Stay") (Dkt. No. 76);

17  WHEREAS, Plaintiff's opposition to HP's Motion to Stay is due on May 24, 2013, and
18 the Motion is set for hearing on June 21, 2013; and

19  WHEREAS, counsel for HP and Plaintiff have met and conferred regarding the issues
20 presented by HP's Motion to Stay, and have reached agreement that a temporary stay of this
21 action as provided herein is warranted based on the current facts and circumstances and
22 considerations of judicial economy and efficiency, with each party reserving all rights and
23 arguments, and without prejudice to any party seeking or opposing a further continuation of or
24 termination of the stay; and,

25  WHEREAS, the parties agree that nothing herein shall be deemed an acknowledgement or
26 concession by Plaintiff with respect to the arguments in HP's Motion to Stay, or an
27 acknowledgement or concession by HP that the duration of the stay provided herein is or will be
28 sufficient,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by and among all parties who have appeared in this action, through their undersigned counsel of record, as follows:

1. This action is stayed in its entirety. Unless otherwise ordered by the Court, this action shall remain stayed until July 31, 2013.

2. During the time when this action is stayed, no Defendant shall be required to file any answer, motion, or other response to the Complaint. The schedule for responsive pleadings and motions, as established in the Court's February 21, 2013 Order, shall be and is hereby continued for the duration of the stay, such that (a) Defendants' answers, motions, or other papers in response to the Complaint are due on or before September 10, 2013; (b) in the event Defendants file any motions directed at the Complaint, Plaintiff's opposition briefs shall be filed on or before November 12, 2013; and (c) reply briefs on such motions shall be on or before December 12, 2013.

3. HP's Motion to Stay (Dkt. No. 76) is off calendar, without prejudice to HP renewing that motion or otherwise seeking a further stay of the action.

4. The stay shall not prevent any party from filing or opposing a motion or stipulation seeking to terminate, continue, or extend the stay of the action. This stipulated stay shall not prejudice any rights or future arguments of any party with respect to the need for or appropriate duration of the stay of the action, all of which rights and arguments are expressly reserved.

**IT IS SO STIPULATED.**

Dated: May 23, 2013　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Joseph E. Floren
    Joseph E. Floren
    Attorneys for Nominal Defendant
    HEWLETT-PACKARD COMPANY

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION OF ALL PARTIES TO STAY CASE THROUGH JULY 31, 2013; [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3), I hereby attest that each of the signatories below has concurred in this filing.

| | | |
|---|---|---|
| Dated: | May 23, 2013 | COTCHETT, PITRE & MCCARTHY, LLP |

By   /s/ Mark C. Molumphy
    Mark C. Molumphy
    Attorneys for Plaintiff
    STANLEY MORRICAL

Dated:    May 23, 2013     COOLEY LLP

By   /s/ John C. Dwyer
    John C. Dwyer
    Attorneys for Defendant
    MARGARET C. WHITMAN

Dated:    May 23, 2013     PILLSBURY WINTHROP SHAW
    PITTMAN LLP / DEBEVOISE &
    PLIMPTON LLP

By   /s/ Bruce A. Ericson
    Bruce A. Ericson
    Colby A. Smith
    Bruce E. Yannett
    Attorneys for Defendant
    LEO APOTHEKER

Dated:    May 23, 2013     SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP

By   /s/ Timothy A. Miller
    Timothy A. Miller
    Attorneys for Defendants
    RAYMOND J. LANE, SHUMEET
    BANERJI, RAJIV L. GUPTA, JOHN H.
    HAMMERGREN, MARC L.
    ANDREESSEN, PATRICIA F. RUSSO,
    ANN M. LIVERMORE, GARY M.
    REINER, G. KENNEDY THOMPSON,
    RALPH V. WHITWORTH, LAWRENCE
    T. BABBIO, JR., SARI M. BALDAUF,
    and DOMINIQUE SENEQUIER

Dated:    May 23, 2013     O'MELVENY & MYERS LLP

By   /s/ Daniel Bookin
    Daniel Bookin
    Attorneys for Defendant
    SHANE ROBISON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3     STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB

Dated: May 23, 2013        SHERMAN & STERLING LLP

By  /s/ Patrick D. Robbins
    Patrick D. Robbins
    Attorneys for Defendant
    PERELLA WEINBERG PARTNERS LP

Dated: May 23, 2013        SULLIVAN & CROMWELL LLP

By  /s/ Brendan P. Cullen
    Brendan P. Cullen
    Attorneys for Defendant
    BARCLAYS CAPITAL

1 **[ORDER**

3   Pursuant to the foregoing stipulation, and good cause appearing,

4 **IT IS SO ORDERED.**

6   Date: May 24, 2013

_____
Honorable _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. AND [PROPOSED] ORDER RE STAY
CASE NO. 12-CV-6003 CRB