# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re Hewlett-Packard Company Shareholder Derivative Litigation | ) Case No: C-12-6003-CRB<br>)<br>) **APPLICATION FOR**<br>) **ADMISSION OF ATTORNEY**<br>) **PRO HAC VICE**<br>) (CIVIL LOCAL RULE 11-3)<br>)<br>)<br>) |

I, _____Victoria A. Coyle_____, an active member in good standing of the bar of __The State of New York_____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____Barclays Capital_____ in the above-entitled action. My local co-counsel in this case is _____Brendan P. Cullen_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303-3308 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 558-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 461-5600 |
| MY EMAIL ADDRESS OF RECORD:<br>coylev@sullcrom.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cullenb@sullcrom.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ____4773735____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 

*/s/ Victoria A. Coyle*

APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Victoria A. Coyle_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with local co-counsel designated in the application will constitute notice to the party.

Dated: June 12, 2013

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED _____ MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

*October 2012*