UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Hewlett-Packard Company Shareholder Derivative Litigation

Case No: C-12-6003-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____Brian T. Frawley_____, an active member in good standing of the bar of __The State of New York__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____Barclays Capital_____ in the above-entitled action. My local co-counsel in this case is _____Brendan P. Cullen_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004-2498 | Sullivan & Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303-3308 |
| MY TELEPHONE # OF RECORD:<br>(212) 558-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>650 (461)-5600 |
| MY EMAIL ADDRESS OF RECORD:<br>frawleyb@sullcrom.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cullenb@sullcrom.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __2586048__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:                                                                                  */s/ Brian T. Frawley*
                                                                                                APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____Brian T. Frawley_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 12, 2013

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES MAGISTRATE JUDGE