| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
|   | DRains@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
|   | 755 Page Mill Road |
| 3 | Palo Alto, California  94304-1018 |
|   | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| 5 | JUDSON E. LOBDELL (CA SBN 146041) |
|   | JLobdell@mofo.com |
| 6 | MARK R.S. FOSTER (CA SBN 223682) |
|   | MFoster@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 8 | San Francisco, CA 94105-2482 |
|   | Telephone: 415.268.7000 |
| 9 | Facsimile: 415.268.7522 |
| 10 | Attorneys for Nominal Defendant |
|    | HEWLETT-PACKARD COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C-12-06003-CRB |
| This Document Relates To: All Actions | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |
| | [Local Rule 11-5] |
| | Judge:   Hon. Charles R. Breyer |

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-06003-CRB
sf-3297514

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that nominal defendant Hewlett-Packard Company hereby

3  substitutes its counsel and attorneys of record in the above-captioned matter.

4  Former Counsel

5  MORGAN LEWIS & BOCKIUS LLP
   Marc J. Sonnenfeld (admitted *pro hac vice*)
6  Karen Pieslak Pohlmann (admitted *pro hac vice*)
   Robert E. Gooding, Jr. (CA SBN 50617)
7  Joseph E. Floren (CA SBN 168292)
   Jennifer R. Bagosy (CA SBN 223145)
8  Kim Alexander Kane (CA SBN 226896)
   Matthew S. Weiler (CA SBN 236052)
9

10  New Counsel

11  MORRISON & FOERSTER LLP
    Darryl P. Rains (CA SBN 104802)
12  DRains@mofo.com
    755 Page Mill Road
13  Palo Alto, California  94304-1018
    Telephone: 650.813.5600
14  Facsimile: 650.494.0792

15  MORRISON & FOERSTER LLP
    Judson E. Lobdell (CA SBN 146041)
16  JLobdell@mofo.com
    Mark R.S. Foster (CA SBN 223682)
17  MFoster@mofo.com
    425 Market Street
18  San Francisco, CA 94105-2482
    Telephone: 415.268.7000
19  Facsimile: 415.268.7522

20  Substitution Based on Consent

21  Nominal defendant Hewlett-Packard Company respectfully submits that the proposed

22  substitution of counsel is in the interests of justice and is not made for purposes of delay or any

23  other improper purpose.  The undersigned consent to the above substitution of counsel.

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-06003-CRB
sf-3297514

1

| | | |
|---|---|---|
| 1 | Dated: June 14, 2013 | HEWLETT-PACKARD COMPANY |
| 2 | | |
| 3 | | By:  /s/ Robert Particelli  <br>       Robert Particelli |
| 4 | | |
| 5 | | Vice-President, Associate General Counsel, Hewlett-Packard Company |
| 6 | | |
| 7 | Dated: June 14, 2013 | MORGAN LEWIS & BOCKIUS LLP <br> MARC J. SONNENFELD <br> KAREN PIESLAK POHLMANN <br> ROBERT E. GOODING, JR. <br> JOSEPH E. FLOREN <br> JENNIFER R. BAGOSY <br> KIM ALEXANDER KANE <br> MATTHEW S. WEILER |
| 12 | | By:  /s/ Marc J. Sonnenfeld  <br>       Marc J. Sonnenfeld |
| 13 | | |
| 14 | | Former attorneys for nominal defendant Hewlett-Packard Company |
| 15 | | |
| 16 | Dated: June 14, 2013 | MORRISON & FOERSTER LLP <br> DARRYL P. RAINS <br> JUDSON E. LOBDELL <br> MARK R.S. FOSTER |
| 19 | | By:  /s/ Darryl P. Rains  <br>       Darryl P. Rains |
| 20 | | |
| 21 | | Attorneys for nominal defendant Hewlett-Packard Company |
| 23 | IT IS SO ORDERED. | |
| 25 | Dated: June 19, 2013 | IT IS SO ORDERED <br> Judge Charles R. Breyer |

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER  
Case No. C-12-06003-CRB  
sf-3297514

2

**ECF ATTESTATION**

I, Mark R.S. Foster, am the ECF User whose ID and Password are being used to file this:

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert Particelli, Marc J. Sonnenfeld and Darryl P. Rains have concurred in this filing.

Dated: June 14, 2013                    MORRISON & FOERSTER LLP


                                        By:    /s/ Mark R.S. Foster
                                               Mark R.S. Foster

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER
Case No. C-12-06003-CRB
sf-3297514

3