1 | ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
2 | brobbins@robbinsarroyo.com
FELIPE J. ARROYO (163803)
3 | farroyo@robbinsarroyo.com
SHANE P. SANDERS (237146)
4 | ssanders@robbinsarroyo.com
600 B Street, Suite 1900
5 | San Diego, CA 92101
Telephone: (619) 525-3990
6 | Facsimile: (619) 525-3991

7 | *Counsel for Plaintiffs Philip Ricciardi and Ernesto Espinoza*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLET-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | MASTER DOCKET NO. C-12-06003 CRB |
| THIS DOCUMENTS RELATES TO: ALL ACTIONS | NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN S. KIM |

NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN S. KIM

1 TO: THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that effective June 14, 2013, Kevin S. Kim is no longer employed at Robbins Arroyo LLP and is hereby withdrawn as counsel of record for plaintiffs' Philip Ricciardi and Ernesto Espinoza in the above-referenced action.

Brian J. Robbins, Felipe J. Arroyo, and Shane P. Sanders will continue to serve as counsel of record for plaintiffs' Philip Ricciardi and Ernesto Espinoza. Notice of further proceedings in this action, as well as copies of all pleadings and other filings should continue to be directed Brian J. Robbins, Felipe J. Arroyo, and Shane P. Sanders

Dated: June 20, 2013　　　　　　　　　　　　ROBBINS ARROYO LLP

*/s/ Shane P. Sanders*
SHANE P. SANDERS

BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
farroyo@robbinsarroyo.com
ssanders@robbinsarroyo.com

*Counsel for Plaintiffs Philip Ricciardi and Ernesto Espinoza*

---

-1-
NOTICE OF WITHDRAWAL OF ATTORNEY KEVIN S. KIM

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 20, 2013.

                                                                      */s/ Shane P. Sanders*
                                                                        SHANE P. SANDERS

877761

# Mailing Information for a Case 3:12-cv-06003-CRB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com

- **Daniel H. Bookin**
  dbookin@omm.com,LitigationCalendar@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Matthew William Close**
  mclose@omm.com

- **Victoria A. Coyle**
  coylev@sullcrom.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com,pmenzel@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Steven M. Farina**
  sfarina@wc.com

- **Mark R.S. Foster**
  mfoster@mofo.com,cburns@mofo.com,mnelson@mofo.com

- **Brian T. Frawley**
  frawleyb@sullcrom.com

- **Richard Stephen Horvath , Jr**
  richard.horvath@skadden.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,lalmanza@cooley.com

- **Kevin S. Kim**
  kkim@robbinsarroyo.com,notice@robbinsarroyo.com

- **Aron K. Liang**
  aliang@cpmlegal.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Timothy Alan Miller**
  Timothy.Miller@skadden.com,jan.schilling@skadden.com,wayne.campbell@skadden.com,richard.horvath@skadden.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,jhamilton@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com,plachapelle@wilkefleury.com,calendar@wilkefleury.com,ikon@wilkefleury.com,ayu@wilkefleury.com,dbaxter@wilkefleury.com

- **Darryl Paul Rains**
  drains@mofo.com,dgillis@mofo.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Diana Catherine Rogosa**
  drogosa@omm.com,lschmalz@omm.com,Deshelman@omm.com,Lisachen@omm.com

- **Allen Ruby**
  Allen.Ruby@Skadden.com,marilyn.garibaldi@skadden.com,rosanna.keenan@skadden.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com,athompson@robbinsarroyo.com

- **Colby A. Smith**
  casmith@debevoise.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com

- **Bruce E. Yannett**
  beyannett@debevoise.com,mao-ecf@debevoise.com

- **Shimon Yiftach**
  shimon@yiftachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)