1  SULLIVAN & CROMWELL LLP
   Brendan P. Cullen (Bar No. 194057)
2  cullenb@sullcrom.com
   1870 Embarcadero Road
3  Palo Alto, CA 94303
   Telephone:  (650) 461-5600
4  Facsimile:   (650) 461-5700

5  SULLIVAN & CROMWELL LLP
   Brian T. Frawley (admitted *pro hac vice*)
6  frawleyb@sullcrom.com
   Victoria A. Coyle (admitted *pro hac vice*)
7  coylev@sullcrom.com
   125 Broad Street
8  New York, New York 10004
   Telephone:  (212) 558-4000
9  Facsimile:   (212) 558-3588

10
   *Attorneys for Barclays Capital*
11

12                 **UNITED STATES DISTRICT COURT**

13              **NORTHERN DISTRICT OF CALIFORNIA**

14

15  IN RE HEWLETT-PACKARD          )   Case No. C-12-6003-CRB
    COMPANY SHAREHOLDER            )
16  DERIVATIVE LITIGATION          )   **NOTICE OF APPEARANCE**
                                   )
17                                 )   Judge:   Honorable Charles R. Breyer
                                   )
18                                 )
                                   )
19                                 )
                                   )
20  ─────────────────────────────── )

21
22       **To the Clerk of this Court and all parties of record:**

23          PLEASE TAKE NOTICE that Brendan P. Cullen, Brian T. Frawley

24  and Victoria A. Coyle hereby appear as counsel for Defendant Barclays Capital.

25  Brendan P. Cullen is admitted to practice in the State of California and before this

    Court.  Brian T. Frawley and Victoria A. Coyle are admitted to practice in this
26
    Court *pro hac vice*.  The Court and counsel are requested to update their service
27
    lists with the undersigned's information as follows:
28

SULLIVAN & CROMWELL LLP

NOTICE OF APPEARANCE                                    CASE NO. C-12-6003-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700
cullenb@sullcrom.com

Dated:        June 26, 2013

/s/ *Brendan P. Cullen*

Brendan P. Cullen
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700
cullenb@sullcrom.com

*Attorney for Barclays Capital*

-1-

SULLIVAN & CROMWELL LLP

NOTICE OF APPEARANCE

CASE NO. C-12-6003-CRB