SULLIVAN & CROMWELL LLP
Brendan P. Cullen (Bar No. 194057)
cullenb@sullcrom.com
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

SULLIVAN & CROMWELL LLP
Brian T. Frawley (admitted *pro hac vice*)
frawleyb@sullcrom.com
Victoria A. Coyle (admitted *pro hac vice*)
coylev@sullcrom.com
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Barclays Capital*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-12-6003-CRB<br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>Judge: Honorable Charles R. Breyer |
|---|---|

    Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Barclays Capital is not a legal entity. Barclays Capital Inc. is an indirect wholly-

1  owned subsidiary of Barclays PLC, which is a publicly held corporation. No other
2  publicly traded company owns 10% or more of Barclays Capital Inc.'s stock.

3  Dated: June 26, 2013

/s/ *Brian T. Frawley*
Brian T. Frawley (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
frawleyb@sullcrom.com

*Attorney for Barclays Capital*