1  MARC WOLINSKY (*pro hac vice to be filed*)
    MWolinsky@wlrk.com
2  GEORGE T. CONWAY III (*pro hac vice to be filed*)
    GTConway@wlrk.com
3  RACHELLE SILVERBERG (*pro hac vice to be filed*)
    RSilverberg@wlrk.com
4  VINCENT G. LEVY (*pro hac vice pending*)
    VGLevy@wlrk.com
5  WACHTELL, LIPTON, ROSEN & KATZ
   51 West 52nd Street
6  New York, NY  10019
   Telephone: 212.403.1000
7  Facsimile: 212.403.2000

8
   NEIL A. GOTEINER (State Bar No. 83524)
9    ngoteiner@fbm.com
   THOMAS B. MAYHEW (State Bar No. 183539)
10   TMayhew@fbm.com
   CHRISTOPHER C. WHEELER (State Bar No. 224872)
11   CWheeler@fbm.com
   FARELLA, BRAUN & MARTEL, LLP
12 235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
13 Telephone: 415.954.4400
   Facsimile: 415.954.4480
14

15 Attorneys for Nominal Defendant
   HEWLETT-PACKARD COMPANY
16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                          SAN FRANCISCO DIVISION

20

| 21 IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, | Master File No. C-12-6003-CRB |
|---|---|
| 22 | **NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |
| 23 This Document Relates To:  All Actions | |
| 24 | [Local Rule 11-5] |
| 25 | Judge:  Hon. Charles R. Breyer |

26

27

28

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE that nominal defendant Hewlett-Packard Company hereby

3  substitutes its counsel and attorneys of record in the above-captioned matter.

4      <u>Former Counsel</u>

5      MORRISON & FOERSTER LLP
    Darryl P. Rains (CA SBN 104802)
6      DRains@mofo.com
    755 Page Mill Road
7      Palo Alto, CA  94304-1018
    Telephone: 650.813.5600
8      Facsimile: 650.494.0792

9      MORRISON & FOERSTER LLP
    Judson E. Lobdell (CA SBN 146041)
10     JLobdell@mofo.com
    Mark R.S. Foster (CA SBN 223682)
11     MFoster@mofo.com
    425 Market Street
12     San Francisco, CA  94105-2482
    Telephone: 415.268.7000
13     Facsimile: 415.268.7522

14     <u>New Counsel</u>

15     WACHTELL, LIPTON, ROSEN & KATZ
    Marc Wolinsky (*pro hac vice to be filed*)
16     MWolinsky@wlrk.com
    George T. Conway III (*pro hac vice to be filed*)
17     GTConway@wlrk.com
    Rachelle Silverberg (*pro hac vice to be filed*)
18     RSilverberg@wlrk.com
    Vincent G. Levy (*pro hac vice to be filed*)
19     VGLevy@wlrk.com
    51 West 52nd Street
20     New York, NY  10019
    Telephone: 212.403.1000
21     Facsimile: 212.403.2000

22

23     FARELLA, BRAUN & MARTEL LLP
    Neil A. Goteiner (CA SBN 83524)
24     Thomas B. Mayhew (CA SBN 183539)
    Christopher C. Wheeler (CA SBN 224872)
25     235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
26     Telephone: 415.954.4400
    Facsimile: 415.954.4480
27     ngoteiner@fbm.com; tmayhew@fbm.com; cwheeler@fbm.com

28

NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER – Case No. C-12-6003-CRB

10615\3766784.1

Substitution Based on Consent

Nominal defendant Hewlett-Packard Company respectfully submits that the proposed substitution of counsel is in the interests of justice and is not made for purposes of delay or any other improper purpose. The undersigned consent to the above substitution of counsel.

Dated: July 30, 2013         HEWLETT-PACKARD COMPANY


                             By:  /s/
                                  Robert Particelli

                                  Vice-President, Associate General Counsel,
                                  Hewlett-Packard Company

Dated: July 30, 2013         MORRISON & FOERSTER LLP
                             DARRYL P. RAINS
                             JUDSON E. LOBDELL
                             MARK R.S. FOSTER


                             By:  /s/
                                  Darryl P. Rains

                                  Former Attorneys for Nominal Defendant
                                  Hewlett-Packard Company

Dated: July 30, 2013         WACHTELL, LIPTON, ROSEN & KATZ
                             MARC WOLINSKY
                             GEORGE T. CONWAY III
                             RACHELLE SILVERBERG


                             By:  /s/
                                  Marc Wolinsky

                                  Attorneys for Nominal Defendant
                                  Hewlett-Packard Company

1
2
3
4   Dated:  July 30, 2013                    FARELLA, BRAUN & MARTEL, LLP
                                             NEIL A. GOTEINER
5
6                                            By:      /s/
                                                   Neil A. Goteiner
7
                                             Attorneys for Nominal Defendant
8                                            Hewlett-Packard Company
9
10
11  IT IS SO ORDERED.
12
13  Dated:  August 1, 2013
14
                                             _____
                                             Judge Charles R. Breyer

15
16
17
18
19
20
21
22
23
24
25
26
27
28