UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Hewlett-Packard Company Shareholder Derivative Litigation

Case No: C 12-CV-06003

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Marc Wolinsky, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: nominal defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Neil A. Goteiner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street, New York, NY 10019 | Farella Braun & Martel LLP<br>235 Montgomery St., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 403-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD:<br>MWolinsky@wlrk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ngoteiner@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MW1750.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/29/13

/s/ Marc Wolinsky
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Marc Wolinsky is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 8, 2013

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER          October 2012