# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re Hewlett-Packard Company Shareholder Derivative Litigation

Case No: C 12-CV-06003

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, George T. Conway III, an active member in good standing of the bar of S.D.N.Y., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: nominal defendant Hewlett-Packard Co. in the above-entitled action. My local co-counsel in this case is Neil A. Goteiner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street, New York, NY 10019 | Farella Braun & Martel LLP<br>235 Montgomery St., San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 403-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 954-4400 |
| MY EMAIL ADDRESS OF RECORD:<br>GTConway@wlrk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ngoteiner@fbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GC3181.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/29/13

/s/ George T. Conway III
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of George T. Conway III is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: August 8, 2013

UNITED STATES DISTRICT JUDGE
Judge Charles R. Breyer

IT IS SO ORDERED

*PRO HAC VICE* APPLICATION & ORDER                                              *October 2012*