# EXHIBIT 4

## MINUTES

## BOARD OF DIRECTORS OF
## LAS VEGAS SANDS CORP.

## BOARD MEETING
## July 26, 2011

A meeting of the Board of Directors of Las Vegas Sands Corp. was held at the Company's headquarters on the above date upon notice duly given. In attendance were:

### Board Members:

Sheldon G. Adelson (Chair)
Michael A. Leven
Jason N. Ader
Irwin Chafetz
Charles D. Forman*
George P. Koo
Jeffrey H. Schwartz
Irwin A. Siegel

### Invited Guests:

Robert Goldstein
Ken Kay
Patrick Dumont
John Caparella**
Michael Lentz**
Manjit Singh**
Miriam Adelson**
Gayle M. Hyman

---

\* Participated by telephone.
\*\* Attended portions of the meeting.

The Board meeting was called to order by Mr. Adelson at approximately 11:15 a.m. PDT.

# REDACTED

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

### 10. Legal Update.

Ms. Hyman updated the Board about the status of the Company's material legal matters and litigation, including the SEC and DOJ investigations, the Jacobs litigation, the federal securities lawsuit and the Suen litigation. She also discussed the demand letters from purported shareholders received by the Board and the shareholder derivative lawsuits. Following the discussion, upon a motion duly made and seconded, the Board adopted the following resolutions:

WHEREAS, the Audit Committee has been authorized by the Board to respond to a February 9, 2011 subpoena from the Securities and Exchange Commission, and a related inquiry by the Department of Justice; and

WHEREAS, the Audit Committee also has been authorized by the Board to respond to letters from purported shareholders Caleb Hartmann and Alvaro Gomez Elizondo (the "Shareholder Demand Letters"); and

WHEREAS, five shareholder derivative actions have been filed in state and federal court in Nevada (the "Shareholder Derivative Actions");

NOW, THEREFORE, BE IT RESOLVED, that the Board of Directors hereby authorizes the Audit Committee to respond to other letters from purported shareholders, including but not limited to the letter from purported shareholder Curtis W. Acton, which raise issues similar to those raised in the Shareholder Demand Letters; and is further

RESOLVED, that the Board of Directors hereby designates the Audit Committee as a "special litigation committee" for the purpose of investigating the allegations made in the Shareholder Derivative Actions, and any related shareholder derivative action that may be filed; and it is further

RESOLVED, that the Audit Committee is hereby delegated full authority and power to take any and all actions on behalf of the Company that it deems appropriate and in the best interests of the Company in connection with investigating the allegations in the Shareholder Derivative Actions and any related shareholder derivative actions that may be filed, including, without limitation, the engagement of independent counsel, accountants and other advisors at the Company's expense to assist the Committee in its investigation.

**REDACTED**

# REDACTED

There being no further business to come before the Board following the executive session, the meeting was adjourned at approximately 6:00 p.m. PDT.

Respectfully submitted,

_____
Meeting Secretary