WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
RACHELLE SILVERBERG (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel./Fax:  212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
RSilverberg@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
THOMAS B. MAYHEW, State Bar No. 183539
CHRISTOPHER C. WHEELER, State Bar No. 224872
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel./Fax:  415.954.4400/4480
NGoteiner@fbm.com
TMayhew@fbm.com
CWheeler@fbm.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION,<br><br>This Document Relates to:  All Actions | Master File No. 12-CV-6003 CRB<br><br>**DECLARATION OF MARC WOLINSKY IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO STAY**<br><br>Date:    Friday, September 6, 2013<br>Time:    10:00 a.m.<br>Dept.:   Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |

I, Marc Wolinsky, state as follows:

1. I am an attorney admitted to practice in New York and partner of the firm Wachtell, Lipton, Rosen & Katz. I am counsel for HP in this action and related matters, as a result of which I am knowledgeable regarding the facts set forth below. I respectfully submit this declaration in further support of HP's motion for a stay of this action.

2. Enclosed for the convenience of the Court are true and correct copies of the following documents:

Ex. A   Complaint filed on August 16, 2013 in the Superior Court of the state of California, County of Santa Clara, captioned *Noel* v. *Whitman et al.*, Case No. 113CV251346.

Ex. B   Declaration of Daniel Bookin, filed in *Moradi* v. *Adelson*, No. 11-cv-00490-APG-JNK (Docket No. 111-1).

Ex. C   International Corporate Governance Network, *U.S. Activist investor named "Lifetime Achiever' as ICGN makes three Corporate Governance Awards* (available at http://news.cision.com/international-corporate-governance-network--icgn-/r/us-activist-investor-named--lifetime-achiever--as-icgn-makes-three-corporate-governance-awards,c9436073 (last visited August 20, 2013)).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in New York, New York on August 20, 2013.

_____
Marc Wolinsky