1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
RACHELLE SILVERBERG (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel./Fax:  212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
RSilverberg@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
THOMAS B. MAYHEW, State Bar No. 183539
CHRISTOPHER C. WHEELER, State Bar No. 224872
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel./Fax:  415.954.4400/4480
NGoteiner@fbm.com
TMayhew@fbm.com
CWheeler@fbm.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE HEWLETT-PACKARD COMPANY
SHAREHOLDER DERIVATIVE
LITIGATION,

This Document Relates to:  All Actions

Master File No. 3:12-cv-6003-CRB

**ADMINISTRATIVE MOTION
REQUESTING CONTINUANCE OF
DATES IN THE MAY 28, 2013 STAY
STIPULATION AND ORDER**

[Local Rule 7-11]

Judge:      Hon. Charles R. Breyer

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION REQUESTING
CONTINUANCE OF DATES
Master File No. 3:12-cv-06003-CRB

29287\3831593.1

1       Pursuant to this Court's Civil Standing Order and Civil Local Rule 7-11, the below

2   Defendants move this Court for a continuance of certain dates in the Stipulation Of All Parties To

3   Stay Case Through July 31, 2013, ordered by this Court on May 28, 2013 ("May 28 Stay

4   Stipulation and Order").  Docket No. 87.  Specifically, the below Defendants ask that the Court

5   continue the time by which Defendants must respond to the Consolidated Complaint from

6   September 10, 2013 to six weeks after the Court has ruled upon Defendants' Motion to Stay.  The

7   hearing on the Motion to Stay is presently set for September 6.

8       Good cause exists for this request.  Given the September 6 hearing, unless the Court

9   adjusts the September 10 filing date, Defendants will be required to spend their time and HP's

10   resources responding to the Consolidated Complaint pending the Court's decision on the Motion

11   to Stay.  Such needless waste benefits no one.  Moreover, Defendants' responses to the Complaint

12   may look very different depending on the results of the Court's ruling on the Motion to Stay and

13   the status and results of the work of the Demand Review Committee that is currently investigating

14   Plaintiff's claims, as well as the claims made by other HP shareholders in their demand letters.

15       Plaintiff recognized that Defendants should not be responding to the Complaint while the

16   Motion to Stay is pending, presumably also recognizing that Plaintiff is claiming to represent HP

17   which would have to pay for all Defendants' briefing when the case might be stayed.  But at the

18   end of the meet-and-confer process yesterday, Plaintiff rejected the request for six weeks, instead

19   offering to extend the existing deadline by only four days after the Court rules on the Motion to

20   Stay.  Plaintiff thus vitiated his recognition that Defendants should not have to respond to the

21   Complaint pending the Court's ruling on Defendants' requested stay.

22       By way of summary, on July 30, 2013, HP filed its Motion to Stay, joined by other

23   Defendants.  (Docket Nos. 102 & 110).  Defendants' Motion to Stay is scheduled to be heard on

24   September 6, 2013—two business days prior to the current due date for Defendants' response to

25   the 180-page Consolidated Shareholder Derivative Complaint.  Under the current schedule, if the

26   Court does not decide the Motion to Stay by September 10, Defendants will be compelled to file

27   their responses that day not knowing whether the action is stayed.  Were the Court to deny the

28   Motion to Stay on September 6, Defendants would have only two business days to prepare and

ADMINISTRATIVE MOTION REQUESTING
CONTINUANCE OF DATES
Master File No. 3:12-cv-06003-CRB

29287\3831593.1

file their responses.

Given the unworkability of, and waste inherent in, the current schedule, for several weeks counsel for HP has requested to discuss with Plaintiff's counsel an extension of the September 10 response deadline consistent with the schedule in the May 28 Stay Stipulation and Order—i.e., Defendants' responses due six weeks following the Court's ruling on the Motion to Stay. *See* Declaration of Neil Goteiner in Support of Defendants' Administrative Motion Requesting Continuance Of Dates In May 28 Stay Stipulation And Order.  Yesterday, Plaintiff's counsel refused to grant the requested extension. *Id*. ¶7, Ex. D at 1.  Instead, Plaintiff's counsel offered only to extend the September 10 response date by "the time it takes to issue a ruling." *Id*.  Thus, if the Court on September 6 denied Defendants' stay motion, Defendants' responses would still be due on September 10.  If the Court denied Defendants' motion on September 9, Defendants' response would be due on September 13.  In short, since Defendants obviously cannot risk leaving themselves four days to prepare and file a response to the Consolidated Complaint, Plaintiff's offer would still require Defendants to prepare their responses to the Consolidated Complaint without knowing whether the action will be stayed.  The result would be a needless waste of HP's resources in the event the Motion for a Stay is granted.  The only countervailing consideration is that Defendants' responses would be served six weeks, rather than four days, after the Court rules, which is to say no real prejudice at all.

Defendants have acted expeditiously, filing this Motion one day after Plaintiff refused to grant the requested extension.

Defendants therefore respectfully request that the Court modify the schedule as set forth in the May 28 Stay Stipulation and Order, ¶2, by continuing those deadlines to the new dates set forth below:

1.  If Defendants' Motion to Stay is denied, Defendants' answers, motions, or other papers in response to the Consolidated Complaint shall be filed no later than 42 days (six weeks) following issuance of the Court's Order denying Defendants' Motion.

2.  If Defendants' Motion to Stay is granted, Defendants' answers, motions, or other

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION REQUESTING
CONTINUANCE OF DATES               - 2 -
Master File No. 3:12-cv-06003-CRB

29287\3831593.1

1    papers in response to the Consolidated Complaint shall be filed no later than 42

2    days (six weeks) following the expiration of the stay, or such other time as the

3    Court may direct at that time.

4        3.   In the event Defendants file any motion(s) directed at the Consolidated Complaint,

5    Plaintiff's opposition brief(s) shall be filed no later than 56 days (eight weeks)

6    after the filing of Defendants' motion(s).

7        4.   Reply brief(s) on such motion(s) shall be filed no later than 28 days (four weeks)

8    after the filing of Plaintiff's opposition(s).

9    Dated: August 23, 2013.                    FARELLA, BRAUN & MARTEL, LLP

10

11                                              By:_____/s/_____
                                                         Neil A. Goteiner
12
                                                Attorneys for Defendant
13                                              Hewlett-Packard Company

14   Dated: August 23, 2013.                    DEBEVOISE AND PLIMPTON LLP

15

16                                              By:_____/s/_____
                                                         Ada Fernandez Johnson
17
                                                Attorneys for Defendant Léo Apotheker
18
19   Dated: August 23, 2013.                    COOLEY LLP

20

21                                              By:_____/s/_____
                                                         Jeffrey M. Kaban
22
                                                Attorneys for Defendant Margaret C. Whitman
23   Dated: August 23, 2013.                    O'MELVENY & MYERS LLP

24

25                                              By:_____/s/_____
                                                         Daniel H. Bookin
26
                                                Attorneys for Defendant Shane V. Robinson
27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION REQUESTING
CONTINUANCE OF DATES                    - 3 -                    29287\3831593.1
Master File No. 3:12-cv-06003-CRB

1    Dated:  August 23, 2013.                    SHEARMAN & STERLING LLP

2

3                                                By:_____/s/_____
                                                       Sara Ricciardi
4
                                                 Attorneys for Defendant Perella Weinberg
5                                                Partners LP

6    Dated:  August 23, 2013.                    SKADDEN, ARPS, SLATE, MEAGHER &
                                                 FLOM LLP
7

8                                                By:_____/s/_____
9                                                       Timothy A. Miller

10                                               Attorneys for Specially Appearing Defendants
                                                 Raymond J. Lane, Marc L. Andreessen, Shumeet
11                                               Banerji, Rajiv L. Gupta, John H. Hammergren,
                                                 Ann M. Livermore, Gary M. Reiner, Patricia F.
12                                               Russo, G. Kennedy Thompson, Ralph V.
                                                 Whitworth, Lawrence T. Babbio, Jr., Sari M.
13                                               Baldauf, and Dominique Senequier

14

15

16

17                     **ATTESTATION OF CONCURRENCE IN FILING**

18           In accordance with the Northern District of California's General Order No. 45, Section

19   X(B), I hereby attest that I have obtained the concurrence of all other signatories in the filing of

20   this document.

21   Dated:  August 23, 2013.                    FARELLA, BRAUN & MARTEL, LLP

22

23                                               By:_____/s/_____
                                                       Neil A. Goteiner
24
                                                 Attorneys for Defendant
25                                               Hewlett-Packard Company

26

27

28

Farella Braun + Martel LLP      ADMINISTRATIVE MOTION REQUESTING
235 Montgomery Street, 17th Floor   CONTINUANCE OF DATES                    - 4 -                        29287\3831593.1
San Francisco, CA  94104         Master File No. 3:12-cv-06003-CRB
(415) 954-4400

1

**[PROPOSED] ORDER**

2        IT IS HEREBY ORDERED THAT good cause exists to support the granting of the

3   Administrative Motion Request Continuance Of Dates In The May 28 Stay Stipulation And

4   Order.  Accordingly, the Motion is GRANTED.  The Court hereby enters the following revised

5   scheduling Order:

6            1.   If Defendants' Motion to Stay is denied, Defendants' answers, motions, or other

7                 papers in response to the Consolidated Complaint shall be filed no later than 42

8                 days (six weeks) following issuance of the Court's Order denying Defendants'

9                 Motion.

10           2.   If Defendants' Motion to Stay is granted, Defendants' answers, motions, or other

11                papers in response to the Consolidated Complaint shall be filed no later than 42

12                days (six weeks) following the expiration of the stay, or such other time as the

13                Court may direct at that time.

14           3.   In the event Defendants file any motion(s) directed at the Consolidated Complaint,

15                Plaintiff's opposition brief(s) shall be filed no later than 56 days (eight weeks)

16                after the filing of Defendants' motion(s).

17           4.   Reply brief(s) on such motion(s) shall be filed no later than 28 days (four weeks)

18                after the filing of Plaintiff's opposition(s).

19

20   IT IS SO ORDERED.

21

22                                          _____
                                            HON. CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

ADMINISTRATIVE MOTION REQUESTING
CONTINUANCE OF DATES          - 5 -                                    29287\3831593.1
Master File No. 3:12-cv-06003-CRB