1  DANIEL BOOKIN (S.B. #78996)
   dbookin@omm.com
2  LISA CHEN (S.B. #234681)
   lisachen@omm.com
3  DIANA ROGOSA (S.B. #287967)
   drogosa@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, California  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  MATTHEW W. CLOSE (S.B. #188570)
   mclose@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, California  90071-2899
   Telephone:    (213) 430-6000
10 Facsimile:    (213) 430-6407

11 Attorneys for Defendant
   Shane V. Robison

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | MASTER DOCKET<br>NO.  C-12-6003 CRB |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF APPEARANCE OF LISA CHEN** |

**TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Lisa Chen of O'Melveny & Myers LLP, hereby appears as counsel for Defendant Shane V. Robison. She is admitted to practice in the State of California and before this Court. Her address, telephone, and facsimile numbers are as follows:

> O'MELVENY & MYERS LLP
> Lisa Chen
> Two Embarcadero Center, 28th Floor
> San Francisco, CA 94111-3823
> Telephone:   (415) 984-8700
> Facsimile:   (415) 984-8701

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated:  September 3, 2013

By:   */s/ Lisa Chen*
Lisa Chen
O'Melveny & Myers LLP

Attorney for Defendant
Shane V. Robison

- 2 -

NOTICE OF APPEARANCE OF LISA CHEN
C-12-6003 CRB