IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION _____/ | No. CV 12-06003 CRB<br><br>**ORDER GRANTING STAY** |

Defendant Hewlett-Packard Company's motion to stay (dkt. 102) is GRANTED with the understanding that on or before January 17, 2014 the Demand Review Committee will make a final recommendation to the Board of Directors, and the Board of Directors will make a final decision as to any recommendation from the Demand Review Committee. Accordingly, this action is hereby STAYED until January 17, 2014.

**IT IS SO ORDERED.**

Dated: September 6, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE