<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: **September 6, 2013**                    Time:   27 minutes

<u>**C-12-06003**</u> **CRB**

**In re HEWLET PACKARD CO SHAREHOLDER DERIVATIVE LITIGATION**

Attorneys:     Timothy Miller, Matthew Close, Marc Winsky, George Conway, III, Ralph Ferrara
               Ann Ashton, Neil Goteiner    Mark Molumpy Joseph Cotchett, Jennifer Crutchfield
               Jeffrey Kahan, Bruce Ericson,  Patrick Robbins

Deputy Clerk: **BARBARA ESPINOZA**                    Reporter: **Belle Ball**

<u>**PROCEEDINGS:**</u>                                        <u>**RULING:**</u>

1.  Motion to Stay                                              Granted

2.

3.

<u>**ORDERED AFTER HEARING:**</u>

 Matter stayed until 1/17/2014 - the DRC's investigation to be completed to the point that the HP board can

make a determination.

(  ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____
(  ) Referred to Magistrate Judge for: _____

(  ) CASE CONTINUED TO _____              for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____
Plntf to Name Experts by _____    Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  (  )Jury     (  )Court

Notes: _____

_____

_____