Clear Form

# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**COURT USE ONLY**
**DUE DATE:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. /2013)

**1a. CONTACT PERSON FOR THIS ORDER**
Christine Ford

**1b. ATTORNEY NAME (if different)**

**2a. CONTACT PHONE NUMBER**
(212) 909-6514

**2b. ATTORNEY PHONE NUMBER**

**3a. CONTACT EMAIL ADDRESS**
cford@debevoise.com

**3b. ATTORNEY EMAIL ADDRESS**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

**5. CASE NAME**
Riccardi v. Lynch et al

**6. CASE NUMBER**
3:12-cv-06003-

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR**
Belle Ball

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL      ☐ CRIMINAL
☐ NON-APPEAL  ☑ CIVIL

☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☑ CJA: Do not use this form; use Form CJA24

**9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:**

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (Initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) |
|------|------------------|-----------------|------|
| 9/6/13 | CRB | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed)**

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|-------------|--------------------|-------|--------------------|-------------------|
| ● | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

**c. DELIVERY TYPE (Choose one per line)**

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|-------------------|--------|-------------------|------------------|----------------|----------|
| ○ | ○ | ○ | ◉ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).**

**11. SIGNATURE**

**12. DATE**
9-12-13

**DISTRIBUTION:**   ☐ COURT COPY      ☐ TRANSCRIPTION COPY      ☐ ORDER RECEIPT      ☐ ORDER COPY