# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION** | Master File No. 12-CV-6003 CRB <br><br> **[PROPOSED] RELATED CASE ORDER** |
| **This motion also relates to:** | No. C 14-00622-DMR |
| A. J. COPELAND, Individually and Derivatively on behalf of HEWLETT-PACKARD COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LEO APOTHEKER; MARGARET C. WHITMAN; RAYMOND J. LANE; MARC L. ANDREESEN; SHUMEET BANERJI; RAJIV L. GUPTA; JOHN H. HAMMERGREN; ANN M. LIVERMORE; GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; RAYMOND E. OZZIE; JAMES A. SKINNER; ROBERT R. BENNETT; RALPH V. WHITWORTH; and MICHAEL R. LYNCH, <br><br> Defendants, <br><br> and <br><br> HEWLETT-PACKARD COMPANY, <br><br> Nominal Defendant. | |

On February 14, 2014, Plaintiff, A.J. Copeland, in Case No. C 14-00622-DMR filed an administrative motion to consider whether the case is related to Case No. C 12-6003-CRB, *In re Hewlett Packard Company Shareholder Derivative Litigation*.

IT IS HEREBY ORDERED that the Court finds that Case No. C 14-00622-DMR and Case No. C 12-6003-CRB are related.  They involve substantially the same parties and events, although the former is broader in scope and names additional defendants.  Each is a derivative case brought on behalf of Hewlett-Packard Company against mostly the same defendants.  They assert similar claims and are based on substantially similar facts.  Thus, it is appropriate to relate these cases and assign the later-filed case to the judge assigned to the earliest-filed case.  *See* Civil L.R. 3-12(f)(3).  Thus, as of the signing of this order, Case No. C 14-00622 is deemed related to Case No. C 12-6003 and reassigned to the Honorable Charles R. Breyer.

Dated: _____, 2014

The Honorable Charles R. Breyer
United States District Judge