Ilene F. Brookler #269422
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (917) 495-4446
Fax: (212) 355-9592
ibrookler@gmail.com

Rose F. Luzon #221544
SHEPHERD, FINKELMAN,
MILLER & SHAH, LLP
One California Street
San Francisco, CA 94111
Tel: (415) 429-5272
Fax: (866) 300-7367
rluzon@sfmslaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA,

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION** | Master File No. 12-CV-6003 CRB<br><br>**PROOF OF SERVICE** |
| This motion also relates to:<br><br>A. J. COPELAND, Individually and Derivatively on behalf of HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEO APOTHEKER; MARGARET C. WHITMAN; RAYMOND J. LANE; MARC L. ANDREESEN; SHUMEET BANERJI; RAJIV L. GUPTA; JOHN H. HAMMERGREN; ANN M. LIVERMORE; GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; RAYMOND E. OZZIE; JAMES A. SKINNER; ROBERT | No. C 14-00622-DMR |

| | |
|---|---|
| R. BENNETT; RALPH V. WHITWORTH; and MICHAEL R. LYNCH, | : |
| Defendants, | : |
| and | : |
| HEWLETT-PACKARD COMPANY, | : |
| Nominal Defendant. | : |

## PROOF OF SERVICE

I, GABRIELA HOLLAND, declare as follows:

I am employed by SHEPHERD, FINKELMAN, MILLER & SHAH, LLP 401 West "A" Street, Suite 2350 San Diego, CA 92101.  I am over the age of eighteen years and am not a party to this action. On February 14, 2014, I served the following documents:

1. **PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12(B)**
2. **DECLARATION OF ROSE F. LUZON IN SUPPORT OF ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12(B)**
3. **[PROPOSED] RELATED CASE ORDER**
4. **PROOF OF SERVICE**

☒ **BY U.S. MAIL:** I mailed the foregoing via overnight FedEx delivery.

*Attorneys for Plaintiff Philip Riccardi*

| **Brian J. Robbins** | **Felipe Javier Arroyo** |
|---|---|
| Robbins Arroyo LLP | Robbins Arroyo LLP |
| 600 B Street, Suite 1900 | 600 B Street |
| San Diego, CA 92101-3350 | Suite 1900 |
| 619-525-3990 | San Diego, CA 92101 |
| Fax: 619-525-3991 | 619-525-3990 |
| Email: notice@robbinsarroyo.com | Fax: 619-525-3991 |
| | Email: farroyo@robbinsarroyo.com |

*Attorney for Plaintiffs Philip Riccardi, Ernesto Espinoza and The City of Birmingham Retirement and Relief System*

**Shane Palmesano Sanders**
Robbins Arroyo LLP
600 B Street, Suite 1900
San Diego, CA 92101
619-525-3990
Fax: 619-525-3991
Email: ssanders@robbinsarroyo.com

*Attorney for Plaintiff Senta Weissmann*

**Shimon Yiftach**
Bronstein Gewirtz & Grossman, LLC
1625 W. Olympic Blvd., Suite 910
Los Angeles, CA 90015
212-740-9500
Email: shimon@yiftachlaw.com

*Attorneys for Defendant Leo Apotheker*

| | |
|---|---|
| **Bruce A. Ericson**<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center<br>22nd Floor<br>(415) 983-1000<br>Fax: (415) 983-1200<br>Email: bruce.ericson@pillsburylaw.com | **Colby A. Smith**<br>Debevoise and Plimpton LLP<br>555 - 13th Street, NW<br>Suite 1100E<br>Washington, DC 20004<br>(202) 383-8095<br>Fax: (202) 383-9224<br>Email: casmith@debevoise.com |
| **Bruce E. Yannett**<br>Debevoise and Plimpton LLP<br>919 Third Avenue<br>New York, NY 10022<br>212-909-6495<br>Fax: 212-521-7495<br>Email: beyannet@debevoise.com | **Laura Christine Hurtado**<br>Pillsbury Winthrop Shaw Pittman LLP<br>Four Embarcadero Center<br>22nd Floor<br>San Francisco, CA 94111<br>415-983-1000<br>Fax: 415-983-1200<br>Email: laura.hurtado@pillsburylaw.com |

*Attorneys for Defendant Margaret C. Whitman*

| | |
|---|---|
| **Jeffrey Michael Kaban**<br>Cooley LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>650-843-5222<br>Fax: 650-857-0663<br>Email: kabanjm@cooley.com | **Jeffrey Michael Walker**<br>Cooley LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>650-843-5769<br>Fax: 650-849-7400<br>Email: jwalker@cooley.com |

| | | |
|---|---|---|
| 1 | **John C. Dwyer** | **Stephen Cassidy Neal** |
| | Cooley LLP | Cooley LLP |
| 2 | Five Palo Alto Square | 5 Palo Alto Square |
| 3 | 3000 El Camino Real | 3000 El Camino Real |
| | Palo Alto, CA 94306-2155 | Palo Alto, CA 94306 |
| 4 | 650-843-5000 | 650-843-5000 |
| | Fax: 650-849-7400 | Fax: 650-857-0663 |
| 5 | Email: dwyerjc@cooley.com | Email: nealsc@cooley.com |

*Attorneys for Defendants G. Kennedy Thompson, Shumeet Banerji, Gary M. Reiner, John H. Hammergreen, Marc L Andreessen, Raymond J. Lane, Patricia F Russo, Ann M Livermore, Ralph V Whitworth, Lawrence T. Babbio, Jr., Sari M. Baldauf, Dominique Senequire, and Rajiv L. Gupta*

| | |
|---|---|
| **Allen Ruby** | **Richard Stephen Horvath , Jr.** |
| Skadden Arps Slate Meagher & Flom, LLP | Skadden Arps Slate Meagher and Flom LLP |
| 525 University Avenue | Four Embarcadero Center |
| Suite 1100 | Suite 3800 |
| Palo Alto, CA 94301 | San Francisco, CA 94111 |
| 650-470-4500 | 415-984-2683 |
| Fax: 650-470-4570 | Fax: 415-645-2529 |
| Email: Allen.Ruby@Skadden.com | Email: richard.horvath@skadden.com |
| | |
| **Eric Steven Waxman** | **Timothy Alan Miller** |
| Skadden Arps Slate Meagher & Flom LLP | Skadden, Arps, Slate, Meagher & Flom LLP |
| 300 South Grand Ave, Suite 3400 | 525 University Ave |
| Los Angeles, CA 90071 | Suite 1400 |
| 213-687-5000 | Palo Alto, CA 94301 |
| Fax: 213-687-5600 | 650-470-4500 |
| Email: ewaxman@skadden.com | Fax: 650-470-4570 |
| | Email: Timothy.Miller@skadden.com |

*Attorneys for Defendant Shane V. Robison*

| | |
|---|---|
| **Daniel H. Bookin** | **Diana Catherine Rogosa** |
| O'Melveny & Myers LLP | O'Melveny and Myers LLP |
| Two Embarcadero Center, 28th Floor | Two Embarcadero Center |
| San Francisco, CA 94111 | 28th Floor |
| (415) 984-8786 | San Francisco, CA 94565 |
| Fax: (415) 984-8701 | 415-984-8940 |
| Email: dbookin@omm.com | Fax: 415-984-8701 |
| | Email: drogosa@omm.com |

| | |
|---|---|
| **Lisa Chen**<br>O'Melveny and Myers, LLP<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111-3828<br>415-984-8700<br>Email: lisachen@omm.com | **Matthew William Close**<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br>(213) 430-6000<br>Email: mclose@omm.com |

*Attorneys for Defendant KPMG LLP*

| | |
|---|---|
| **Daniel Lawrence Baxter**<br>Wilke Fleury Hoffelt Gould & Birney, LLP<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>916-441-2430<br>Fax: 916-442-6664<br>Email: dbaxter@wilkefleury.com | **Sarah Lynn Lochner**<br>Williams & Connolly LLP<br>725 Twelfth St. N.W.<br>Washington, DC 20005<br>202-434-5435<br>Email: slochner@wc.com |
| **Matthew Wells Powell**<br>Wilke, Fleury, Hoffelt, Gould & Birney, LLP<br>400 Capitol Mall, 22nd Floor<br>Sacramento, CA 95814<br>916-441-2430<br>Fax: 916-442-6664<br>Email: mpowell@wilkefleury.com | **Steven M. Farina**<br>Williams & Connolly LLP<br>725 12th Street, N.W.<br>Washington, DC 20005<br>202-434-5526<br>Email: sfarina@wc.com |

*Attorneys for Defendant Barclays Capital*

| | |
|---|---|
| **Brian T. Frawley**<br>Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>212-558-4000<br>Fax: 212-291-9437<br>Email: frawleyb@sullcrom.com | **Victoria A. Coyle**<br>Sullivan and Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>212-558-4000<br>Fax: 212-291-9437<br>Email: coylev@sullcrom.com |
| **Brendan P. Cullen**<br>Sullivan & Cromwell<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>650-461-5600<br>Fax: 650-461-5700<br>Email: cullenb@sullcrom.com | |

*Attorneys for Defendant Hewlett-Packard Company*

| | |
|---|---|
| **Marc Wolinsky**<br>Wachtell,Lipton,Rosen,Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212-403-1226<br>Email: mwolinsky@wlrk.com | **Rachelle Silverberg**<br>Wachtell, Lipton, Rosen and Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212-403-1000<br>Email: rsilverberg@wlrk.com |
| **Neil A. Goteiner**<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>Suite 3000<br>San Francisco, CA 94104<br>415/954-4400<br>Email: ngoteiner@fbm.com | **Thomas B. Mayhew**<br>Farella Braun & Martel<br>235 Montgomery Street<br>18th Floor<br>San Francisco, CA 94104<br>415/954-4400<br>Fax: (415) 954-4480<br>Email: tmayhew@fbm.com |
| **Christopher C. Wheeler, Esq.**<br>Farella Braun & Martel LLP<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>415-954-4400<br>Email: cwheeler@fbm.com | **Vincent G Levy**<br>Wachtell, Lipton, Rosen and Katz<br>51 West 52nd Street<br>New York, NY 10019<br>212-403-1115<br>Email: vglevy@wlrk.com |

**George Thomas Conway , III**
Wachtell Lipton Rosen and Katz
51 West 52nd St
New York, NY 10019
212-403-1000
Email: gtconway@wlrk.com

*Attorney for Defendant Parella Weinberg Partners LP*

**Patrick David Robbins**
Shearman & Sterling LLP
Four Embarcadero Center
Suite 3800
San Francisco, CA 94111-5449
415-616-1100
Fax: 415-616-1199
Email: probbins@shearman.com

*Attorney for Stanley Morrical*

**Aron K. Liang**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: aliang@cpmlegal.com

**Matthew Kendall Edling**
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-6340
Email: medling@cpmlegal.com

**Mark Cotton Molumphy**
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road
Suite 200
Burlingame, Ca 94010
(650)697-6000
Fax: 650-697-0577
Email: mmolumphy@cpmlegal.com

*Attorney for Andrea Bascheri*

**Francis A. Bottini , Jr.**
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
858-914-2001
Fax: 858-914-2002
Email: fbottini@bottinilaw.com

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed February 14, 2014 at San Diego, California.

                                       /s/ Gabriela Holland
                                       Gabriela Holland