WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Tel./Fax: 212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
THOMAS B. MAYHEW, State Bar No. 183539
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel./Fax: 415.954.4400/4480
NGoteiner@fbm.com
TMayhew@fbm.com

Attorneys for Nominal Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 12-CV-6003-CRB <br><br> **DECLARATION OF VINCENT G. LEVY IN SUPPORT OF NOMINAL DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO PLAINTIFF COPELAND'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12(b)** |
| **This motion also relates to:** | |
| A.J. COPELAND, <br><br> Plaintiff, <br><br> v. <br><br> LÉO APOTHEKER; MARGARET C. WHITMAN; RAYMOND J. LANE; MARC L. ANDREESSEN; SHUMEET BANERJI; RAJIV L. GUPTA; JOHN H. HAMMERGREN; ANN M. LIVERMORE; GARY M. REINER; PATRICIA F. RUSSO; G. KENNEDY THOMPSON; RAYMOND E. OZZIE; JAMES A. SKINNER; ROBERT R. BENNETT; RALPH V. | CASE NO.: 14-CV-00622-DMR |

LEVY DECL. ISO HP'S OPP. TO COPELAND'S
ADMIN. MOT. TO RELATE CASE NOS. 12-CV-
6003-CRB AND 14-CV-00622-DMR

| | |
|---|---|
| 1 | WHITWORTH; and MICHAEL R. LYNCH, )
| 2 | )
| 3 | Defendants, )
| 4 | – and – )
| 5 | HEWLETT-PACKARD COMPANY, )
| 6 | Nominal Defendant. )

## DECLARATION OF VINCENT G. LEVY

I, Vincent G. Levy, declare as follows:

1. I am an attorney with the law firm Wachtell, Lipton, Rosen & Katz, which represents Nominal Defendant Hewlett-Packard Company ("HP") in this lawsuit. I submit this declaration in support of Nominal Defendant Hewlett-Packard Company's Opposition To Plaintiff Copeland's Administrative Motion Pursuant To Civil L.R. 3-12(b). I have personal knowledge of the facts stated in this declaration and, if called upon, could and would testify to their truth.

2. Attached as Exhibit A is a true and correct copy of Nominal Defendant Hewlett-Packard Company's Administrative Motion To Consider Whether Cases Should Be Related, filed in *Copeland v. Lane, et al.*, 5:11-cv-01058-EJD on February 13, 2014.

3. Attached as Exhibit B is a true and correct copy of the Declaration Of Brian Danitz In Support Of Nominal Defendant Hewlett-Packard Company's Administrative Motion To Consider Whether Cases Should Be Related and Exhibits A and B thereto, filed in *Copeland v. Lane, et al.*, 5:11-cv-01058-EJD on February 13, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18h day of February, 2014.

By: _____
Vincent G. Levy