JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
MATTHEW K. EDLING (Cal. SBN: 250940)
medling@cpmlegal.com
JENNIFER R. CRUTCHFIELD (Cal. SBN: 275343)
jcrutchfield@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | **Master File NO. C-12-6003-CRB** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **STIPULATION AND ORDER RE: HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT**<br><br>Date: August 21, 2014<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6, 17th Floor<br>Hon. Charles R. Breyer |

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**STIPULATION RE: HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT; Master File No. C-12-6003-CRB**

**STIPULATION**

WHEREAS, on June 30, 2014, Plaintiff Stanley Morrical ("Federal Plaintiff") filed a Motion for Preliminary Approval of Derivative Settlement ("Motion") with a hearing set on August 29, 2014; and

WHEREAS, the Court had a conflict on August 29, 2014, and reset the hearing to August 21, 2014; and

WHEREAS, because one of the primary attorneys involved in this matter has a scheduling conflict on August 21, 2014, the parties desire to reset the hearing to August 25, 26 or 27, 2014, and are available at any time on August 25 and 26, including early in the morning or late in the afternoon, and available in the morning of August 27; and

WHEREAS, in the event the Court is unavailable on August 25, 26 or 27, 2014, the parties agree that the hearing should remain on August 21, 2014,

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED by and among the parties below, through their undersigned counsel of record, that the hearing on the Motion be reset from August 21, 2014 to August 25, 26 or 27, 2014, at such time that is available and convenient to the Court.

**IT IS SO STIPULATED.**

Dated: July 16, 2014

*/s/ Mark C. Molumphy*
Mark C. Molumphy

**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
mmolumphy@cpmlegal.com

*Lead Counsel for Plaintiff Stanley Morrical, derivatively on behalf of Hewlett-Packard Company*

LAW OFFICES
COTCHETT, PITRE & McCARTHY, LLP

**STIPULATION RE: HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT; Master File No. C-12-6003-CRB**

| | | |
|---|---|---|
| 1 | Dated: July 16, 2014 | */s/ Marc Wolinsky* |
| 2 | | Marc Wolinsky |
| 3 | | **WACHTELL, LIPTON, ROSEN & KATZ** |
| | | 51 West 52nd Street |
| 4 | | New York, NY 10019 |
| 5 | | Telephone: (212) 403-1000 |
| | | Facsimile: (212) 403-2000 |
| 6 | | mwolinsky@wlrk.com |
| 7 | | *Attorneys for Defendant Hewlett-Packard Company* |

1 Dated: July 16, 2014    /s/ Marc Wolinsky
                          Marc Wolinsky

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000
mwolinsky@wlrk.com

*Attorneys for Defendant Hewlett-Packard Company*

Dated: July 16, 2014    */s/ John C. Dwyer*
                        John C. Dwyer

**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
dwyerjc@cooley.com

*Attorneys for Defendant Margaret C. Whitman*

Dated: July 16, 2014    */s/ Timothy A. Miller*
                        Timothy A. Miller

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570
timothy.miller@skadden.com

*Attorneys for Defendants Raymond J. Lane, Shumeet Banerji, Rajiv L. Gupta, John H. Hammergren, Marc L. Andreessen, Patricia F. Russo, Ann M. Livermore, Gary M. Reiner, G. Kennedy Thompson, Ralph V. Whitworth, Lawrence T. Babbio, Jr., Sari M. Baldauf, and Dominique Senequier*

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**STIPULATION RE: HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT; Master File No. C-12-6003-CRB**

| | |
|---|---|
| Dated: July 16, 2014 | */s/ Bruce E. Yannett* |
| | Bruce E. Yannett |

**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 909-6836
beyannett@debevoise.com

*Attorneys for Defendant Léo Apotheker*

| | |
|---|---|
| Dated: July 16, 2014 | */s/ Daniel Bookin* |
| | Daniel Bookin |

**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
dbookin@omm.com

*Attorneys for Defendant Shane Robison*

| | |
|---|---|
| Dated: July 16, 2014 | */s/ Brian T. Frawley* |
| | Brian T. Frawley |

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
frawleyb@sullcrom.com

*Attorneys for Defendant Barclays Capital*

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP

**STIPULATION RE: HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT; Master File No. C-12-6003-CRB**

Dated: July 16, 2014                    /s/ Alan S. Goudiss
                                        Alan S. Goudiss

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4906
Facsimile: (646) 848-4906
agoudiss@shearman.com

*Attorneys for Defendant Defendant Perella Weinberg Partners*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the Motion is reset to August 25, 2014 at 9:30 a.m.

Date: July 15, 2014

UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

---

**STIPULATION RE: HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF DERIVATIVE SETTLEMENT; Master File No. C-12-6003-CRB**

LAW OFFICES
COTCHETT, PITRE
& MCCARTHY, LLP