KEKER & VAN NEST LLP
JOHN W. KEKER - # 49092
jkeker@kvn.com
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BROOK DOOLEY - # 230423
bdooley@kvn.com
NICHOLAS D. MARAIS - # 277846
nmarais@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Proposed Intervenor
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION. | Master File No. C-12-6003-CRB<br><br>**NOTICE OF APPEARANCE OF JAN NIELSEN LITTLE** |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

1  TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Jan Nielsen Little of Keker & Van Nest LLP, hereby appears as counsel for Proposed Intervenor Sushovan Hussain.  She is admitted to practice in the State of California and before this Court.  Her address, telephone, and facsimile numbers are as follows:

> KEKER & VAN NEST LLP
> Jan Nielsen Little
> 633 Battery Street
> San Francisco, CA  94111
> Telephone:	(415) 391-5400
> Facsimile:	(415) 397-7188
> Email:		jlittle@kvn.com

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated:  July 21, 2014                                        KEKER & VAN NEST LLP

                                                                   By:   */s/ Jan Nielsen Little*
                                                                            JAN NIELSEN LITTLE

                                                                   Attorneys for Proposed Intervenor
                                                                   SUSHOVAN HUSSAIN

---

1
NOTICE OF APPEARANCE OF JAN NIELSEN LITTLE
Master File No. C-12-6003-CRB

846564