KEKER & VAN NEST LLP
JOHN W. KEKER - # 49092
jkeker@kvn.com
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BROOK DOOLEY - # 230423
bdooley@kvn.com
NICHOLAS D. MARAIS - # 277846
nmarais@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Proposed Intervenor
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION. | Master File No. C-12-6003-CRB<br><br>**NOTICE OF APPEARANCE OF NICHOLAS D. MARAIS** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

1   TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Nicholas D. Marais of Keker & Van Nest LLP hereby

3   appears as counsel for Proposed Intervenor Sushovan Hussain.  He is admitted to practice in the

4   State of California and before this Court.  His address, telephone, and facsimile numbers are as

5   follows:

```
                    KEKER & VAN NEST LLP
                    Nicholas D. Marais
                    633 Battery Street
                    San Francisco, CA  94111
                    Telephone:    (415) 391-5400
                    Facsimile:    (415) 397-7188
                    Email:        nmarais@kvn.com
```

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated:  July 21, 2014                                   KEKER & VAN NEST LLP

                                                By:   */s/ Nicholas D. Marais*
                                                      NICHOLAS D. MARAIS

                                                      Attorneys for Proposed Intervenor
                                                      SUSHOVAN HUSSAIN

1
NOTICE OF APPEARANCE OF NICHOLAS D. MARAIS
Master File No. C-12-6003-CRB

846566