**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 25, 2014**                                                                 Time:  **90 min.**

**C-12-06003 CRB**

                **In re Hewlett-Packard Company Shareholder Derivative Litigation**

Attorneys:      See attached sheet

Deputy Clerk**:   Corinne Lew**                              Reporter: **Candace Yount**

**PROCEEDINGS:**

Motion to Sever, Motion for Settlement, and Motion to Intervene Hearings Held.

**ORDERED AFTER HEARING:**

Derivative Plaintiff and Hewlett Packard shall file within a week a revised proposed settlement agreement and any agreement on intervention and objection.  Proposed schedule of the pre and post preliminary approval due before Motion Hearing on 9/26/14.

(  ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge for: _____

(  ) CASE CONTINUED TO _____                         for _____

Discovery Cut-Off _____       Expert Discovery Cut-Off _____
Plntf to Name Experts by _____         Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____   Set for _____ days
                                      Type of Trial:   (  )Jury     (  )Court

Notes: _____
_____
_____

**Attorneys:**

Plaintiff: Ian Berg, Gary Graifman, Richard Greenfield, Travis Downs, Benny Goodman, Joseph Cotchett

Defendant: Daniel Bookin, Timothy Miller, Bruce Ericson, Patrick Robbins, John Dwyer, Jeffrey Kaban, Brendan Cullen, David Zhou, Marc Wolinsky, Mark Molumphy

Intervenors: John Keker, Brook Dooley, Jan Nielsen Little