KATHLEEN A. HERKENHOFF (168562)
THE WEISER LAW FIRM P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450
kah@weiserlawfirm.com

Attorneys for Movant Rodney Cook

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-12-6003-CRB |
| | NOTICE OF APPEARANCE OF JEFFREY J. CIARLANTO FOR MOVANT RODNEY COOK |
| This Document Relates To: | |
| ALL ACTIONS. | CTRM: 6, 17th Floor |
| | JUDGE: Hon. Charles R. Breyer |

1     PLEASE TAKE NOTICE THAT the following attorney affiliated with The Weiser Law Firm, P.C., who is registered with the ECF system of the Court, formally appears on behalf of Movant Rodney Cook, and requests to be added to the electronic service list in this case.  Mr. Ciarlanto e-mail is jjc@weiserlawfirm.com.

      Mr. Ciarlanto mailing address is: The Weiser Law Firm, P.C.,  22 Cassatt Avenue, First Floor, Berwyn, PA 19312.  The office phone number for the Berwyn, Pennsylvania office of The Weiser Law Firm, P.C. is (610) 225-2677, and the facsimile is (610) 408-8062.

DATED:  September 4, 2014

                                                            /S/ Jeffrey J. Ciarlanto
                                                         JEFFREY J. CIARLANTO
                                                         THE WEISER LAW FIRM, P.C.
                                                         Robert B. Weiser
                                                         Brett D. Stecker
                                                         Jeffrey J. Ciarlanto
                                                         Joseph M. Profy
                                                         22 Cassatt Avenue, First Floor
                                                         Berwyn, PA 19312
                                                         Telephone:  (610) 225-2677
                                                         Facsimile:  (610) 408-8062

                                                         THE WEISER LAW FIRM, P.C.
                                                         Kathleen A. Herkenhoff
                                                         12707 High Bluff Drive, Suite 200
                                                         San Diego, CA 92130
                                                         Telephone: 858/794-1441
                                                         Facsimile: 858/794-1450
                                                         kah@weiserlawfirm.com


                                                         RYAN & MANISKAS, LLP
                                                         RICHARD A. MANISKAS
                                                         PA Bar No. 85942
                                                         995 Old Eagle School Road, Suite 311
                                                         Wayne, PA  19087
                                                         Telephone:  484/588-5516
                                                         484/450-2582 (fax)
                                                         rmaniskas@rmclasslaw.com

                                                         Attorneys for Movant Rodney Cook

NOTICE OF APPEARANCE OF JEFFREY J. CIARLANTO FOR MOVANT RODNEY COOK  - C-12-6003-CRB                                                                                                                                           - 2 -

**ATTESTATION**

I, Kathleen A. Herkenhoff, am the ECF User whose identification and password are being used to file the Notice of Appearance of Jeffrey J. Ciarlanto for Movant Rodney Cook. In compliance, I hereby attest that Jeffrey J. Ciarlanto has concurred in this filing.

DATED: September 4, 2014          THE WEISER LAW FIRM, P.C.


                                                 s/ Kathleen A. Herkenhoff
                                            Kathleen A. Herkenhoff
                                       Attorneys for Movant, Rodney Cook

CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 4, 2014.

 s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450

Email: kah@weiserlawfirm.com

# Mailing Information for a Case 3:12-cv-06003-CRB Riccardi v. Lynch et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Felipe Javier Arroyo**
  farroyo@robbinsarroyo.com,notice@robbinsarroyo.com

- **Andrea Bascheri**
  sammirati@bottinilaw.com

- **Daniel Lawrence Baxter**
  dbaxter@wilkefleury.com,vgarner@wilkefleury.com

- **Ian David Berg**
  iberg@aftlaw.com,tkellar@aftlaw.com

- **Daniel H. Bookin**
  dbookin@omm.com,LitigationCalendar@omm.com,rgonzalez@omm.com

- **Francis A. Bottini , Jr**
  fbottini@bottinilaw.com,sammirati@bottinilaw.com

- **Lisa Chen**
  lisachen@omm.com,kquintanilla@omm.com

- **Jeffrey Joseph Ciarlanto**
  jjc@weiserlawfirm.com

- **Matthew William Close**
  mclose@omm.com

- **George Thomas Conway , III**
  gtconway@wlrk.com,calert@wlrk.com

- **Andrew Copeland**
  whitehatrdg@earthlink.net

- **Victoria A. Coyle**
  coylev@sullcrom.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com,carrejoa@sullcrom.com

- **Brook Dooley**
  bxd@kvn.com,rthomas@kvn.com,efiling@kvn.com

- **John C. Dwyer**
  dwyerjc@cooley.com,giovannonib@cooley.com

- **Matthew Kendall Edling**
  medling@cpmlegal.com,jhamilton@cpmlegal.com,obacigalupi@cpmlegal.com,pmenzel@cpmlegal.com

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com,docket@pillsburylaw.com

- **Steven M. Farina**
  sfarina@wc.com

- **Brian T. Frawley**
  frawleyb@sullcrom.com

- **Neil A. Goteiner**
  ngoteiner@fbm.com,calendar@fbm.com,karentsen@fbm.com

- **Gary S. Graifman**
  ggraifman@kgglaw.com

- **Richard D. Greenfield**
  whitehatrdg@earthlink.net,ggsec@earthlink.net

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Vincent Ho**
  wjonckheer@schubertlawfirm.com

- **Richard Stephen Horvath , Jr**
  richard.horvath@skadden.com

- **Laura Christine Hurtado**
  laura.hurtado@pillsburylaw.com,docket@pillsburylaw.com

- **Willem F. Jonckheer**
  wjonckheer@schubertlawfirm.com,kmessinger@schubertlawfirm.com,jzaneri@schubertlawfirm.com

- **Jeffrey Michael Kaban**
  kabanjm@cooley.com,jdwyer@cooley.com,lalmanza@cooley.com

- **John Watkins Keker**
  jwk@kvn.com,efiling@kvn.com

- **Vincent G Levy**
  vglevy@wlrk.com,calert@wlrk.com

- **Aron K. Liang**
  aliang@cpmlegal.com

- **Jan Nielsen Little**
  jnl@kvn.com,srg@kvn.com,efiling@kvn.com,kbringola@kvn.com,bhaugeberg@kvn.com

- **Sarah Lynn Lochner**
  slochner@wc.com

- **Rosemary Farrales Luzon**
  rluzon@sfmslaw.com,pleadings@sfmslaw.com

- **Nicholas David Marais**
  NMarais@kvn.com,kbringola@kvn.com,apicar@kvn.com,ccrane@kvn.com

- **Thomas B. Mayhew**
  tmayhew@fbm.com,tbuchanan@fbm.com,calendar@fbm.com

- **Timothy Alan Miller**
  Timothy.Miller@skadden.com,jan.schilling@skadden.com,wayne.campbell@skadden.com,Rita.Meadows@skadden.com,richard.horvath@skadden.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Stephen Cassidy Neal**
  nealsc@cooley.com,wilsonla@cooley.com

- **Matthew Wells Powell**
  mpowell@wilkefleury.com,calendar@wilkefleury.com,ayu@wilkefleury.com,dbaxter@wilkefleury.com

- **Joseph Mark Profy**
  jmp@weiserlawfirm.com

- **Brian J. Robbins**
  notice@robbinsarroyo.com

- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com

- **Diana Catherine Rogosa**
  drogosa@omm.com,lschmalz@omm.com

- **Allen Ruby**
  Allen.Ruby@Skadden.com,wayne.campbell@skadden.com,jordan.zim@skadden.com,marilyn.garibaldi@skadden.com,rosanna.keenan@skadden.com

- **Shane Palmesano Sanders**
  ssanders@robbinsarroyo.com

- **Rachelle Silverberg**
  rsilverberg@wlrk.com,calert@wlrk.com

- **Colby A. Smith**
  casmith@debevoise.com,mao-ecf@debevoise.com

- **Brett D. Stecker**
  bds@weiserlawfirm.com

- **Jeffrey Michael Walker**
  jwalker@cooley.com,foxl@cooley.com

- **Eric Steven Waxman**
  ewaxman@skadden.com,btravagl@skadden.com

- **Robert Brian Weiser**
  rw@weiserlawfirm.com

- **Christopher C. Wheeler , Esq**
  cwheeler@fbm.com,llaflamme@fbm.com

- **Marc Wolinsky**
  mwolinsky@wlrk.com,calert@wlrk.com

- **Bruce E. Yannett**
  beyannet@debevoise.com,mao-ecf@debevoise.com

- **Shimon Yiftach**
  shimon@yiftachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)