Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re Hewlett-Packard Company
Shareholder Derivative Litigation

Plaintiff(s),

v.

This Document Relates To: All Actions

Defendant(s).

Case No: C-12-6003-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Richard D. Greenfield, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Proposed Intervenor Andrew Copeland in the above-entitled action. My local co-counsel in this case is Rose F. Luzon, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
250 Hudson Street-8th Floor
New York, NY 10013

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
401 West "A" Street-Suite 2350
San Diego, CA 92101

MY TELEPHONE # OF RECORD:
917-495-4446

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
619-235-2416

MY EMAIL ADDRESS OF RECORD:
whitehatrdg@earthlink.net

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
rluzon@sfmslaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2417558.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 30, 2014

Richard D. Greenfield
APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Richard D. Greenfield is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: Sept. 4, 2014

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

*October 2012*