**EXHIBIT 2**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

| | |
|---|---|
| **From:** | Sushovan Hussain [sushovanh@autonomy.com] |
| **Sent:** | Friday, December 10, 2010 1:19 AM |
| **To:** | Mike Lynch |
| **Subject:** | Us idol |

Really don't know what to do mike. As I guessed revenue fell away completely yet SMS report shows massive activity. But I speak with the vp's who are far more accurate. Also stouff, Joel and mike I think keep separate sheets and unless I am v wrong don't discuss the sheets hence plane crashes and they don't know. We've covered up with bofa and hopefully db and Doi but if latter 2 don't happen it's totally bad. There are swathes of reps with nothing to do maybe chase imaginary deals.

So radical action is required, really radical, we can't wait any more.

Everywhere I look at us idol it's bad.

Sent from my iPhone