**EXHIBIT 6**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM
IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND
IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

## WACHTELL, LIPTON, ROSEN & KATZ

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | JODI J. SCHWARTZ | | MARK GORDON | DAVID E. SHAPIRO |
| HERBERT M. WACHTELL | ADAM O. EMMERICH | 51 WEST 52ND STREET | JOSEPH D. LARSON | DAMIAN G. DIDDEN |
| LAWRENCE B. PEDOWITZ | GEORGE T. CONWAY III | NEW YORK, N.Y. 10019-6150 | LAWRENCE S. MAKOW | ANTE VUCIC |
| PAUL VIZCARRONDO, JR. | RALPH M. LEVENE | TELEPHONE: (212) 403-1000 | JEANNEMARIE O'BRIEN | IAN BOCZKO |
| PETER C. HEIN | RICHARD G. MASON | FACSIMILE: (212) 403-2000 | WAYNE M. CARLIN | MATTHEW M. GUEST |
| HAROLD S. NOVIKOFF | MICHAEL J. SEGAL | | STEPHEN R. DiPRIMA | DAVID E. KAHAN |
| MEYER G. KOPLOW | DAVID M. SILK | | NICHOLAS G. DEMMO | DAVID K. LAM |
| THEODORE N. MIRVIS | ROBIN PANOVKA | GEORGE A. KATZ (1965-1989) | IGOR KIRMAN | BENJAMIN M. ROTH |
| EDWARD D. HERLIHY | DAVID A. KATZ | JAMES H. FOGELSON (1967-1991) | JONATHAN M. MOSES | JOSHUA A. FELTMAN |
| DANIEL A. NEFF | ILENE KNABLE GOTTS | LEONARD M. ROSEN (1965-2014) | T. EIKO STANGE | ELAINE P. GOLIN |
| ERIC M. ROTH | DAVID M. MURPHY | OF COUNSEL | DAVID A. SCHWARTZ | EMIL A. KLEINHAUS |
| ANDREW R. BROWNSTEIN | JEFFREY M. WINTNER | | JOHN F. LYNCH | KARESSA L. CAIN |
| MICHAEL H. BYOWITZ | TREVOR S. NORWITZ | WILLIAM T. ALLEN    PHILIP MINDLIN | WILLIAM SAVITT | RONALD C. CHEN |
| PAUL K. ROWE | BEN M. GERMANA | PETER C. CANELLOS   ROBERT M. MORGENTHAU | ERIC M. ROSOF | GORDON S. MOODIE |
| MARC WOLINSKY | ANDREW J. NUSSBAUM | DAVID M. EINHORN    BERNARD W. NUSSBAUM | MARTIN J.E. ARMS | DONGJU SONG |
| DAVID GRUENSTEIN | RACHELLE SILVERBERG | KENNETH B. FORREST   ERIC S. ROBINSON | GREGORY E. OSTLING | BRADLEY R. WILSON |
| STEVEN A. ROSENBLUM | STEVEN A. COHEN | THEODORE GEWERTZ   PATRICIA A. ROBINSON* | DAVID B. ANDERS | GRAHAM W. MELI |
| STEPHANIE J. SELIGMAN | DEBORAH L. PAUL | MAURA R. GROSSMAN   MICHAEL W. SCHWARTZ | ANDREA K. WAHLQUIST | GREGORY E. PESSIN |
| JOHN F. SAVARESE | DAVID C. KARP | RICHARD D. KATCHER   ELLIOTT V. STEIN | ADAM J. SHAPIRO | CARRIE M. REILLY |
| SCOTT K. CHARLES | RICHARD K. KIM | THEODORE A. LEVINE   WARREN R. STERN | NELSON O. FITTS | MARK F. VEBLEN |
| DAVID S. NEILL | JOSHUA R. CAMMAKER | DOUGLAS K. MAYER   PATRICIA A. VLAHAKIS | JOSHUA M. HOLMES | |
| | | ROBERT B. MAZUR    AMY R. WOLF | | |

* ADMITTED IN THE DISTRICT OF COLUMBIA

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | J. AUSTIN LYONS |
| DIANNA CHEN | ALICIA C. McCARTHY |
| ANDREW J.H. CHEUNG | SABASTIAN V. NILES |
| PAMELA EHRENKRANZ | AMANDA N. PERSAUD |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |
| PAULA N. GORDON | |

Direct Dial: (212) 403-1226
Direct Fax: (212) 403-2226
E-Mail: mwolinsky@wlrk.com

August 27, 2014

<u>By email</u>

John W. Keker, Esq.
Jan Little, Esq.
Keker & Van Nest, L.L.P.
633 Battery Street
San Francisco, CA 94111

Re:  <u>In re HP Derivative Litigation</u> – Hussain motion to intervene

Dear John and Jan:

In order to facilitate the Court's consideration of Mr. Hussain's motion to intervene, please provide us with evidence of Mr. Hussain's ownership of Hewlett Packard shares, along with evidence of the date(s) that the shares were acquired. Given the ongoing briefing of these issues, please provide us with the information by the close of business this Friday, August 29.

Sincerely,

Marc Wolinsky

cc:   All Counsel