**EXHIBIT 7**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM
IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND
IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

LAW OFFICES
# KEKER & VAN NEST
LLP

633 BATTERY STREET
SAN FRANCISCO, CA 94111-1809
TELEPHONE (415) 391-5400
FAX (415) 397-7188

JOHN W. KEKER
jkeker@kvn.com

August 28, 2014

**VIA ELECTRONIC MAIL**

Marc Wolinsky
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019

Re:   In re HP Derivative Litigation

Dear Mr. Wolinsky:

    Thank you for your August 27, 2014 letter requesting "evidence of Mr. Hussain's ownership of Hewlett Packard shares" and "evidence of the date(s) that the shares were acquired."

    We are happy to provide you with the materials you request, if you are willing to reciprocate by providing us with some of the unprivileged materials we need, *i.e.*, (1) an unredacted copy of the operative Consolidated Shareholder Derivative Complaint, (2) the presentations and documents you referred to at the August 25 hearing, which have been provided to other "potential objectors,"[1] and (3) to the extent not duplicative of the foregoing, the 200 documents or 2668 pages which have been given to various derivative plaintiff's counsel.[2]

---

[1] At the hearing, you said that HP has "been providing documents to potential objectors all along, some who have appeared and some who have not." Hearing Tr. (Aug. 25, 2014), 31:19–21. You stated that "we worked with the Steinbergs, we worked with Copeland, we provided documents. They actually saw the Demand Review Committee's presentation that was shown to … Mr. Cotchett and Robbins Geller there—and the client was there, and to Judge Walker." *Id.* at 32:4–8. You further stated that you "shared that with … Mr. Cotchett and his colleagues over the course of two days. … And we also … shared them with Cook and Steinbergs…. [The material] was shared with … the three or four plaintiffs' firms." *Id.* at 47:3–18.

[2] The 200 documents (2668 pages) were provided to Delaware and California plaintiffs' counsel, as described in *Cook v. Hewlett-Packard Co.*, 2014 WL 311111, *3–4 (Del. Ch. Jan 30, 2014).

858258.03

Marc Wolinsky                                          Via Electronic Mail
August 28, 2014
Page 2

      Let's work out a time and place for a simultaneous exchange.

Very truly yours,

*John W. Keker*

JOHN W. KEKER

JWK:srg

cc:    All Counsel

858258.03