**EXHIBIT 8**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**



Taking Technology Further...®

April 23, 2014

Biblioteca Apostolica Vaticana (BAV)
Via Email to: Dott. Manlio Miceli (miceli@vatlib.it)
Cc: Dott. Valerio Mancuso - BAV (mancuso@vatlib.it)
Andrea Zoppi (fatt.eco@vatlib.it)

Re: Vatican Library Project using Autonomy Software

Dear Doctor Miceli,

In March of 2010 MicroTechnologies, LLC ("MicroTech") was requested by Autonomy, Inc. ("Autonomy") to participate as a reseller of their software in an ongoing project between the Biblioteca Apostolica Vaticana (BAV) and Autonomy. As part of that project, MicroTech purchased eleven million five hundred fifty thousand dollars ($11,550,000) worth of software. To date, MicroTech has not received payment for that software purchase.

We were surprised when we saw the recent announcement from NTT Data Corporation, March 20, 2014 stating that it had been selected to conduct the same project that Autonomy had previously been involved in.

Given your press release on March 24, 2010 (see attached) did BAV purchase and use Autonomy software as part of that digital archiving project or any other digital archiving project? If so, when was payment for that software made to Autonomy or another vendor?

We are writing to you to confirm your receipt and use of the software and to obtain payment for that use.

Enclosed for your reference you will find MicroTech's purchase order for the referenced software, the invoice from Autonomy to MicroTech, and a press release from BAV discussing the BAV project with Autonomy.

Sincerely,

Anthony R. Jimenez
President and CEO

A Service-Disabled Veteran Owned Business

8330 Boone Boulevard, Suite 600 • Vienna, VA 22182 • (703) 891-1073 Voice • (703) 891-1074 Fax
www.MicroTech.net

 Global

# NTT DATA to Contribute to Digital Archiving of Vatican Apostolic Library Manuscripts

- Initial batch of 3,000 handwritten works to be digitalized by 2018 -

Mar. 20, 2014
NTT DATA Corporation

Tokyo and Rome, March 20, 2014 - NTT DATA Corporation, a global IT solutions provider, today announced it was selected to contribute to the project of digitally archiving manuscripts of the Vatican Apostolic Library. The overall project, which was started by the Vatican Apostolic Library some years ago and is currently ongoing with an initial output of 6,000 manuscripts, is intended to digitally archive all manuscripts preserved in the Library, amounting to some 82,000 specimens and 41 million pages.

The Vatican Apostolic Library selected NTT DATA as its partner for this project based on its favorable evaluation of the company's track record in digital archiving, as exemplified by its work at Japan's National Diet Library, and its technological expertise and resources, including its digital archive service AMLAD(TM).

NTT DATA agreed to participate after spending several months extensively reviewing the overall project, including the basic parameters as well as technical and structural aspects. The company has verified that it can assimilate and optimize the systems of the Vatican Apostolic Library, and apply the methodology as a model for other projects involving the long-term preservation of digitally reproduced images.

NTT DATA will enhance current processes and developed materials by contributing a range of key services, including archiving digital manuscripts as high-definition data, supported with special measures for long-term storage and safekeeping. This will include use of a highly sustainable storage format, metadata management to increase search efficiency, optimized search algorithms and a user-friendly search interface.

The initial collaboration between the Vatican Apostolic Library and NTT DATA, worth approximately EUR 18 million (USD 22.6 million or JYP 2.3 billion), will cover about 3,000 documents over a four-year period. The project is of paramount importance for the preservation and dissemination of knowledge in the service of culture throughout the world.

"We are delighted to take part in this historic initiative led by the Vatican Apostolic Library to preserve valuable treasures of humankind," said Toshio Iwamoto, President and CEO of NTT DATA. "Through this project, NTT DATA looks forward to contributing to art, academia and business by deploying its IT expertise on a global level."

"We gladly accepted the collaboration of NTT DATA to support the further improvement of the project of digital archiving of our manuscripts using their innovative technologies," explained Monsignor Cesare Pasini, Prefect of the Vatican Apostolic Library. "In so doing, we will further nurture our mission of preserving these treasures of humankind and making them more widely available and known in a deep spirit of universality-including the universality of knowledge and the universality of collaboration and agreement with institutions and companies throughout the world."

## About NTT DATA

NTT DATA is a leading IT services provider and global innovation partner headquartered in Tokyo, with business operations in over 40 countries. Our emphasis is on long-term commitment, combining global reach with local intimacy to provide premier professional services varying from consulting and systems development to outsourcing.

NTT DATA Corporation

Notes

**PURCHASE ORDER**
**Under**
**Autonomy Government Reseller Agreement**
**Dated as of June 29, 2006**

PURCHASE ORDER NO. AUT-03-20-001

Purchase Order Date: March 31, 2010 ("Effective Date")

| | |
|---|---|
| From | MicroTech, LLC ("Reseller")<br>8330 Boone Blvd., Suite 600<br>Vienna, VA 22182 |
| Ship to: | MicroTech, LLC<br>8330 Boone Blvd., Suite 600<br>Vienna, VA 22182 |

Shipping Method: Electronic, such as via FTP transfer

| | |
|---|---|
| To: | Autonomy, Inc.<br>One Market, Spear Tower, 19th Floor<br>San Francisco, CA 94105 |

1. Software:    **IDOL Server licensed for the following operations:**
   - (i) Retrieval – Advance
   - (ii) Retrieval – Lite
   - (iii) Retrieval – Parametric
   - (iv) Retrieval – Standard
   - (v) Spelling Correction
   - (vi) Summarisation
   - (vii) Hyperlinking
   - (viii) Script & Icon Recognition
   - (ix) OCR
   - (x) Z39.50 Federation

   **Connectors for use with IDOL server:**
   All currently available connectors

   **Autonomy LiquidOffice**

   **Autonomy FITS Plugin**

   **Autonomy SPE**

   **Autonomy Mediabin**
   - (i) FITS image resampling

   **Autonomy Archive Solution with the following operations:**
   - (i) Digital Safe Core Appliance
   - (ii) Dual-write functionality
   - (iii) Compression
   - (iv) User Interface Portal
   - (v) Object Splitting and Combination

CONFIDENTIAL TREATMENT
REQUESTED BY MICROTECH

MICROTECH 066563

| | |
|---|---|
| 2. Languages | : All Autonomy supported languages including Latin, Greek and Hebrew. |
| 3. Platform | : All current Autonomy supported platforms |
| 4. Number of Copies | : One each of (1) above |
| 5. Number of Instances | : Unlimited |
| 6. Number of Production Servers | : Unlimited |
| 7. Number of Non-Production Servers | : Unlimited |
| 8. Authorized Use | : Licensee may use the Software and Hardware for the BAV for the project entitled "Digitalizzazione dell'Archivio della Biblioteca Apostolica Vaticana" for storage, processing and search of scanned manuscript images currently held in the Vatican Library. |
| 9. Authorised Number of Uses | : 200 concurrent users |
| 10. Territory of Software installation | : Vatican Territory |
| 11. Fees (Software License, Support and Maintenance) | : (see table below) |

| | Phase 1 $ |
|---|---|
| Software plus first year Support and Maintenance | 11,550,000 |
| | |
| | |

| | |
|---|---|
| 17. Payment Terms | : Licensee shall pay Autonomy in accordance with the following: |

| Amount | Due and Payable |
|---|---|
| $11.55 million | 90 days from the Effective Date |
| | |

| | |
|---|---|
| 18. Software Delivery | : Shipped ExWorks point of manufacture (per Incoterms |

CONFIDENTIAL TREATMENT
REQUESTED BY MICROTECH

MICROTECH 066504

Address                2000) via electronic delivery

20. Commencement Date  :  On Effective Date

21. Expiry Date        :  30 March 2013

Signature below represents Reseller's agreement to purchase the products and services referenced above pursuant to terms of the Autonomy Government Reseller Agreement dated June 26, 2006, and the terms set forth above.

Company signature   *[signature]*

Name                Steven B. Truitt

Title               COO

Date                3/31/2010

CONFIDENTIAL TREATMENT
REQUESTED BY MICROTECH

MICROTECH 066565

BAV - Vatican Library


Vatican Library

- HOME PAGE
- CALENDAR
- BOOKSHOP
- ONLINE CATALOGUES
- MANUSCRIPTS
- PRINTED BOOKS
- ARCHIVES
- INCUNABULA
- PRINTS AND DRAWINGS
- COINS AND MEDALS
- GENERAL CATALOGUE
- PRIVATE AREA

Email *:
Password *:

Login

- Forgot password?
- Subscribe
- Renew subscription

CONTACT

Newsletter

Vatican City, March 24, 2010                                              Print

## Newsletter n. 5 - 2010

Dear friends and readers,
The Osservatore Romano dated March 24 has published the following story which we felt certain would be of interest to you. I am sending it as an "extraordinary Newsletter", to which I add my very best wishes for a blessed Easter.

Msgr. Cesare Pasini
Prefect

*An initiative of the Vatican Library: Digital manuscripts*

Cesare Pasini

The digitization of 80,000 manuscripts of the Vatican Library, it should be realized, is not a light-hearted project. Even with only a rough calculation one can foresee the need to reproduce 40 million pages with a mountain of computer data, to the order of 45 petabytes (that is, 45 million billion bytes). This obviously means pages variously written and illustrated or annotated, to be photographed with the highest definition, to include the greatest amount of data and avoid having to repeat the immense undertaking in the future.

And these are delicate manuscripts, to be treated with care, without causing them damage of any kind. A great undertaking for the benefit of culture and in particular for the preservation and conservation of the patrimony entrusted to the Apostolic Library, in the tradition of a cultural service that the Holy See continues to express and develop through the centuries, adapting its commitment and energy to the possibilities offered by new technologies.

The technological project of digitization with its various aspects is now ready. In the past two years, a technical feasibility study has been prepared with the contribution of the best experts, internal, external and also international. This resulted in a project of a great and innovative value from various points of view: the realization of the photography, the electronic formats for conservation, the guaranteed stability of photographs over time, the maintenance and management of the archives, and so forth.

This project may be achieved over a span of 10 years divided into three phases, with possible intervals between them. In a preliminary phase the involvement of 60 people is planned, including photographers and conservator-verifiers; in the second and third phases at least 120. Before being able to initiate an undertaking of this kind, which is causing some anxiety to those in charge of the library (and not only to them!), naturally it will be necessary to find the funds. Moves have already been made in this direction with some positive results.

The second announcement is that some weeks ago the "test bed" was set up; in other words the "bench test" that will make it possible to try out and examine the whole structure of the important project that has been studied and formulated so as to guarantee that it will function properly when undertaken in its full breadth.

The work of reproduction uses two different machines, depending on the different types of material to be reproduced: one is a Metis Systems scanner, kindly lent to us free of charge by the manufacturers, and a 50 megapixel Hasselblad digital camera. Digitized images will be converted to the Flexible Image Transport System (FITS), a non-proprietary format, is extremely simple, was developed a few decades ago by NASA. It has been used for more than 40 years for the conservation of data concerning spatial missions; and, in the past decade in astrophysics and nuclear medicine. It permits the conservation of images with neither technical nor financial problems in the future, since it is systematically updated by the international scientific community.

In addition to the servers that collect the images in FITS format accumulated by the two machines mentioned, another two servers have been installed to process the data to make it possible to search for images both by the shelf mark and the manuscript's descriptive elements, and also and above all by a graphic pattern, that is, by looking for similar images (graphic or figurative) in the entire digital memory.

The latter instrument, truly innovative and certainly interesting for all who intend to undertake research on the Vatican's manuscripts - only think of when it will be possible to do such research on the entire patrimony of manuscripts in the Library! - was developed from the technology of the Autonomy Systems company, a leading English firm in the field of computer science, to which, moreover, we owe the entire funding of the "test bed".

For this "bench test", set up in these weeks, 23 manuscripts are being used for a total of 7,500 digitized and indexed pages, with a mountain of computer data of about 5 terabytes (about 5,000 billion bytes).

The image of the mustard seed springs to mind: the "test bed" is not much more in comparison with the immensity of the overall project. But we know well that this seed contains an immense energy that will enable it to grow, to become far larger than the other plants and to give hospitality to the birds of the air. In accepting the promise guaranteed in the parable, let us also give hope of it to those who await the results of this project's realization.

All rights reserved. The contents of this site are protected by copyright. Neither the text nor the images may be reproduced, in any form, without the authorization of the Vatican Library, 00120, Vatican City

Vatican Library - Cortile del Belvedere - V-00120 Vatican City