**EXHIBIT 9**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**



*Il Prefetto*

Vatican City, May 15, 2014
Prot. 2014/0916/P-AI06

Dear Sirs,

we received the attached letter in which the company MicroTech asserts that software that was given from them to Autonomy has never have been paid by the latter and assumes that the software is now used by BAV as part of the digitization project in progress with NTT DATA.

Of course, this assumption is absolutely false: the current project with NTT DATA is completely new and uses software of NTT DATA and third-party providers, different from Autonomy and MicroTech.

As you well know, BAV has never dealt with the company MicroTech and was not even aware of its involvement with Autonomy at the time of the latter's contacts with BAV to analyze the possibility of a possible collaboration in the digitization project. As you are aware, this collaboration between Autonomy and BAV was never formalized, and from 2011 Autonomy and BAV have ceased to relate.

In light of these circumstances, we believe that it is suitable that Autonomy clarify the letter's content with MicroTech to provide the necessary clarifications. Therefore, we kindly ask you to promptly take the appropriate action in that direction, informing BAV.

Best regards,

Msgr. Cesare Pasini
Prefect

HP Software Headquarters
**HP Autonomy**
1140 Enterprise Way
Building G
**Sunnyvale** CA 94089-1412
U.S.A.

HP Autonomy Cambridge
Cambridge Business Park
Cowley Rd
**Cambridge** CB4 0WZ
England
Gran Bretagna

Biblioteca Apostolica Vaticana – Cortile Belvedere – V-00120 Città del Vaticano
Tel. +39/06 69883301 - 06 69879400 – Fax +39/06 69885327 - 06 69884795