**EXHIBIT 10**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

**To:**         'Andrew Kanter'[andrewk@autonomy.com]
**Cc:**         'Stephen Chamberlain'[stephenc@autonomy.com]; 'Mike Lynch'[mrl@autonomy.com]
**From:**       Sushovan Hussain
**Sent:**       Thur 8/4/2011 4:40:50 AM
**Importance:**         Normal
**Subject:**    Final schedules for contracts and customers
Copy of Top 40 contracts 2010-11 FINAL.xlsx
Copy of Top 40 Customer Analysis 2010-2011 FINAL.xlsx

These 2 schedules are ready for redaction


(steve – fyi i changed UK govt to European govt)

| # | Customer | End user (if diff) | Value (ex services) $ | Services |
|---|---|---|---|---|
| 1 | Bank of America | | 22,509 | Bank |
| 2 | UBS | | 19,919 | Bank |
| 3 | BP | Direct | 14,200 | Energy |
| 4 | Microtech | BAV | 11,550 | European Govt |
| 5 | KPMG | Direct | 11,337 | Professional Services |
| 6 | Filetek | VA | 10,500 | US Government |
| 7 | Prisa | Direct | 9,663 | Media |
| 8 | Iron Mountain - pship | Direct | 9,500 | Technology |
| 9 | B of A | Direct | 9,450 | Bank |
| 10 | Discovertech | Abbott Labs | 9,450 | Pharmaceutical |
| 11 | JPMC | Direct | 9,135 | Bank |
| 12 | Filetek | Direct | 9,010 | Technology |
| 13 | HP Enterprise | Direct | 8,000 | Technology |
| 14 | MetLife DS | Direct | 7,476 | Insurance |
| 15 | DB Restructure | Direct | 7,455 | Bank |
| 16 | JPMC | Direct | 3,238 | Bank |
| 17 | USPS, eDiscovery | Direct | 6,874 | US Government |
| 18 | THS | Direct | 6,767 | Media |
| 19 | Amgen | Direct | 5,877 | Pharmaceutical |
| 20 | THS | Direct | 5,876 | Media |
| 21 | Metlife | Direct | 5,775 | Insurance |
| 22 | Microtech | Dell Hyatt | 5,601 | Leisure |
| 23 | EMC | Direct | 5,257 | Technology |
| 24 | Capax | McAfee | 5,250 | Technology |
| 25 | Morgan Stanley DS | Direct | 5,250 | Bank |
| 26 | VMS | Direct | 5,000 | Technology |
| 27 | Citadel | | 5,000 | Bank |
| 28 | Citi additional storage | | 4,977 | Bank |
| 29 | Amgen Info Governance | Direct | 4,819 | Pharmaceutical |
| 30 | AT&T mobility | | 4,809 | Telecoms |
| 31 | FSA | | 4,500 | European Govt |
| 32 | PMI | | 4,394 | Tobacco |
| 33 | Microtech | DOI | 4,200 | US Government |
| 34 | Prisa | | 3,800 | Media |
| 35 | GCPD | | 3,723 | European Govt |
| 36 | Citi additional storage | | 3,712 | Bank |
| 37 | National Bank of Canada | | 3,300 | Bank |
| 38 | Freddie Mac | | 3,150 | US Government |
| 39 | Bank of Montreal | | 2,990 | Bank |
| 40 | Ahold | | 2,956 | Retail |

| # | Customer name | Total | |
|---|---|---|---|
| 1 | Bank of America | 45,825,685 | Bank |
| 2 | JPMC | 22,044,315 | Bank |
| 3 | Citigroup | 21,148,198 | Bank |
| 4 | BP | 20,753,576 | Energy |
| 5 | Morgan Stanley | 18,908,233 | Bank |
| 6 | Deutsche Bank | 16,480,907 | Bank |
| 7 | UBS | 16,447,339 | Bank |
| 8 | MetLife | 15,633,730 | Insurance |
| 9 | KPMG | 15,432,538 | Professional Services |
| 10 | Prisa | 13,971,503 | Media |
| 11 | THS | 12,740,308 | Media |
| 12 | US Dept of Veterans Affairs | 12,549,012 | US Government |
| 13 | Amgen | 11,631,140 | Pharmaceutical |
| 14 | Vatican Library | 11,550,000 | European Government |
| 15 | HP | 10,577,432 | Technology |
| 16 | PMI | 10,552,640 | Tobacco |
| 17 | Abbott Labs | 9,924,322 | Pharmaceutical |
| 18 | Filetek | 9,050,000 | Technology |
| 19 | US DOI | 7,538,086 | US Government |
| 20 | McAfee | 7,331,512 | Technology |
| 21 | AT&T | 6,959,023 | Telecoms |
| 22 | GCPD | 6,445,278 | UK Government |
| 23 | Tikit | 6,311,360 | Technology |
| 24 | US Postal Service | 6,225,666 | US Government |
| 25 | Dell/Hyatt | 5,600,610 | Leisure |
| 26 | VMS | 5,362,650 | Technology |
| 27 | EMC | 5,309,556 | Technology |
| 28 | Public Works Canada | 5,302,548 | US Government |
| 29 | Freddie Mac | 4,892,704 | US Government |
| 30 | BNP | 4,732,824 | Bank |
| 31 | Avon | 4,723,901 | Pharmaceutical |
| 32 | IBM-Metlife | 4,593,881 | Insurance |
| 33 | Johnson & Johnson | 4,570,317 | Pharmaceutical |
| 34 | FSA | 4,500,000 | European Government |
| 35 | Citadel | 4,377,651 | Bank |
| 36 | Bank of Montreal | 4,150,979 | Bank |
| 37 | IBM-Amex | 4,110,511 | Bank |
| 38 | Rand | 4,102,159 | Technology |
| 39 | Microtech | 4,053,492 | Technology |
| 40 | Xcel Energy | 4,046,272 | Energy |