**EXHIBIT 11**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S MEMORANDUM IN SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND IN OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

| # | Customer | value (ex pro serv) $'000 | Industry |
|---|---|---|---|
| 1 | | ✓ 22,509 | Bank |
| 2 | | ✓ 19,919 | Bank |
| 3 | | 14,200 | Energy |
| 4 | | 11,550 | European Govt |
| 5 | | 11,337 | Professional Services |
| 6 | | 10,500 | US Government |
| 7 | | 9,663 | Media |
| 8 | | 9,500 | Technology |
| 9 | | ✓ 9,450 | Bank |
| 10 | | 9,450 | Pharmaceutical |
| 11 | | ✓ 9,135 | Bank |
| 12 | | 9,010 | Technology |
| 13 | | 8,000 | Technology |
| 14 | | 7,476 | Insurance |
| 15 | | ✓ 7,455 | Bank |
| 16 | | ✓ 3,238 | Bank |
| 17 | | 6,874 | US Government |
| 18 | | 6,767 | Media |
| 19 | | 5,877 | Pharmaceutical |
| 20 | | 5,876 | Media |
| 21 | | 5,775 | Insurance |
| 22 | | 5,601 | Leisure |
| 23 | | 5,257 | Technology |
| 24 | | 5,250 | Technology |
| 25 | | ✓ 5,250 | Bank |
| 26 | | 5,000 | Technology |
| 27 | | ✓ 5,000 | Bank |
| 28 | | ✓ 4,977 | Bank |
| 29 | | 4,819 | Pharmaceutical |
| 30 | | 4,809 | Telecoms |
| 31 | | 4,500 | European Govt |
| 32 | | 4,394 | Tobacco |
| 33 | | 4,200 | US Government |
| 34 | | 3,800 | Media |
| 35 | | 3,723 | European Govt |
| 36 | | ✓ 3,712 | Bank |
| 37 | | ✓ 3,300 | Bank |
| 38 | | 3,150 | US Government |
| 39 | | ✓ 2,990 | Bank |
| 40 | | 2,956 | Retail |

$287 MM    ~ $290 MM.

~ 34%