**GREENFIELD & GOODMAN LLC**
Richard D. Greenfield (admitted *pro hac vice*)
Marguerite R. Goodman
Ilene F. Brookler (SBN 269422)
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (917) 495-4446
Fax: (212) 355-9592
whitehatrdg@earthlink.net
twowhitehats@earthlink.net
ibrookler@gmail.com

Attorneys for Proposed Intervenor
A.J. Copeland

[Additional Counsel Appeal on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>**This Document Relates To:**<br><br>**ALL ACTIONS.** | **Master File No. C-12-6003-CRB**<br><br>**[PROPOSED] ORDER GRANTING A.J. COPELAND'S MOTION TO DENY PRELIMINARY APPROVAL OF REVISED SETTLEMENT AGREEMENT**<br><br>Date:  September 26, 2014<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |

**[Proposed] ORDER**

NOW, this ____ day of _____, 2014, IT IS HEREBY ORDERED that A. J. Copeland's Motion To Deny Preliminary Approval Of Revised Settlement Agreement is hereby GRANTED.

_____
Hon. Charles R. Breyer
United States District Judge