KEKER & VAN NEST LLP
JOHN W. KEKER - # 49092
jkeker@kvn.com
JAN NIELSEN LITTLE - # 100029
jlittle@kvn.com
BROOK DOOLEY - # 230423
bdooley@kvn.com
NICHOLAS D. MARAIS - # 277846
nmarais@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Proposed Intervenor
SUSHOVAN HUSSAIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE HEWLETT PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 3:12-cv-6003-CRB |
|---|---|
| | **DECLARATION OF JAN NIELSEN LITTLE IN SUPPORT OF PROPOSED INTERVENOR SUSHOVAN HUSSAIN'S SUPPLEMENTAL REPLY BRIEF IN RESPONSE TO QUESTIONS RAISED AT AUGUST 25 HEARING** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

DECLARATION OF JAN NIELSEN LITTLE IN SUPPORT OF PROPOSED INTERVENOR
SUSHOVAN HUSSAIN'S SUPPLEMENTAL REPLY BRIEF RE: AUGUST 25 HEARING
Case No. 3:12-cv-6003-CRB

861064

I, JAN NIELSEN LITTLE, declare and state:

1. I am an attorney licensed to practice law in the State of California and am a partner at the law firm of Keker & Van Nest, LLP. I and others in my firm represent Sushovan Hussain, proposed intervenor in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could do so competently under oath.

3. Attached at **Exhibit A** is a true and correct copy of Mr. Hussain's Merrill Lynch statement for the period from July 1 to July 31, 2014. Attached as **Exhibit B** is a true and correct copy of Mr. Hussain's Merrill Lynch statement for the period from August 1 to August 29, 2014. I have caused Mr. Hussain's address and the account numbers to be redacted from these publicly filed copies. The unredacted statements can be provided to the Court if necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 17, 2014, in San Francisco, California.

*/s/ Jan Nielsen Little*
JAN NIELSEN LITTLE