# EXHIBIT 14

# DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER

| | |
|---|---|
| **From:** | Levy, Vincent G. |
| **Sent:** | Monday, July 07, 2014 5:26 PM |
| **To:** | Greenfield, Richard D. (Greenfield & Goodman) |
| **Cc:** | Wolinsky, Marc |
| **Subject:** | HP |
| **Attachments:** | pl motion.pdf; J. Walker declaration.pdf; HP derivative settlement.pdf |

As requested, here is a copy of the HP derivative settlement, which is an exhibit to the motion for preliminary approval. I have enclosed the motion as well as the other exhibit to the motion (Judge Walker's declaration).

Vincent G. Levy
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street | New York, NY 10019
(212) 403-1115 (Direct) | (212) 403-2115 (Fax)
VGLevy@wlrk.com | www.wlrk.com