# EXHIBIT 15

# DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER

| | |
|---|---|
| **From:** | Greenfield, Richard D. (Greenfield & Goodman) |
| **Sent:** | Monday, July 07, 2014 11:58 PM |
| **To:** | Levy, Vincent G. |
| **Cc:** | Wolinsky, Marc |
| **Subject:** | Re: HP |

Thank you. I will be sending to you a formal request for the governance provisions together with signed confidentiality agreements.

Richard

Sent from my iPhone

On Jul 7, 2014, at 2:26 PM, <VGLevy@wlrk.com> wrote:

> As requested, here is a copy of the HP derivative settlement, which is an exhibit to the motion for preliminary approval.  I have enclosed the motion as well as the other exhibit to the motion (Judge Walker's declaration).
>
> **Vincent G. Levy**
> WACHTELL, LIPTON, ROSEN & KATZ
> 51 West 52nd Street | New York, NY 10019
> (212) 403-1115 (Direct) | (212) 403-2115 (Fax)
> VGLevy@wlrk.com | www.wlrk.com
>
> ==================================================
> Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.
>
> Thank you in advance for your cooperation and assistance.
>
> www.wlrk.com
> ==================================================
>
> <pl motion.pdf>
> <J. Walker declaration.pdf>
> <HP derivative settlement.pdf>