**EXHIBIT 18**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF
HP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF
PRELIMINARY APPROVAL OF THE SETTLEMENT AND
OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

| | |
|---|---|
| **From:** | Levy, Vincent G. |
| **Sent:** | Saturday, September 13, 2014 10:21 AM |
| **To:** | Greenfield, Richard D. (Greenfield & Goodman) |
| **Cc:** | Wolinsky, Marc; Zhou, David |
| **Subject:** | RE: HP Books and Records |
| **Attachments:** | Unredacted Consolidated Derivative Complaint 5-3-2013.pdf; Complaint, Ex. 1.pdf; Complaint, Ex. 2.pdf; Complaint, Ex. 3.pdf; Complaint, Ex. 4.pdf; Complaint, Ex. 5.pdf; Complaint, Ex. 6.pdf; Complaint, Ex. 7.pdf |

The unredacted complaint (including exhibits) is enclosed.  Per our agreement, the documents are being provided to you subject to the confidentiality agreement.

Best regards,

**Vincent G. Levy**
**Wachtell, Lipton, Rosen & Katz**
**51 West 52nd Street |New York, NY 10019**
212-403-1115 (Direct Phone) | (212) 403-2115 (Direct Fax)

---

**From:** Richard Greenfield [mailto:whitehatrdg@earthlink.net]
**Sent:** Saturday, September 13, 2014 9:50 AM
**To:** Levy, Vincent G.
**Subject:** Re: HP Books and Records

Yes, I agree that the confidentiality agreement will apply to the Complaint.

Richard

On Sep 13, 2014, at 8:05 AM, <VGLevy@wlrk.com> wrote:

Richard:

Your recently filed motion to intervene requests an unredacted copy of the derivative complaint.  We are prepared to provide it to you if you agree to treat it subject to the same confidentiality agreement you executed earlier this week for the Section 220 documents.  Please confirm.

Thanks,

**Vincent G. Levy**
**Wachtell, Lipton, Rosen & Katz**
**51 West 52nd Street |New York, NY 10019**
212-403-1115 (Direct Phone) | (212) 403-2115 (Direct Fax)

---

**From:** Richard Greenfield [mailto:whitehatrdg@earthlink.net]
**Sent:** Monday, September 08, 2014 8:21 PM

1

**To:** Zhou, David
**Cc:** Wolinsky, Marc; Schatz, Steven M. (Wilson Sonsini Goodrich & Rosati, PC); Sonnenfeld, Marc J. (Morgan, Lewis & Bockius LLP); Shepherd, Scott Rhead (Shepherd, Finkelman, Miller & Shah LLC); Kushner, Nessia Sloane (Wilson Sonsini Goodrich & Rosati, PC)
**Subject:** Re: HP Books and Records

I have attached the duly executed signature page on the understanding that its terms are no more restrictive than any confidentiality required of other HP shareholder's counsel to whom the requested documents have been produced.

I look forward to receiving the requested documents.

Richard


On Sep 8, 2014, at 7:25 PM, <DZhou@wlrk.com> <DZhou@wlrk.com> wrote:


Hi Richard – Attached is the confidentiality agreement.

---

**From:** Wolinsky, Marc
**Sent:** Monday, September 08, 2014 5:33 PM
**To:** Greenfield, Richard D. (Greenfield & Goodman)
**Cc:** Schatz, Steven M. (Wilson Sonsini Goodrich & Rosati, PC); Sonnenfeld, Marc J. (Morgan, Lewis & Bockius LLP); Shepherd, Scott Rhead (Shepherd, Finkelman, Miller & Shah LLC); Zhou, David; Kushner, Nessia Sloane (Wilson Sonsini Goodrich & Rosati, PC)
**Subject:** RE: HP Books and Records

Thanks Richard.  I should also have stated that the production is without prejudice to the stay in Copeland II.


**Marc Wolinsky** | *Partner*

Wachtell, Lipton, Rosen & Katz

51 West 52nd Street  |  New York, NY 10019

(212) 403-1226 (Direct Phone) | (212) 403-2226 (Direct Fax)
mwolinsky@WLRK.com | www.wlrk.com | vCard

---

**From:** Richard Greenfield [mailto:whitehatrdg@earthlink.net]
**Sent:** Monday, September 08, 2014 5:06 PM
**To:** Wolinsky, Marc
**Cc:** Schatz, Steven M. (Wilson Sonsini Goodrich & Rosati, PC); Sonnenfeld, Marc J. (Morgan, Lewis & Bockius LLP); Shepherd, Scott Rhead (Shepherd, Finkelman, Miller & Shah LLC); Zhou, David
**Subject:** Re: HP Books and Records

Marc:

I have requested the August statement and I should be able to get it to you tomorrow.

Thanks for your cooperation generally.

Richard

On Sep 8, 2014, at 4:19 PM, <MWolinsky@WLRK.com> wrote:

Richard:

David Zhou will get you the form of confi that other shareholders have signed in connection with their Section 220 books and record demands.  With that signed, we will get you the same materials the others were provided.  This would all be without prejudice to the stay in Copeland I.

As a prerequisite and as a matter of good order, please provide us with proof of Ms. Copeland's stock ownership.

**Marc Wolinsky** | *Partner*

Wachtell, Lipton, Rosen & Katz

51 West 52nd Street  |  New York, NY 10019

(212) 403-1226 (Direct Phone)  |  (212) 403-2226 (Direct Fax)
mwolinsky@WLRK.com | www.wlrk.com | vCard

---

**From:** Richard Greenfield [mailto:whitehatrdg@earthlink.net]
**Sent:** Monday, September 08, 2014 3:04 PM
**To:** Wolinsky, Marc
**Cc:** Schatz, Steven M. (Wilson Sonsini Goodrich & Rosati, PC); Sonnenfeld, Marc J. (Morgan, Lewis & Bockius LLP); Shepherd, Scott Rhead (Shepherd, Finkelman, Miller & Shah LLC)
**Subject:** Re: HP Books and Records

Marc:

May I have a response today?

Richard

On Sep 5, 2014, at 2:35 PM, Richard Greenfield wrote:

Marc:

I understand that HP has produced certain minutes of meetings of its Board of Directors (and possibly other documents) in response to shareholder §220 books and records demands in Delaware. In that regard, our clients

can certainly follow (and absorb the time and expense) the same course of action; i.e. making the demands and then litigating them, if forced to do so.

To avoid such wasteful time and expense to us and to HP, I ask that you promptly provide us with the same documents previously turned over. Of course, we would agree to whatever level of confidentiality was required, if any, to which all other requesting counsel are bound.

Please let me know promptly as Mr. Copeland will be seeking to intervene in the Morrical case before Judge Breyer and we would like to file such motion as soon as possible.

Richard


==================================================
Please be advised that this transmittal may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, please do not read, copy or re-transmit this communication. If you have received this communication in error, please notify us by e-mail (helpdesk@wlrk.com) or by telephone (call us collect at 212-403-4357) and delete this message and any attachments.

Thank you in advance for your cooperation and assistance.

www.wlrk.com
==================================================

<Confidentiality Agreement - Copeland.pdf>