**EXHIBIT 19**

**DECLARATION OF MARC WOLINSKY IN SUPPORT OF
HP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF
PRELIMINARY APPROVAL OF THE SETTLEMENT AND
OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER**

**From:** Mike Lynch <mrl@autonomy.com>
**Sent:** Monday, December 27, 2010 12:42 PM
**To:** sushovanh@autonomy.com; andrewk-autonomy.com
**Subject:** Fwd: Follow Up
**Attachments:** FeePrecedent.pdf

over to you two

X-Spam-Processed: autonomy.com, Wed, 22 Dec 2010 18:17:05 +0000
      (not processed: spam filter heuristic analysis disabled)
X-Rcpt-To: mrl@autonomy.com
X-MDRcpt-To: mrl@autonomy.com
X-Return-Path: frank.quattrone@qatalyst.com
X-Envelope-From: frank.quattrone@qatalyst.com
X-MDaemon-Deliver-To: mrl@autonomy.com
X-Note-AR-ScanTimeLocal: 12/22/2010 12:16:53 PM
X-Note-AR-Scan: None - PIPE
From: Frank Quattrone <frank.quattrone@qatalyst.com>
To: Mike Lynch <mrl@autonomy.com>
Date: Wed, 22 Dec 2010 12:16:34 -0600
Subject: Follow Up
Thread-Topic: Follow Up
Thread-Index: AcuiBF1at4+vffKYX0CxoubpemLCfQ==
Accept-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
user-agent: Microsoft-Entourage/13.6.0.100712
acceptlanguage: en-US
X-Note-AR-ScanTimeLocal: 12/22/2010 12:16:48 PM
X-Policy: GLOBAL - qatalyst.com
X-Primary: frank.quattrone@qatalyst.com
X-Note: This Email was scanned by AppRiver SecureTide
X-ALLOW: @qatalyst.com ALLOWED
X-Note: VCH-CT/SI:0-1454/SG:1 12/22/2010 12:15:01 PM
X-Virus-Scan: V-X0M0
X-Note: Spam Tests Failed:
X-Country-Path: UNITED STATES->UNITED STATES->UNITED STATES
X-Note-Sending-IP: 98.129.23.14
X-Note-Reverse-DNS: smtp.exg5.exghost.com
X-Note-WHTLIST: frank.quattrone@qatalyst.com
X-Note: User Rule Hits:
X-Note: Global Rule Hits: G195 G196 G197 G198 G202 G203 G214 G302
X-Note: Encrypt Rule Hits:
X-Note: Mail Class: ALLOWEDSENDER
X-Virus-Scanned: by bsmtpd at autonomy.com
X-MDAV-Processed: autonomy.com, Wed, 22 Dec 2010 18:17:07 +0000

Hi Mike,

As we discussed, I am attaching some information regarding fees on precedent transactions in the range of $5-10B (please see attached file), in which the median fee is 0.51% of equity value.

In addition, the fees on our most recent transactions at Qatalyst are as follows:
3Par/HP ($2.6B, 1.3%)
Netezza/IBM ($1.9B, 0.85%)
Isilon/EMC ($2.6B, 0.90% plus 0.30% for co-advisor Morgan Stanley =1.2%)

Based on the all of the above, present market conditions and the size of the potential transaction, if you were to ask for a proposal we would suggest the following:
A retainer of GBP 250,000 payable upon being formally engaged, to be credited against any transaction fee;
a transaction fee of 0.50% of fully diluted equity value, of which 25% would be payable at announcement of a definitive agreement and the balance payable at closing; and reimbursement for out of pocket expenses.

Please let me know your thoughts at your convenience. We would be pleased to send a more detailed form of engagement letter if you would find that helpful.

Looking forward to getting some dates for your next visit to the US.

Wishing you and your family a very Merry Christmas and a Happy New Year!

Best regards,

Frank
--
Frank P. Quattrone
Qatalyst Group LP
3 Embarcadero Center, 6th Floor
San Francisco, CA 94111
650.906.4024 (cell)
415.844.7701 (office)
415.391.3914 (fax)
Frank.Quattrone@Qatalyst.com

Dr Mike Lynch OBE FREng

CEO Autonomy

www.autonomy.com

The information contained in this message is for the intended addressee only and may contain confidential and/or privileged information. If you are not the intended addressee, please delete this message and notify the sender, and do not copy or distribute this message or disclose its contents to anyone. Any views or opinions expressed in this message are those of the author and do not necessarily represent those of Autonomy Systems Limited or of any of its associated companies. No reliance may be placed on this message without written confirmation from an authorised representative of the company. Autonomy Systems Limited, Registered Office: Cambridge Business Park, Cowley Road, Cambridge CB4 0WZ, Registered Number 03063054.

*($MM)*

| Date Announced | Target Name | Acquiror Name | Equity Value of Transaction | Ranking Value inc. Net Debt of Target | Target Total Fees | Fees (% of Equity Value) | Fees (% of Rank Value) | Target Advisors |
|---|---|---|---|---|---|---|---|---|
| 09/28/2009 | Affiliated Computer Svcs Inc | Xerox Corp | $8,374 | $7,976 | $48.50 | 0.58% | 0.61% | Citi<br>Evercore Partners |
| 10/01/2007 | NAVTEQ Corp | Nokia Oyj | $7,954 | $7,562 | $37.60 | 0.47% | 0.50% | Merrill Lynch |
| 06/04/2007 | Avaya Inc | Sierra Merger Corp | $8,064 | $7,246 | $32.00 | 0.40% | 0.44% | Credit Suisse Group |
| 05/29/2007 | CDW Corp | Madison Dearborn Partners LLC | $7,311 | $6,831 | $37.82 | 0.52% | 0.55% | Morgan Stanley<br>William Blair |
| 10/12/2007 | BEA Systems Inc | Oracle Corp | $8,056 | $6,813 | $33.00 | 0.41% | 0.48% | Goldman Sachs |
| 04/20/2009 | Sun Microsystems Inc | Oracle Corp | $7,305 | $5,859 | $32.60 | 0.45% | 0.56% | Credit Suisse |
| 05/12/2010 | Sybase Inc | SAP AG | $5,959 | $5,411 | $31.00 | 0.52% | 0.57% | Bank of America Merrill Lynch |
| 10/07/2007 | Business Objects SA | SAP AG | $5,511 | $5,131 | $28.00 | 0.51% | 0.55% | Houlihan Lokey<br>Goldman Sachs |
| 12/12/2006 | Sabre Holdings Corp | Sovereign Holdings Inc | $4,987 | $5,049 | $26.00 | 0.52% | 0.51% | Morgan Stanley |
| 11/12/2007 | Cognos Inc | IBM | $4,964 | $4,487 | $27.50 | 0.55% | 0.61% | Lehman Brothers |
|  |  |  |  | *Mean* |  | *0.49%* | *0.54%* |  |
|  |  |  |  | *Median* |  | *0.51%* | *0.55%* |  |