# EXHIBIT 21

# DECLARATION OF MARC WOLINSKY IN SUPPORT OF HP'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PRELIMINARY APPROVAL OF THE SETTLEMENT AND OPPOSITION TO THE MOTIONS TO INTERVENE AND SEVER

| | |
|---|---|
| **From:** | Ian D. Berg <IBerg@aftlaw.com> |
| **Sent:** | Tuesday, September 02, 2014 1:33 PM |
| **To:** | Molumphy, Mark C. (Cotchett Pitre & McCarthy); Little, Jan Nielsen (Keker & Van Nest, L.L.P.); Goteiner, Neil A. (Farella Braun & Martel LLP); Wolinsky, Marc; Zhou, David; Joseph Profy; Willem F. Jonckheer; Downs, Travis E. (Robbins Geller Rudman & Dowd); Goodman, Benny C. (Robbins Geller Rudman & Dowd); Levy, Vincent G. |
| **Cc:** | Abraham, Jeffrey S. (Abraham, Fruchter & Twersky); Gary Graifman (ggraifman@kgglaw.com) |
| **Subject:** | RE: HP Derivative |

To clarify, we have not agreed to the briefing schedule with regards to our clients' motion to sever, as proposed below.

-Ian

_____

**Ian D. Berg**
**Abraham Fruchter & Twersky, LLP**
T: 858.792.3448

---

**From:** Mark Molumphy [mailto:MMolumphy@cpmlegal.com]
**Sent:** Tuesday, September 02, 2014 9:59 AM
**To:** Jan Little; 'NGoteiner@fbm.com'; MWolinsky@WLRK.com; DZhou@wlrk.com; Joseph Profy; Willem F. Jonckheer; Ian D. Berg; Travis Downs; Benny Goodman; VGLevy@wlrk.com
**Subject:** HP Derivative

This will confirm that the parties will submit opening briefs by Thursday 9/4, and any responses by 9/17, with 25 page limit on each brief.

Mark Molumphy