| Attorney or Party without Attorney: Kathleen A. Herkenhoff, Esq., Bar #168562<br>The Weiser Law Firm, P.C.<br>12707 High Bluff Drive, Suite 200<br>San Diego, CA 92130<br>Telephone No: 858-794-1441    FAX No: 858-794-1450 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | | |
| Plaintiff: In re: Hewlett-Packard Co. Shareholder Derivative Litigation<br>Defendant: | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>C126003CRB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Letter to Thomas B. Mayhew dated 9.17.2014; Exhibit 1 to the Declaration of Brett D. Stecker

3. a. Party served:                    Thomas B. Mayhew, Esq.
   b. Person served:                   Marvin Green, Office Service Manager / Person Authorized to Accept Service,
                                        Asian, Male, 28 Years Old, Black Hair, Brown Eyes, 5 Feet 6 Inches, 160 Pounds

4. Address where the party was served:  Farella Braun & Martel
                                         235 Montgomery Street
                                         18th Floor
                                         San Francisco, CA 94104

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Sep. 17, 2014 (2) at: 1:15PM

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kinto V. Fannin                                d. *The Fee for Service was:*
   b. Class Action Research & Litigation             e. I am: (3) registered California process server
   P O Box 740                                              (i)  Independent Contractor
   Penryn, CA 95663                                         (ii) Registration No.:    817
   c. (916) 663-2562, FAX (916) 663-4955                    (iii) County:             San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Sep. 17, 2014

                                                                          (Kinto V. Fannin)          kather.144854

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007