WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel./Fax:  212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel./Fax:  415.954.4400/4480
NGoteiner@fbm.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:  All Actions | Master File No. 12-CV-6003 CRB<br><br>**SUPPLEMENTAL SUBMISSION ON MOTION FOR PRELIMINARY APPROVAL**<br><br>Dept.:  Courtroom 6, 17th Floor<br>Judge:  Hon. Charles R. Breyer |

1  In light of the Court's comments at this morning's hearing, the parties have agreed to revise
2  the release in the proposed settlement before the Court.  The parties expect to submit an amended
3  stipulation to the Court next week.

6  Dated:  September 26, 2014

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
   Marc Wolinsky
   George T. Conway III
   Vincent G. Levy
   51 West 52nd Street
   New York, NY  10019
   Telephone:  (212) 403-1000
   Facsimile:  (212) 403-2000

FARELLA BRAUN & MARTEL, LLP
Neil A. Goteiner
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

*Attorneys for Defendant Hewlett-Packard Company*