WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel./Fax:  212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel./Fax:  415.954.4400/4480
NGoteiner@fbm.com

*Attorneys for Defendant Hewlett-Packard Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, <br><br> This Document Relates to:  All Actions | Master File No. 12-CV-6003 CRB <br><br> **DECLARATION OF MARC WOLINSKY IN SUPPORT OF HEWLETT-PACKARD COMPANY'S REPLY MEMORANDUM IN FURTHER SUPPORT OF PRELIMINARY APPROVAL OF THE SECOND AMENDED AND RESTATED STIPULATION OF SETTLEMENT** <br><br> Dept.:   Courtroom 6, 17th Floor <br> Judge:  Hon. Charles R. Breyer |

I, Marc Wolinsky, state as follows:

1. I am an attorney admitted to practice in New York and partner of the firm Wachtell, Lipton, Rosen & Katz. I am counsel for HP in this action and related matters, as a result of which I am knowledgeable regarding the facts set forth below. I respectfully submit this declaration in further support of HP's motion for a stay of this action.

2. Enclosed for the convenience of the Court are true and correct copies of the following documents:

| | |
|---|---|
| Ex. A | Stipulation of Settlement, *In re Moody's Corp. S'holder Deriv. Litig.*, No. 08-cv-09323 (S.D.N.Y. July 19, 2012) (Docket No. 24). |
| Ex. B | Stipulation of Settlement, Exhibit D (Form of Notice), *In re Moody's Corp. S'holder Deriv. Litig.*, No. 08-cv-09323 (S.D.N.Y. July 19, 2012) (Docket No. 24-4). |
| Ex. C | Preliminary Approval Order, *In re Moody's Corp. S'holder Deriv. Litig.*, No. 08-cv-09323 (S.D.N.Y. July 20, 2012) (Docket No. 25). |
| Ex. D | Alison Frankel, "HP shareholder wants scrutiny of Wachtell role in controversial settlement," REUTERS, Oct. 17, 2014. |
| Ex. E | Preliminary Approval Order, *City of Westland Police & Fire Ret. Sys.* v. *Stumpf*, No. 11-cv-2369-SI (N.D. Cal. May 12, 2014) (Docket No. 169). |
| Ex. F | Preliminary Approval Order, *In re Finisar Corp. Deriv. Litig.*, No. 06-cv-07660-RMW-HRL (N.D. Cal. Aug. 14, 2013) (Docket No. 215). |
| Ex. G | Preliminary Approval Order, *In re OCZ Tech. Grp., Inc. S'holder Deriv. Litig.*, No. 12-cv-05556-RS (N.D. Cal. Aug. 5, 2013) (Docket No. 44). |
| Ex. H | Preliminary Approval Order, *In re KLA-Tencor Corp. S'holder Deriv. Litig.*, No. 06-cv-03445-JW (N.D. Cal. Mar. 25, 2010) (Docket No. 652). |

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this declaration was executed in New York, New York on October 29,
3  2014.

_____
Marc Wolinsky