IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | No. 3:12-cv-06003-CRB<br><br>**ORDER RE WITHDRAWAL OF MOTIONS TO SEAL** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

In light of this Court's Order denying as moot the pending motions to intervene (dkt. 265), all parties are hereby entitled to withdraw any related motions to seal and supporting documentation.

**IT IS SO ORDERED.**

Dated: December 19, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE