IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Master File No. 12-CV-6003 CRB **DECLARATION OF DAVID F. LARCKER** |
| This Document Relates to:  All Actions | |

**DECLARATION OF DAVID F. LARCKER**

I, DAVID F. LARCKER, declare as follows:

1.      Plaintiffs' Lead Counsel, Cotchett, Pitre & McCarthy LLP, retained me in this Action to consult with them relating to Plaintiffs' claims and, specifically, to assist them in their negotiations with Hewlett-Packard Company ("HP" or the "Company"), the review HP's existing policies and practices, and the creation and implementation of corporate governance reforms that would help to ensure that issues described in the Complaint relating to HP's Mergers & Acquisition ("M&A") process do not re-occur in the future, including the ability to detect and address potential evidence of fraud by M&A acquisition targets. Counsel also asked me to review the proposed Settlement terms in the Action, and specifically the M&A Reforms ultimately agreed to by the parties, and assess whether these reforms provide substantial benefits to HP and its shareholders.

2.      It is my opinion that the M&A Reforms provide substantial benefits to HP and its shareholders by changing HP's M&A policies and practices, thereby reducing the likelihood of harm in the future. The M&A Reforms will also improve the manner of communications between HP's Board, management and employees involved in the M&A process, including the early identification of risk to the Company, whether financial, technological, or legal. As such, the reforms will have positive long-lasting effects on HP and its shareholders.

## Personal Background and Qualifications

3.      I am the James Irvin Miller Professor of Accounting at the Graduate School of Business at Stanford University. I also currently serve as the director of the Corporate Governance Research Program at the Graduate School of Business and a senior faculty at the Rock Center for Corporate Governance. Prior to coming to Stanford, I was the Ernst & Young Professor of Accounting at The Wharton School of the University of Pennsylvania, a position I held for twenty years. I have also served as a Professor of Accounting and Information Systems at the J.L. Kellogg Graduate School of Management at Northwestern University. I received undergraduate and masters degrees in engineering from the University of Missouri – Rolla and a doctorate in business from the University of Kansas.

4.      My primary research focused on the fields of executive compensation and corporate governance. This research has been published in various top accounting and finance journals. I

DECLARATION OF DAVID F. LARCKER                                      1

also teach graduate and executive courses in executive compensation and corporate governance. I previously served as a member of the Financial Accounting Standards Board Task Force on accounting for executive stock options from 1993 to 1996, the Steering Committee for the Business Reporting Research Project of the Financial Accounting Standards Board from 1999 to 2000, and the Option Valuation Group of the Financial Accounting Standards Board. A copy of my curriculum vitae is attached hereto as Exhibit A.

**The Proposed Settlement and the Substantial Benefits to HP**

5.      On August 18, 2011, HP announced its intention to make a tender offer for all shares of Autonomy Corporation plc, and on October 3, 2011 the tender offer was closed. Just over a year later, on November 20, 2012, HP announced that it was taking an $8.8 billion impairment charge for goodwill and intangible assets related to Autonomy. Several shareholder derivative actions were filed relating to HP's evaluation, acquisition and integration of Autonomy. While I understand HP and the individual officer and director defendants deny the allegations, there has been widespread criticism of HP's due diligence process and the Company admittedly failed to detect that Autonomy's financial statements were materially misrepresented.

6.      The Settlement requires HP and its Board to implement numerous reforms to HP's M&A processes, including those involved in evaluating Autonomy. While many of the reforms are targeted at the issues described in the complaints, they also generally improve corporate governance at HP, and are not otherwise required to be implemented under any law or regulation.

7.      Given the substantial write-down related to the Autonomy acquisition, as well as HP's stated interest in M&A activity going forward, I understand an underlying objective by Plaintiffs in this litigation was to ensure that HP significantly strengthened its M&A processes, and that the individual defendants (and future HP directors and officers) take a greater role in detecting and addressing issues of risk in future deals. In my opinion, the adoption of stronger internal controls will help HP identify issues earlier in the due diligence process, allowing senior management and, if necessary, directors, to address and resolve them prior to approval of any deal.

8.      The Settlement is designed to address these concerns, including a senior executive-level Risk Management Committee with a defined, Board-approved charter, charged with ensuring

that due diligence risk issues are identified and raised to the CEO and Board level.  HP will also implement a comprehensive internal electronic database, linking all of HP's separate business units involved in M&A due diligence, to ensure M&A procedures are performed, documented, and reported to senior management.  HP will implement reforms to the Board's Finance & Investment Committee and Investment Review Board, charged with oversight of HP's M&A activity, relating to the composition and dissemination of due diligence prepared reports by advisors retained by the Company, and a defined process review of M&A activities.  HP has also agreed to implement a new fairness opinion policy, with defined disclosures and distribution for such opinions, and a new M&A due diligence policy requiring a technology due diligence plan approved by the Board's Technology Committee.

**Valuation of Reforms**

9.      It is admittedly difficult to precisely quantify the value of a particular corporate reform, let alone the comprehensive set included in the Settlement.  However, it is well established that strong corporate governance adds significant value to a corporation and helps to reduce significant risk.

10.      This is particularly important here, given HP's active participation in M&A activity, including deals of substantial magnitude and importance to the Company.  Indeed, HP specifically references the ability to successfully evaluate and integrate a newly-acquired company as one of the primary risk factors to its financial reports.  See, e.g., 2013 Annual Report at pp. 26-28.  According to HP, "In order to pursue this [M&A] strategy successfully, we must identify candidates for and successfully complete business combination and investment transactions, some of which may be large or complex, and manage post-closing issues such as the integration of acquired businesses, products, services or employees."  HP also notes that business combinations transactions "have resulted, and in the future may result, in significant costs and expenses and charges to earnings, including those related to . . . goodwill and asset impairment charges."  As to due diligence, HP states that processes "may fail to identify significant issues with the acquired company's product quality, financial disclosures, accounting practices or internal control deficiencies."  I understand that many of these same issues relate to allegations made with respect to the Autonomy acquisition.

11.     Further, in my opinion, the value of strong governance to a corporation only increases with the size and market capitalization of the corporation. Here, HP is one of the United States' largest publicly-traded companies, with a market capitalization of over $68 billion. Thus, the governance reforms will produce substantial increases in shareholder value.

12.     My conclusions are confirmed by academic research. In 2003, Harvard University Processors Paul Gompers and Joy Ishii, along with the University of Pennsylvania Professor Andrew Metrick, completed a study of the stock performance characteristics at 1500 large firms during the 1990s.[1] The Study showed that a fund that purchased stock in firms with the strongest governance and sold stock in companies with the weakest governance would have earned abnormal returns of 8.5 percent per year during the sample period. The study also found that companies with stronger governance had higher firm value, higher profits, higher sales growth, and lower capital expenditures.

13.     In 2012, Vicente Cunat of the London School of Economics, Mireia Gine of the IESE Business School, and Maria Guadalupe of INSEAD examined the stock price reaction to almost 4,000 shareholder sponsored governance proposals.[2] The study showed that adopting a governance proposal increased shareholder value by 2.8%.

14.     While it is impossible to assign a precise dollar figure to the value of the corporate governance reforms in the Settlement, it is my opinion that, based on the market value attributed to strong corporate governance determined by Gompers, Ishii, and Metrick and Cunat, Gine, and Guadalupe, the Settlement will have a significant positive impact on the market value of HP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 22nd day of January 2015 in Palo Alto, California.

DAVID F. LARCKER

---

[1] Gompers, Ishii & Merrick, *Corporate Governance and Equity Prices,* Quarterly Journal of Economics 118(1), February 2003, pp. 107-155.
[2] Cunat, Gine, and Guadalupe, *The Vote is Cast: The Effect of Corporate Governance on Shareholder Value* 68(5), pp. 1943-1977.

**DECLARATION OF DAVID F. LARCKER**                                                                    4

# EXHIBIT A

# CURRICULUM VITAE

## DAVID F. LARCKER

**HOME ADDRESS:**

45 Saddleback Road
Portola Valley, CA  94028

**OFFICE:**

E356 Knight Management Center
Stanford University
Graduate School of Business
655 Knight Way
Stanford, CA  94305-7298

Larcker_David@gsb.stanford.edu
(650) 725-6159

**EDUCATION:**

| | |
|---|---|
| Ph.D. | University of Kansas, 1978<br>Major:  Accounting<br>Dissertation:  Strategic Decision Processes and<br>Implications for the Design of Accounting<br>Information Systems |
| M.S. | University of Missouri - Rolla, 1974<br>Major:  Engineering Management<br>Master's Thesis: A Training Simulation for Rural<br>Electric Cooperative Management |
| B.S. | University of Missouri - Rolla, 1972<br>Major:  Mechanical Engineering |

**TEACHING POSITIONS:**

| | |
|---|---|
| 2006 – present | James Irvin Miller  Professor of Accounting<br>Graduate School of Business<br>Stanford University<br>Director, Corporate Governance Research Program<br>Senior Faculyt, The Rock Center for Corporate Governance |
| 2005 – 2006 | Professor of Accounting<br>Graduate School of Business<br>Stanford University |
| 1985 - 2005 | Ernst & Young Professor of Accounting<br>The Wharton School<br>University of Pennsylvania |

2

| 1984 - 1985 | Professor of Accounting and Information Systems, J. L. Kellogg Graduate School of Management Northwestern University |
| --- | --- |
| 1981 - 1984 | Associate Professor of Accounting and Information Systems, J. L. Kellogg Graduate School of Management Northwestern University |
| 1978 - 1981 | Assistant Professor of Accounting and Information Systems, J. L. Kellogg Graduate School of Management Northwestern University |

**OTHER:**

Coopers and Lybrand Research Fellow, 1979-1980.
Hay Group Faculty Research Fellow, 1981-1984.
American Accounting Association Doctoral Consortium Faculty, 1984, 1988, 1989, 1994, 1995, 1997, 2000, 2003, 2005.
Big Ten Doctoral Consortium Faculty, 1985 and 1992.
Pac Ten Doctoral Consortium Faculty, 2000.
Hay Group Academic Advisory Council, 1986-1988.
FASB Task Force Member on Accounting for Executive Stock Options, 1993-1996.
FASB Options Valuation Group Member, 2003.
American Accounting Association Distinguished Visiting International Lecturer, 1993
Coopers & Lybrand Accounting Academics Advisory Group, 1994-1998.
Advisory Board of the American Customer Satisfaction Index, 1995-1997.
Steering Committee for the Business Reporting Research Project of the Financial Accounting Standards Board, 1998-2000.
Advisory Board for the Center for Excellence in Accounting and Security Analysis at Columbia University, 2003-present.

**AWARDS:**

Notable Contribution to Managerial Accounting Research, 2001
Distinguished Service to Ph.D. Students Award, 2010

**RESEARCH INTERESTS:**

Executive Compensation Contracts
Corporate Governance
Managerial Accounting
Applied Econometrics

3

**TEACHING INTERESTS:**

Managerial Accounting, Financial Statement Analysis, and Corporate Governance

**EDITORIAL REVIEW BOARDS:**

*The Accounting Review* 1979-1983, 1990-1994, 2008-2010
*Journal of Accounting and Economics*, 1985-present
*Journal of Accounting Research*, 1987-present
*Journal of Management Accounting Research*, 1988-2001
*Administrative Science Quarterly*, 1994-1997
*Accounting, Organizations and Society*, 1996-present
*Journal of Accounting and Public Policy*, 2002-present
*Journal of Applied Corporate Finance*, Advisory Board, 2004-present

**MEMBERSHIPS:**

American Accounting Association

**PRIOR EMPLOYMENT:**

August, 1972 - August, 1973          Engineer
                                     Southwestern Bell Telephone Company

**PUBLICATIONS:**

**Book:**

D.F. Larcker and B. Tayan, *Corporate Governance Matters: A Closer Look at Organizational Choices and Their Consequences* (Upper Saddle River, NJ: FT Press, 2011).

**Articles:**

1.   Gordon, L. A., D. F. Larcker, and F. D. Tuggle, "Information Impediments to the Use of Sophisticated Capital Budgeting Models," *Omega*, Vol. 7, No. 1 (1979), pp. 67-74.

2.   Gordon, L. A., D. F. Larcker, and F. D. Tuggle, "Strategic Decision Processes and the Design of Accounting Information Systems: Conceptual Linkages," *Accounting, Organizations and Society*, Vol. 3, No. 3/4 (May, 1978), pp. 203-213.

4

3.  Larcker, D. F., L. A. Gordon, and G. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, Vol. 15, No. 2 (June, 1980), pp. 267-287.

4.  Larcker, D. F. and V. P. Lessig, "Perceived Usefulness of Information: A Psychometric Examination" *Decision Sciences*, Vol. 11, No. 1 (January, 1980), pp. 121-134.

5.  Fornell, C. and D. F. Larcker, "The Use of Canonical Correlation Analysis in Accounting Research," *Journal of Business Finance and Accounting*, Vol. 7, No. 3 (Autumn, 1980), pp. 455-473.

6.  Fornell, C. and D. F. Larcker, "Evaluating Structural Equation Models with Unobservable Variables and Measurement Error," *Journal of Marketing Research*, Vol. 18, No. 1 (February, 1981), pp. 39-50.

7.  Larcker, D. F., "The Perceived Importance of Selected Information Characteristics for Strategic Capital Budgeting Decisions," *The Accounting Review*, Vol. 56, No. 3 (July, 1981), pp. 519-538.

8.  Bagozzi, R. P., C. Fornell, and D. F. Larcker, "Canonical Correlation Analysis as a Special Case of a Linear Structural Relations Model," *Multivariate Behavioral Research*, Vol. 16, No. 4 (October, 1981), pp. 437-454.

9.  Larcker, D. F. and V. P. Lessig, "An Examination of the Linear and Retrospective Process Tracing Approaches to Judgment Modeling, *The Accounting Review*, Vol. 58, No. 1 (January, 1983), pp. 58-77.

10. Ferris, K. R. and D. F. Larcker, "Explanatory Variables of Auditor Performance in a Large Public Accounting Firm," *Accounting Organizations and Society*, Vol. 8, No. 1 (March, 1983), pp. 389-404.

11. Hillmer, S. C., D. F. Larcker, and D. A. Schroeder, "Forecasting Accounting Data: A Multiple Time Series Analysis," *Journal of Forecasting*, Vol. 2, No. 4 (October/December, 1983), pp. 389-404.

12. Larcker, D. F. and L. Revsine, "The Oil and Gas Accounting Controversy: An Analysis of Economic Consequences," *The Accounting Review*, Vol. 53, No. 4 (October, 1983), pp. 706-732.

13. Larcker, D. F., "The Association Between Performance Plan Adoption and Corporate Capital Investment," *Journal of Accounting and Economics*, Vol. 5, No. 1 (April, 1983), pp. 3-30.

14. Lambert, R. A. and D. F. Larcker, "Golden Parachutes, Executive Decision-Making, and Shareholder Wealth," *Journal of Accounting and Economics*, Vol. 7, No. 1-3 (April, 1985), pp. 179-203.

5

15.   Larcker, D. F. "Short-Term Compensation Contracts and Executive Expenditure Decisions: The Case of Commercial Banks," *Journal of Financial and Quantitative Analysis*, Vol. 22, No. 1 (March, 1987), pp. 33-50.

16.   Larcker, D. F. and T. Lys, "An Analysis of the Incentives to Engage in Costly Information Acquisition: The Case of Risk Arbitrage," *Journal of Financial Economics*, Vol. 18, No. 1 (March, 1987), pp. 111-126.

17.   Lambert, R. A. and D. F. Larcker, "Executive Compensation Effects of Large Corporate Acquisitions," *Journal of Accounting and Public Policy*, Vol. 6, No. 4 (Winter, 1987), pp. 231-243.

18.   Lambert, R. A. and D. F. Larcker, "An Analysis of the Use of Accounting and Market Measures of Performance in Executive Compensation Contracts," *Journal of Accounting Research*, Vol. 25 (Supplement, 1987), pp. 85-125.

19.   Defeo, V. J., R. A. Lambert, and D. F. Larcker, "An Analysis of the Executive Compensation Effects of Equity-for-Debt Swaps," *The Accounting Review*, Vol. 54, No. 2 (April, 1989), pp. 201-227.

20.   Lambert, R. A. and D. F. Larcker, "Estimating the Marginal Cost of Operating a Service Department when Reciprocal Services Exist," *The Accounting Review*, Vol. 54, No. 3 (July, 1989), pp. 449-467.

21.   Lambert, R. A., Lanen, W. N., and D. F. Larcker, "Executive Stock Option Plans and Corporate Dividend Policy," *Journal of Financial and Quantitative Analysis*, Vol. 2, No. 4 (December, 1989), pp. 409-425.

22.   Lambert, R. A., D. F. Larcker, and R. E. Verrecchia, "Portfolio Considerations in the Valuation of Executive Compensation," *Journal of Accounting Research*, Vol. 29, No. 1 (Spring, 1991), pp. 129-149.

23.   Janakiraman, S. N., R. A. Lambert, and D. F. Larcker, "An Empirical Analysis of the Relative Performance Evaluation Hypothesis," *Journal of Accounting Research*, Vol. 30, No. 1 (Spring, 1992), pp. 53-69.

24.   Lanen, W. N. and D. F. Larcker, "Executive Compensation Contract Adoption in the Electric Utility Industry," *Journal of Accounting Research*, Vol. 30, No. 1 (Spring, 1992), pp. 70-93.

25.   Holthausen, R. W. and D. F. Larcker, "The Prediction of Stock Returns Using Financial Statement Information," *Journal of Accounting and Economics*, Vol. 15, No. 2/3 (June/September, 1992), pp. 373-411.

6

26.    Lambert, R. A., D. F. Larcker, and K. Weigelt, "The Structure of Organizational Incentives," *Administrative Science Quarterly*, Vol. 38, No. 3 (September, 1993), pp. 438-461.

27.    Holthausen, R. W., D. F. Larcker, and R. G. Sloan, "Annual Bonus Schemes and the Manipulation of Earnings," *Journal Accounting and Economics*, Vol.19, No. 1 (February, 1995), pp. 29-74.

28.    Lambert, R. A. and D. F. Larcker, "The Prospective Payment System, Hospital Efficiency, and Compensation Contracts for Senior-Level Hospital Administrators," *Journal of Accounting and Public Policy*, Vol. 14, No. 1. (Spring, 1995), pp. 1-31.

29.    Holthausen, R. W., D. F. Larcker, and R. G. Sloan, "Business Unit Innovation and the Structure of Executive Compensation," *Journal Accounting and Economics*, Vol. 19, No. 2 & 3 (March-May, 1995), pp. 279-313.

30.    Baiman, S., D. F. Larcker, M. V. Rajan, "Organizational Design for Business Units," *Journal of Accounting Research*, Vol. 33, No. 2 (Autumn, 1995), pp. 205-229.

31.    Ittner, C. D. and D. F. Larcker, "Total Quality Management and the Choice of Information and Reward Systems," *Journal of Accounting Research*, Vol. 33 (Supplement, 1995), pp. 1-34.

32.    Holthausen, R. W. and D. F. Larcker, "The Financial Performance of Reverse Leveraged-Buyouts," *Journal of Financial Economics*, Vol. 42, No. 3 (November, 1996), pp. 293-332.

33.    Ittner, C. D. and D. F. Larcker, "Product Development Cycle Time and Organizational Performance," *Journal of Marketing Research*, Vol. 34, No. 1 (February, 1997), pp. 13-23.

34.    Ittner, C. D. and D. F. Larcker, "The Performance Effects of Process Management Techniques," *Management Science*, Vol. 43, No. 4 (April, 1997), pp. 522-534.

35.    Ittner, C. D., D. F. Larcker, M. V. Rajan, "The Choice of Performance Measures in Annual Bonus Contracts," *The Accounting Review*, vol. 72, No. 2 (April, 1997), pp. 231-255.

36.    Ittner, C. D. and D. F. Larcker, "Quality Strategy, Strategic Control Systems, and Organizational Performance," *Accounting, Organizations and Society*, Vol. 22, No. 3/4 (April/May, 1997), pp. 293-314.

37.    Ittner, C. D., D. F. Larcker, and T. Randall, "The Activity-Based Cost Hierarchy, Production Policies, and Firm Profitability," *Journal of Management Accounting Research*, Vol. 9 (1997), pp. 143-162.

38.   Cavalluzzo, K. S., C. D. Ittner, and D. F. Larcker, "Competition, Efficiency Gains, and Cost Allocation Changes in Governmental Agencies: Evidence on the Federal Reserve," *Journal of Accounting Research*, Vol. 36, No. 1 (Spring, 1998), pp. 1-32.

39.   Ittner, C. D. and D. F. Larcker, "Are Non-Financial Measures Leading Indicators of Financial Performance? An Analysis of Customer Satisfaction," *Journal of Accounting Research*, Vol. 36 (Supplement, 1998), pp. 1-46.

40.   Ittner, C. D. and D. F. Larcker, "Innovations in Performance Measurement: Trends and Research Implications," *Journal of Management Accounting Research* (1998), pp. 205-238.

41.   Core, J. E., R. W. Holthausen, R. W., and D. F. Larcker, "Corporate Governance, Chief Executive Officer Compensation, and Firm Performance" *Journal of Financial Economics*, Vol. 51, No. 3 (March, 1999), pp. 371-406.

42.   Ittner, C. D., D. F. Larcker, V. Nagar, and M. V. Rajan, "Supplier Selection, Monitoring Practices, and Firm Performance," *Journal of Accounting and Public Policy*, Vol. 18 (1999), pp. 253-281.

43.   Ittner, C. D. and D. F. Larcker, "Assessing Empirical Research in Managerial Accounting: A Value-Based Management Perspective," *Journal of Accounting and Economics,* Vol. 32, Nos. 1-3 (December, 2001), pp. 349-410.

44.   Ittner, C.D. and D.F. Larcker, "Determinants of Performance Measure Choices in Worker Incentive Plans," *Journal of Labor Economics*, Vol. 20, No. 2, Part 2 (April, 2002), pp. S58-S90.

45.   Core, J. E. and D. F. Larcker, "Performance Consequences of Mandatory Increases in Executive Stock Ownership," *Journal of Financial Economics*, Vol. 64, No. 3 (June, 2002), pp. 317-340.

46.   Ittner, C. D., W. Lanen, and D. F. Larcker, "Performance Consequences of Activity-Based Costing: Evidence from Manufacturing Plants," *Journal of Accounting Research*, Vol. 40, No. 3 (June, 2002), pp. 711-726.

47.   Ittner, C. D., R, A. Lambert, and D. F. Larcker, "The Structure and Performance Consequences of Equity Grants to Employees of New Economy Firms," *Journal of Accounting and Economics*, Vol. 34, Nos. 1-3 (January, 2003), pp. 89-127.

48.   Ittner, C. D., D. F. Larcker, and M. W. Meyer, "Subjectivity and the Weighting of Performance Measures: Evidence from a Balanced Scorecard," *The Accounting Review*, Vol. 78, No. 2 (July, 2003), pp. 725-758.

8

49.  Ittner, C. D., D. F. Larcker, and T. Randall, "Performance Implications of Strategic Performance Measurement in Financial Service Firms," *Accounting, Organizations and Society* Vol. 28, Nos. 7-8 (October/November, 2003), pp. 715-741.

50.  Larcker, D. F. and S. A. Richardson, "Fees Paid to Audit Firms, Accrual Choices, and Corporate Governance," *Journal of Accounting Research* Vol. 42, No. 3 (June, 2004), pp. 625-658.

51.  Larcker, D. F., S. A. Richardson, and I. Tuna, "Corporate Governance and Accounting Outcomes," *The Accounting Review* Vol. 83, No. 4 (July, 2007), pp. 963-1008.

52.  Ittner, C. D., D. F. Larcker, M. Pizzini, "Performance-based Compensation in Member-Owned Firms: An Examination of Medical Group Practices," *Journal of Accounting and Economics* Vol. 44, No.3 (December, 2007), pp. 300-327.

53.  Core, J.E., W. Guay, and D. F. Larcker, "The Power of the Pen and Executive Compensation," *Journal of Financial Economics* Vol. 88, No. 1 (April, 2008), pp. 1-25.

54.  Larcker, D.F. and Rusticus, T.O., "On the Use of Instrumental Variables in Accounting Research," *Journal of Accounting and Economics* Vol. 49, No. 3 (April, 2010), pp. 186-205.

55.  Armstrong, C. S., A. D. Jagolinzer, D. F. Larcker, "Chief Executive Officer Equity Incentives and Accounting Irregularities," *Journal of Accounting Research* Vol. 48, No. 2 (May, 2010), pp. 225-271.

56.  Armstrong, C. S, D. F. Larcker, and C. Su "Endogenous Selection and Moral Hazard in Compensation Contracts," *Operations Research* Vol. 58 (July-August, 2010), pp. 1090 - 1106.

57.  R. Daines, I. Gow, and D. Larcker, "Ratings the Ratings: How Good are Commercial Governance Ratings?" *Journal of Financial Economics* Vol. 98, No. 3 (December, 2010), pp. 439–461

58.  D.F., Larcker, G. Ormazabal, and D. Taylor, "The Market Reaction to Corporate Governance Regulation, "Journal *of Financial Economics* Vol. 101 (August, 2011), pp. 431-448.

59.  A.D. Jagolinzer, D. F. Larcker, and D.J. Taylor, "Corporate Governance and the Information Content of Insider Trades," *Journal of Accounting Research* 49 (December, 2011), pp. 1249-1274.

9

60. Armstrong, C.S., J.L. Blouin, and D.F. Larcker, "The Incentives for Tax Planning," *Journal of Accounting and Economics* (forthcoming).

61. Armstrong, C.S., C.D. Ittner, and D. F. Larcker, "Economic Characteristics, Corporate Governance, and the Influence of Compensation Consultants on Executive Pay Levels," *Review of Accounting Studies* (forthcoming).

**Notes, Replies, and Discussion Comments**

1. Fornell, C. and D. F. Larcker, "Structural Equation Models with Unobservable Variables and Measurement Error: Algebra and Statistics," *Journal of Marketing Research*, Vol. 18, No. 3 (August, 1981), pp. 382-388.

2. Larcker, D. F., "Discussion of the SEC 'Reversal' of FASB Statement No. 19: An Investigation of Information Effects," *Journal of Accounting Research*, Vol. 19 (Supplement, 1981), pp. 218-226.

3. Larcker, D. F., R. E. Reder, and D. T. Simon, "Trades by Insiders and Mandated Accounting Standards," *The Accounting Review*, Vol. 58, No. 3 (July, 1983), pp. 606-620.

4. Fornell, C. and D. F. Larcker, "Misapplications of Simulations in Structural Equation Models: Reply to Acito and Anderson," *Journal of Marketing Research*, Vol. 21, No. 1 (February, 1984), pp. 113-117.

5. Larcker, D. F., "Discussion of Accounting Measurement, Price-Earnings Ratios, and the Information Content of Security Prices," *Journal of Accounting Research*, Vol. 27 (Supplement, 1989), pp. 145-152.

6. Lambert, R. A., D. F. Larcker, and K. Weigelt, "How Sensitive is CEO Compensation to Organizational Size," *Strategic Management Journal*, Vol. 12, No. 5 (July, 1991), pp. 395-402.

7. Larcker, D. F., "Discussion of Disqualifying Dispositions of Incentive Stock Options: Tax Benefits vs. Financial Reporting Costs," *Journal of Accounting Research* (Supplement, 1992), Vol. 30, pp. 69-76.

8. Larcker, D. F. and C. D. Ittner, "Empirical Managerial Accounting Research: Are We Just Describing Management Consulting Practice?," *European Accounting Review*, Vol. 11, No. 4 (2002), pp. 787-794.

9. Larcker, D. F., "Discussion of 'Employee Stock Options, EPS Dilution, and Stock Repurchases," *Journal of Accounting and Economics*, Vol. 36, Nos. 1-3 (December, 2003), pp. 45-49.

10

10. Larcker, D. F., "Discussion of 'Are Executive Stock Options Associated with Future Earnings," *Journal of Accounting and Economics*, Vol. 36, Nos. 1-3 (December, 2003), pp. 91-103.

11. Larcker, D. F. and T. O. Rusticus, "Endogeneity and Empirical Accounting Research," *European Accounting Review*, Vol. 16, No.1 (2007), pp. 207-215.

12. Armstrong, C. S., D. F. Larcker, Discussion of "The impact of the options backdating scandal on shareholders" and "Taxes and the backdating of stock option *exercise* dates," *Journal of Accounting and Economics* Vol. 47, Nos. 1-2 (March, 2009), pp. 50-58.

**Other Publications**

1. Larcker, D. F., "Managerial Incentives in Mergers and Their Effect on Shareholder Wealth," *Midland Corporate Finance Journal*, Vol. 1, No. 4 (Winter, 1983), pp. 29-35.

2. Lambert, R. A. and D. F. Larcker, "Executive Compensation Contracts, Executive Decision-Making, and Shareholder Wealth: A Review of the Evidence," *Midland Corporate Finance Journal*, Vol. 2, No. 4 (Winter, 1985), pp. 6-22

3. Larcker, D. F., "Executive Compensation Plans: An Analysis of Alternative Performance Measures," *Topics in Total Compensation*, Vol. 1, No. 1 (Fall, 1986), pp. 57-71.

4. Larcker, D. F. and R. G. Sloan, "Tracking Pay for Performance," *Chief Executive*, No. 80 (October, 1992), pp. 62-65.

5. Ittner, C. D. and D. F. Larcker, "Measuring the Impact of Quality Initiatives on Firm Financial Performance," in *Advances in the Management of Organizational Quality*, Vol. 1 (1996), pp. 1-37.

6. Balkcom, J. E., C. D. Ittner, and D. F. Larcker, "Strategic Performance Measurement: Lessons Learned and Future Directions," *Journal of Strategic Performance Measurement*, Vol. 1, No. 2 (April/May, 1997), pp. 22-32.

7. Low, J., T. Siesfeld, and D. Larcker, "It's Time to Measure Intangible Values," *Forbes ASAP* (August 23, 1999).

8. Baum, G., C. Ittner, D. Larcker, J. Low, T. Siesfeld, and M. Malone, "Introducing the New Value Creation Index," *Forbes ASAP* (April, 3, 2000), pp. 140-143.

9. Core, J.E., W. Guay, and D. F. Larcker, "Executive Equity Compensation and Incentives: A Survey," *FRBNY Economic Policy Research*, 9 (2003), pp. 27-50.

11

10.    Core, J.E., W. Guay, and D. F. Larcker, "Equity Incentives and Performance," *Top Pay and Performance -Chapter 6* (Butterworth Heinemann, forthcoming).

11.    Ittner, C. D. and D. F. Larcker, "Coming Up Short on Nonfinancial Performance Measurement," *Harvard Business Review* (November, 2003), pp. 88-95.

12.    Ittner, C. D. and D. F. Larcker, "Moving from Strategic Measurement to Strategic Data Analysis," in *Controlling Strategy: Management, Accounting, and Performance Measurement*, (Oxford University Press, 2005), pp. 86-105.

13.    Ittner, C. D. and D. F. Larcker "Costs and Benefits of Quality Improvement," in *Handbook of Cost Management* (John Wiley & Sons, Inc., 2005), pp. 313-327.

14.    Gerakos, J. J., C. D. Ittner, and D. F. Larcker, "The Structure of Performance-Based Stock Option Grants," *Essays in Honor of Joel Demski* (Springer, 2007), pp.227-249.

15.    Ittner, C.D., D. F. Larcker, and D. Taylor, "Commentary:  The Stock Market's Pricing of Customer Satisfaction," *Marketing Science* Vol. 28, No. 5 (September-October, 2009), pp. 826-835.


**CURRENT WORKING PAPERS:**

1.    Armstrong, C.S., A.D. Jagolinzer, D.F. Larcker, "Performance-Based Incentives for Internal Monitors," (2011).

2.    Larcker, D.F., So, E., and Wang, C. "Boardroom Centrality and Stock Returns," (2011).

3.    Larcker, D.F. and Zakolyukina, A., "Detecting Deceptive Discussion in Conference Calls," (2011)

4.    Larcker, D.F., A.L. McCall, and G. Ormazabal, "Proxy Advisory Firms and Stock Option Exchanges," (2011).

5.    Armstrong, C.S., I.D. Gow, and D.F. Larcker, "Consequences of Shareholder Rejection of Equity Compensation Plans," (2011).

6.    Armstrong, C.S., D.F. Larcker, G. Ormazabal, and D.T. Taylor, "Risk-Taking Incentives and Financial Misreporting," (2011).

12

**CASES:**

1. Executive Compensation at Nabors Industries: Too Much, Too Little, or Just Right? Case Number: CG-05 Publication Year: 2007 Author(s): David F. Larcker; Brian Tayan

2. Sovereign Bancorp and Relational Investors: The Role of the Activist Hedge Fund Case Number: CG-06 Publication Year: 2007 Author(s): David F. Larcker; Brian Tayan

3. There's a New Sheriff in Town: Institutional Shareholder Services Case Number: CG-07 Publication Year: 2007 Author(s): David F. Larcker; Brian Tayan

4. Corporate Governance Ratings: Got the grade... What was the test? Case Number: CG-08 Publication Year: 2007 Author(s): David F. Larcker; Brian Tayan

5. Shareholder Democracy: Does Gretchen Get It Right? Case Number: CG-09 Publication Year: 2007 Author(s): David F. Larcker; Brian Tayan

6. 10b5-1 Plans: Mortgaging a Defense Against Insider Trading Case Number: CG-10 Publication Year: 2007 Author(s): David F. Larcker; Brian Tayan

7. Models of Corporate Governance: Who's the Fairest of Them All?  Case Number: CG-11 Publication Year: 2008 Author(s): David F. Larcker; Brian Tayan

8. Say on Pay...Does the Buck Stop Here? Case Number: CG-12 Publication Year: 2008 Author(s): David F. Larcker; Brian Tayan

9. Attention Shoppers: Executive Compensation at Kroger, Safeway, Costco and Whole Foods Case Number: CG-13 Publication Year: 2008 Author(s): David F. Larcker; Brian Tayan

10. Executive Compensation:  Moving from Utility Services to Power Trading at Aquila Case Number: CG-14 Publication Year: 2008 Author(s): David F. Larcker; Brian Tayan

11. Selecting a CEO: The Leader, the Business Builder, or the Technologist Case Number: CG-15 Publication Year: 2009 Author(s): David F. Larcker; Brian Tayan

12. The Management of Berkshire Hathaway Case Number: CG-16 Publication Year: 2009 Author(s) David F. Larcker; Brian Tayan.

13. Royal Dutch/Shell: A Shell Game With Oil Reserves (A and B) Case Number: CG-17A and B Publication Year: 2009 Authors(s) David F. Larcker, Robert Lawson, and Brian Tayan

14. Baker Hughes: Foreign Corrupt Practices Act: CG-18 Publication Year: 2010 Author(s) David F. Larcker; Brian Tayan.

15. Equity on Demand: The Netflix Approach to Compensation: CG-19 Publication Year: 2010 Author(s) David F. Larcker; Brian Tayan.

13

16. Sharks in the Water: Battling an Activist Investor for Corporate Control (A and B): CG-20A and B Publication Year: 2010 Author(s) David F. Larcker; Brian Tayan.

17. Multimillionaire Matchmaker: An Inside Look At CEO Succession Planning: CG-21 Publication Year: 2010 Author(s) David F. Larcker; Brian Tayan.