IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | No. 3:12-cv-06003-CRB  **ORDER DENYING MOTION TO VACATE AND VACATING HEARING** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

The Court is in receipt of HP shareholder Morris Akerman's motion for an order vacating the order appointing derivative lead plaintiff and lead counsel and setting a briefing schedule for the filing of new motions to appoint derivative lead plaintiff and lead counsel (dkt. 265). Concurrently pending is a motion for preliminary approval of the Third Amended and Restated Stipulation of Settlement (dkt. 277), on which the Court has yet to rule. In the event Akerman believes the Settlement should not receive preliminary approval because of what he alleges to be the inadequacy of lead counsel or otherwise, his objections should be raised through the preliminary approval process.

//

//

Accordingly, this motion is DENIED as premature and the hearing scheduled for February 13, 2015, at 10:00 a.m. is VACATED.

**IT IS SO ORDERED.**

Dated: February 9, 2015



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE