| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN W. KEKER - # 49092 |
| 2 | jkeker@kvn.com |
| | JAN NIELSEN LITTLE - # 100029 |
| 3 | jlittle@kvn.com |
| | BROOK DOOLEY - # 230423 |
| 4 | bdooley@kvn.com |
| | NICHOLAS D. MARAIS - # 277846 |
| 5 | nmarais@kvn.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone:     415 391 5400 |
| 7 | Facsimile:     415 397 7188 |
| 8 | Attorneys for Proposed Intervenor |
| | SUSHOVAN HUSSAIN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE HEWLETT PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION. | Master File No. 3:12-cv-6003-CRB<br><br>**PROPOSED INTERVENOR SUSHOVAN HUSSAIN'S NOTICE OF RENEWED MOTION TO INTERVENE**<br><br>Date:         April 3, 2015<br>Time:        10:00 a.m.<br>Dept.:        Courtroom 6, 17th Floor<br>Judge:       Hon. Charles R. Breyer |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

PROPOSED INTERVENOR SUSHOVAN HUSSAIN'S
NOTICE OF RENEWED MOTION TO INTERVENE
Case No. 3:12-cv-6003-CRB

907335

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 3, 2015 at 10:00 a.m., or at such other date and time as counsel may be heard, Proposed Intervenor Sushovan Hussain will renew his motion to intervene in *In re Hewlett-Packard Company Shareholder Derivative Litigation*, Master File No. C-12-06003-CRB, as a matter of right under Federal Rule of Civil Procedure 24(a)(2), or, in the alternative, by the Court's permission under Federal Rule of Civil Procedure 24(b)(1)(B).

Mr. Hussain's motion has been fully briefed since August 11, 2014. *See* Dkts. 160 (Hussain Motion), 165 (HP's Opposition), 169 (Plaintiff's Opposition), 170 (Hussain Reply). Although Mr. Hussain's motion to intervene was initially mooted by the Court's denial of the *third* proposed settlement, it has been put at issue again by the parties' continued efforts—their *fourth* attempt—to settle this case by stripping Mr. Hussain of his legal rights. When Mr. Hussain responded to the latest settlement proposal, as directed by this Court, he specifically renewed his motion to intervene, requested that this Court grant that motion, and explained that his detailed requests for relief had been laid out in previous filings. Dkt. 293 at 9. In response, HP acknowledged that Mr. Hussain "has renewed his motion to intervene in order to challenge the bar order…." Dkt. 304 at iv.

Now, in an abundance of caution, Mr. Hussain files this notice to clarify that:

- Mr. Hussain's renewed motion to intervene is based on those grounds set forth with particularity in his prior submissions (*i.e.*, Dkts. 160, 170, 209, 222–23, 246), as well as the response he filed earlier this month (*i.e.*, Dkt. 293).[1]

- Mr. Hussain renews his motion—and continues to seek—to intervene in this action to challenge the parties' proposed "complete bar order" and to request the relief set out in his prior briefs. *See, e.g.*, Dkt. 209 at 13, Dkt. 222 at 15; and

- Mr. Hussain's counsel anticipates appearing before this Court on April 3, or any other date set aside to hear objections to the parties' latest settlement proposal, but

---

[1] The parties have had every opportunity to respond to Mr. Hussain's motion—and have done so on many occasions. *See, e.g.*, Dkts. 165 (HP Opp. to Hussain Mot. to Intervene); 169 (Pl.'s Opp.) 208 (Pl.'s Supp. Br.); 210 (HP's Supp. Br.); 221 (Pl.'s Reply); 224 (HP's Reply); 259 (HP's Reply); 303 (Pl.'s Reply ISO Third Am. Settlement); 304 (HP's Reply); 305 (Directors' Reply).

is willing to be heard at the Court's convenience, including on March 20, 2015, the date set aside by the Court for hearing on pending motions filed by Mr. Copeland (Dkts. 269, 276), and Ms. Steinberg and Mr. Vogel (Dkt. 271).

Dated: February 24, 2015                              KEKER & VAN NEST LLP


                                        By:   */s/ John W. Keker*
                                              JOHN W. KEKER
                                              JAN NIELSEN LITTLE
                                              BROOK DOOLEY
                                              NIC MARAIS

                                              Attorneys for Proposed Intervenor
                                              SUSHOVAN HUSSAIN