IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 3:12-cv-06003-CRB<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO AMEND SETTLEMENT NOTICE** |

Now before the Court is Rodney J. Cook's administrative motion for an order amending the settlement notice to advise HP shareholders of Cook's intent to apply for attorneys' fees. See Mot. (dkt. 323). The motion is DENIED without prejudice to raise any objections, requests, or comments with respect to the settlement at the final approval hearing.

**IT IS SO ORDERED.**

Dated: March 25, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE