**GREENFIELD & GOODMAN LLC**
Richard D. Greenfield (*Admitted Pro Hac Vice*)
Marguerite R. Goodman
Ilene F. Brookler (SBN 269422)
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (917) 495-4446
Fax: (212) 355-9592
whitehatrdg@earthlink.net
twowhitehats@earthlink.net
ibrookler@gmail.com

*Attorneys for Shareholder*
*A.J. Copeland*

(Additional counsel on signature page)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION**<br><br>**This Document Relates To:**<br><br>    ALL ACTIONS. | ) Master File No. C-12-6003-CRB (EDL)<br>)<br>) **STIPULATION AND [PROPOSED] ORDER**<br>) **REGARDING DISCOVERY IN**<br>) **CONNECTION WITH THE THIRD**<br>) **AMENDED AND RESTATED**<br>) **STIPULATION OF SETTLEMENT AS**<br>) **MODIFIED**<br>)<br>)<br>)<br>)<br>) |

1

## **STIPULATION**

**WHEREAS,** A.J. Copeland, a shareholder of Hewlett-Packard Company ("HP" or the "Company"), has moved the Court for an order permitting Mr. Copeland to take discovery, including serving the attached document requests and interrogatories, which he asserts is necessary for a meaningful record for the final approval hearing on July 24, 2015;

**WHEREAS**, on March 25, 2015, the Court denied such motion without prejudice;

**WHEREAS**, counsel for the HP and Plaintiff subsequently conferred with counsel for Mr. Copeland; and

**WHEREAS**, the participants have agreed to resolve the issue raised by the motion as to whether Mr. Copeland may serve the attached discovery requests upon HP and Plaintiff, subject to Order of the Court, as follows:

1. The Document Requests attached hereto as Exhibit A and Interrogatories as Exhibit B (collectively "Discovery") shall be deemed served on HP and Plaintiff.

2. HP and Plaintiff, through their respective counsel, shall serve their objections, if any, to such Discovery within 14 days following service.

3. HP and Plaintiff shall otherwise respond to the Discovery within 21 days following service.

4. Counsel for Mr. Copeland, HP and Plaintiff shall "meet and confer" within 7 days following service of any such objections and additional responses to Discovery to determine whether the objections can be withdrawn or limited and in an attempt to resolve any disputes regarding the responses to the Discovery, generally.

2

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY IN CONNECTION
WITH THE THIRD AMENDED AND RESTATED
STIPULATION OF SETTLEMENT
Master File No. C-12-6003-CRB (EDL)

5. To the extent there are any remaining disagreements regarding the Discovery and/or the objections thereto, ~~Mr. Copeland shall promptly move the Court for relief, such motion to be made returnable 14 Days following service thereupon.~~ the parties shall file a joint letter no later than five business days after the meet and confer session, unless otherwise directed by the court. Lead trial counsel for each party must sign the letter, which shall include an attestation that the parties met and conferred in person or by telephone regarding all issues prior to filing the letter. Going issue-by-issue, the joint letter shall describe each unresolved issue, summarize each party's position with appropriate legal authority, and provide each party's final proposed compromise before moving to the next issue. The joint letter shall not exceed eight pages (12-point font or greater; margins no less than one inch) without leave of court. Parties are expected to plan for and cooperate in preparing the joint letter so that each side has adequate time to address the arguments. If a joint letter is not possible, each side may submit a letter not to exceed three pages, which shall include an explanation of why a joint letter was not possible. The parties shall submit one exhibit that sets forth each disputed discovery request in full, followed immediately by the objections and/or responses thereto. No other information shall be included in the exhibit. No other exhibits shall be submitted without prior court approval. The court will review the submission(s) and determine whether formal briefing or proceedings are necessary.

**IT IS SO STIPULATED.**

Dated: March 27, 2015                    Attorneys for Shareholder A.J. Copeland

                                         By:   /s/ *Richard D. Greenfield*

3

|   |   |
|---|---|
| | Richard D. Greenfield (*pro hac vice*) |
| | Ilene F. Brookler (SBN 269422) |
| | Marguerite R. Goodman |
| | GREENFIELD & GOODMAN, LLC |
| | 250 Hudson Street, 8th Floor |

Richard D. Greenfield (*pro hac vice*)
Ilene F. Brookler (SBN 269422)
Marguerite R. Goodman
GREENFIELD & GOODMAN, LLC
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 917-495-4446
ibrookler@gmail.com
whitehatrdg@earthlink.net
twowhitehats@earthlink.net

Dated: March 27, 2015       Attorneys for Defendant
HEWLETT-PACKARD COMPANY

By:   /s/ *Marc Wolinsky*
WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY 10019
Tel./Fax: 212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
VGLevy@wlrk.com

Dated: March 27, 2015       Attorneys for Lead Counsel for Plaintiff Stanley Morrical, derivatively on behalf of Hewlett-Packard Company

By:   /s/ *Mark C. Molumphy*
JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
NANCY L. FINEMAN (Cal. SBN: 124870)
nfineman@cpmlegal.com
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

4

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED AS MODIFIED**.

Date:   March 27, 2015

_____
Elizabeth D. Laporte
United States Magistrate Judge

5

STIPULATION AND [PROPOSED] ORDER
REGARDING DISCOVERY IN CONNECTION
WITH THE THIRD AMENDED AND RESTATED
STIPULATION OF SETTLEMENT
Master File No. C-12-6003-CRB (EDL)