WACHTELL, LIPTON, ROSEN & KATZ
MARC WOLINSKY (*pro hac vice*)
GEORGE T. CONWAY III (*pro hac vice*)
VINCENT G. LEVY (*pro hac vice*)
51 West 52nd Street
New York, NY  10019
Tel./Fax:  212.403.1000/2000
MWolinsky@wlrk.com
GTConway@wlrk.com
VGLevy@wlrk.com

FARELLA, BRAUN & MARTEL, LLP
NEIL A. GOTEINER, State Bar No. 83524
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Tel./Fax:  415.954.4400/4480
NGoteiner@fbm.com
Attorneys for Defendant
HEWLETT-PACKARD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HP SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates to:  All Actions | Master File No. C-12-6003 CRB<br><br>**STIPULATION REGARDING CONTINUATION OF TIME FOR HP TO RESPOND TO SUSHOVAN HUSSAIN'S RENEWED MOTION TO INTERVENE AND  ORDER**<br><br>Judge:  Hon. Charles R. Breyer |

This Stipulation is entered into by and among Sushovan Hussain, Stanley Morrical, and Nominal Defendant Hewlett Packard Company ("HP"), by and through their respective counsel.

**STIPULATION**

WHEREAS, the Court granted preliminary approval of the third amended settlement on March 13, 2015. (Docket # 319).

WHEREAS, the Court issued an order on March 31, 2015 recommending that Sushovan Hussain's "motion to intervene be resolved prior to the final approval hearing." (Docket # 332);

WHEREAS, Sushovan Hussain filed a renewed motion to intervene in the derivative action on April 10, 2015. (Docket # 333);

WHEREAS, HP requests additional time to respond to Mr. Hussain's renewed motion;

WHEREAS, Mr. Hussain does not oppose an extension if approved by the Court but opposes, for scheduling reasons, any continuation of the previously noticed May 15, 2015, hearing date on his renewed motion;

NOW, THEREFORE, subject to the Court's approval, IT IS HEREBY STIPULATED AND AGREED, by and among HP and the undersigned that:

1. HP and Stanley Morrical may file their responses to Mr. Hussain's renewed motion to intervene on April 29, 2015.

2. Mr. Hussain's reply brief will be due on May 6, 2015.

**IT IS SO STIPULATED.**

Dated: April 23, 2015                    WACHTELL, LIPTON, ROSEN & KATZ


By:    /s/ George T. Conway III
       Marc Wolinsky
       George T. Conway III
       Vincent G. Levy
       51 West 52nd Street
       New York, NY  10019
       Telephone:  (212) 403-1000
       Facsimile:  (212) 403-2000

       FARELLA BRAUN & MARTEL, LLP
       Neil A. Goteiner
       235 Montgomery Street
       San Francisco, CA  94104
       Telephone:  (415) 954-4400
       Facsimile:  (415) 954-4480

*Attorneys for Defendant Hewlett-Packard Company*


Dated: April 23, 2015                    KEKER & VAN NEST LLP


By:    /s/ Jan Little
       John W. Keker
       Jan Nielsen Little
       Brook Dooley
       Nicholas D. Marais
       633 Battery Street
       San Francisco, CA 94111
       Telephone:  (415) 391-5400
       Facsimile:  (415) 397-7188

*Attorneys for Sushovan Hussain*

Dated: April 23, 2015                    COTCHETT, PITRE & MCCARTHY, LLP


By:    /s/ Mark Molumphy
            MARK C. MOLUMPHY

Attorneys for Plaintiff
STANLEY MORRICAL

STIP AND [PROPOSED] ORDER
RE: CONTINUING TIME TO RESPOND             2
MASTER FILE NO. C-12-6003 CRB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to the foregoing stipulation"cu'o qf khgf , and good cause appearing,

**IT IS SO ORDERED.**

Date:  April 27, 2015

