Clear Form

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 02/2015) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER<br>**Jamie Leal** | 2a. CONTACT PHONE NUMBER<br>**(212) 279-5050** | 3. CONTACT EMAIL ADDRESS<br>**jleal@aftlaw.com** |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>**Ian D. Berg** | 2b. ATTORNEY PHONE NUMBER<br>**(858) 792-3448** | 3. ATTORNEY EMAIL ADDRESS<br>**iberg@aftlaw.com** |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>**Abraham, Fruchter & Twersky, LLP**<br>**One Penn Plaza, Suite 2805**<br>**New York, NY 10119** ⊞ | 5. CASE NAME<br>**In Re Hewlett-Packard Co. Shareholder Deriv. Litig.** | 6. CASE NUMBER<br>**12-cv-06003-CRB** |
|---|---|---|

| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>**Lydia Zinn** | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL ☑ CIVIL   CJA: Do not use this form; use Form CJA24. |
|---|---|

**9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:**

| a. | | | HEARING(S) (OR PORTIONS OF HEARINGS) | b. | | SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | c. | | DELIVERY TYPE (Choose one per line) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/15/2015 | CRB | Motion | | ☑ | ○ | ○ | ○ | ○ | ○ | ○ | ☑ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br><br>11. SIGNATURE   **/s/ Ian D. Berg** | 12. DATE<br><br>**05/27/2015** |
|---|---|

| DISTRIBUTION: ☐ COURT COPY ☐ TRANSCRIPTION COPY ☐ ORDER RECEIPT ☐ ORDER COPY |
|---|