# EXHIBIT C

**COTCHETT, PITRE & McCARTHY, LLP**
HP DERIVATIVE
Lodestar Report
Inception Through June 16, 2015

| NAME | RANK | YEAR GRADUATED FROM LAW SCHOOL | YEAR ADMITTED TO THE BAR | TOTAL HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|---|---|
| Joseph W. Cotchett | Sr Partner | 1964 | 1/1965 | 799.30 | $ 900 | $ 719,370.00 |
| Frank C. Damrell, Jr. | Partner | 1964 | 6/1965 | 5.00 | $ 775 | $ 3,875.00 |
| Mark C. Molumphy | Partner | 1993 | 12/1993 | 1,399.20 | $ 700 | $ 979,440.00 |
| Steven N. Williams | Partner | 1992 | 12/1994 | 13.00 | $ 700 | $ 9,100.00 |
| Nancy L. Fineman | Partner | 1986 | 12/1986 | 16.90 | $ 700 | $ 11,830.00 |
| Nanci E. Nishimura | Partner | 1989 | 6/1991 | 16.10 | $ 600 | $ 9,660.00 |
| Matthew K. Edling | Partner | 2007 | 11/2007 | 750.20 | $ 500 | $ 375,100.00 |
| **SUB-TOTAL PARTNERS** | | | | 2,999.70 | | $ 2,108,375.00 |
| Aron K. Liang | Sr Associate | 2003 | 12/2003 | 225.60 | $ 415 | $ 93,624.00 |
| Kevin P. O'Brien | Sr Associate | 2001 | 12/2001 | 48.30 | $ 415 | $ 20,044.50 |
| Camilo Artiga-Purcell | Associate | 2010 | 12/2010 | 37.80 | $ 360 | $ 13,608.00 |
| Jennifer Crutchfield | Associate | 2010 | 1/2011 | 621.30 | $ 360 | $ 223,668.00 |
| Bryan M. Payne | Associate | 2010 | 12/2010 | 115.50 | $ 360 | $ 41,580.00 |
| Brian M. Schnarr | Associate | 2010 | 3/2011 | 13.00 | $ 360 | $ 4,680.00 |
| **SUB-TOTAL ASSOCIATES** | | | | 1,061.50 | | $ 397,204.50 |
| | | PARALEGAL YRS | | | | |
| Ona Bacigalupi | Sr Paralegal | 10 | | 322.60 | $ 250 | $ 80,650.00 |
| Nirav Engineer | Sr Paralegal | 10 | | 482.20 | $ 250 | $ 120,550.00 |
| Jaclyn Verducci | Sr Paralegal | 9 | | 6.00 | $ 250 | $ 1,500.00 |
| Zyres Aronce | Paralegal/Case Asst | 3 | | 75.00 | $ 225 | $ 16,875.00 |
| Chris Cooke | Paralegal/Case Asst | 6 | | 1,036.80 | $ 225 | $ 233,280.00 |
| Alanna Kehoe | Paralegal/Case Asst | 1 | | 21.50 | $ 225 | $ 4,837.50 |
| Mayce Keilo | Paralegal/Case Asst | 2 | | 423.90 | $ 225 | $ 95,377.50 |
| **SUB-TOTAL PARALEGALS** | | | | 2,368.00 | | $ 553,070.00 |
| Yan Bao | Law Clerk | | | 16.50 | $ 150 | $ 2,475.00 |
| Gabriel Peixoto | Law Clerk | | | 0.30 | $ 150 | $ 45.00 |
| **SUB-TOTAL PARALEGALS** | | | | 16.80 | | $ 2,520.00 |
| **GRAND TOTAL** | | | | **6,446.00** | | **$ 3,061,169.50** |

**COTCHETT, PITRE & McCARTHY, LLP**
HP DERIVATIVE
Lodestar Report
Inception Through September 16, 2014

| NAME | RANK | TOTAL HOURS | HOURLY RATE | TOTAL FEES |
|---|---|---|---|---|
| Joseph W. Cotchett | Sr Partner | 700.20 | $ 900 | $ 630,180.00 |
| Frank C. Damrell, Jr. | Partner | 1.50 | $ 775 | $ 1,162.50 |
| Mark C. Molumphy | Partner | 1,013.90 | $ 700 | $ 709,730.00 |
| Steven N. Williams | Partner | 13.00 | $ 700 | $ 9,100.00 |
| Nancy L. Fineman | Partner | 16.90 | $ 700 | $ 11,830.00 |
| Nanci E. Nishimura | Partner | 16.10 | $ 600 | $ 9,660.00 |
| Matthew K. Edling | Partner | 744.70 | $ 500 | $ 372,350.00 |
| **SUB-TOTAL PARTNERS** | | 2,506.30 | | $ 1,744,012.50 |
| | | | | |
| Aron K. Liang | Sr Associate | 225.60 | $ 415 | $ 93,624.00 |
| Kevin P. O'Brien | Sr Associate | 42.30 | $ 415 | $ 17,554.50 |
| Camilo Artiga-Purcell | Associate | 37.80 | $ 360 | $ 13,608.00 |
| Jennifer Crutchfield | Associate | 621.30 | $ 360 | $ 223,668.00 |
| Bryan M. Payne | Associate | 115.50 | $ 360 | $ 41,580.00 |
| **SUB-TOTAL ASSOCIATES** | | 1,042.50 | | $ 390,034.50 |
| | | | | |
| Ona Bacigalupi | Sr Paralegal | 311.30 | $ 250 | $ 77,825.00 |
| Nirav Engineer | Sr Paralegal | 482.20 | $ 250 | $ 120,550.00 |
| Jaclyn Verducci | Sr Paralegal | 6.00 | $ 250 | $ 1,500.00 |
| Zyres Aronce | Paralegal/Case Asst | 75.00 | $ 225 | $ 16,875.00 |
| Chris Cooke | Paralegal/Case Asst | 1,036.80 | $ 225 | $ 233,280.00 |
| Alanna Kehoe | Paralegal/Case Asst | 21.50 | $ 225 | $ 4,837.50 |
| Mayce Keilo | Paralegal/Case Asst | 188.50 | $ 225 | $ 42,412.50 |
| **SUB-TOTAL PARALEGALS** | | 2,121.30 | | $ 497,280.00 |
| | | | | |
| **GRAND TOTAL** | | 5,670.10 | | $ 2,631,327.00 |

CP&M, LLP Confidential - 9/16/2014