LAW OFFICES

COTCHETT, PITRE & McCARTHY, LLP

LOS ANGELES

SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577
www.cpmlegal.com

NEW YORK

July 24, 2015

Barbara Espinoza
crbcrd@cand.uscourts.gov
CRBpo@cand.uscourts.gov
Calendar Clerk and Courtroom Deputy
for the Hon. Charles R. Breyer
Courtroom 6, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re Hewlett-Packard Shareholder Company Derivative Litigation*
      **Case No.: 12-cv-06003-CRB**

Dear Ms. Espinoza:

Following this morning's hearing on Plaintiff's Motion for Final Approval of the Third Amended Settlement, you directed us to submit a proposed order reflecting Judge Breyer's ruling with respect to attorneys' fees and expenses to my firm. Please find enclosed a [Proposed] Order Approving Award of Attorneys' Fees and Expenses to Cotchett, Pitre & McCarthy LLP.

Judge Breyer stated that his award would be based on my firm's lodestar, and indicated that the lodestar was $2,631.327. I then stated that this lodestar amount only reflected work as of September 2014, and asked that the Court's award reflect work performed to date. As of June 16, 2015, my firm's lodestar was $3,061,169, as described in our Motion papers. *See* Motion (dkt. 365) at 23:16-20; Decl. of Mark C. Molumphy (dkt. 365-1) at ¶¶73-75 and Ex. C. Judge Breyer took my request under submission.

Accordingly, the [Proposed] Order presently has a blank line for the amount of fees, depending on the Court's resolution of this issue. Thank you for your assistance.

Respectfully,

MARK C. MOLUMPHY
*Attorney for Lead Plaintiff Stanley Morrical*

cc: All Parties Via ECF