IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No. 3:12-cv-06003-CRB<br><br>**ORDER GRANTING MOTION OF INTERVENOR VINCENT HO FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND A SERVICE AWARD** |

Now before the Court is Intervenor Vincent Ho's motion for an award of attorneys' fees, reimbursement of expenses, and a service award. Following submissions by counsel for Ho and arguments presented to the Court at the Final Approval Hearing on July 24, 2015, and good cause appearing for the reasons stated at that hearing in open court, the Court hereby GRANTS the motion and awards Ho's counsel $550,149.50 in attorneys' fees, $19,724.22 in expenses, and a service award to Ho in the amount of $5,000. At the hearing, the Court took under advisement the request of Ho's counsel that, in light of the Court's decision not to award a fees multiplier, counsel be able to advise the Court of any additional lodestar incurred in the time since an arbitration of the fees issue in September 2014. Having considered the matter in light of counsel's submissions, the Court declines to issue the requested additional lodestar and expenses of $156,785.62. In light of the facts that Ho has not made (or needed to make) any filings in the Court for over a year or been otherwise involved with the case in that time, and that State counsel (whose involvement in the case in that

time frame has been similarly limited) declined to seek any additional lodestar, the Court concludes that it would be inequitable to award Ho's counsel the requested additional fees and expenses.

**IT IS SO ORDERED.**

Dated: July 30, 2015

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE