ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG (201279)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
      – and –
TRAVIS E. DOWNS III (148274)
BENNY C. GOODMAN III (211302)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
travisd@rgrdlaw.com
bennyg@rgrdlaw.com

Lead Counsel for State Plaintiffs James R. Gould and Leroy Noel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. 12-CV-6003 CRB<br><br>ORDER APPROVING AWARD OF ATTORNEYS FEES AND EXPENSES TO ROBBINS GELLER RUDMAN & DOWD LLP<br><br>Date: July 24, 2015<br>Time: 10:00 a.m.<br>Dept: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | | |

1057413_1

1    On July 24, 2015, the Court held a hearing on the Motion for Final Approval of Third
2 Amended Settlement, which included a request for approval of attorneys and expenses to Robbins
3 Geller Rudman & Dowd LLP. Having considered the Motion, as well as all papers and arguments
4 relating thereto, and for the reasons stated on the record, the Court HEREBY ORDERS that HP shall
5 pay $793,741.00 in attorneys' fees and $108,873.80 in expenses to Robbins Geller Rudman & Dowd
6 LLP.

7    IT IS SO ORDERED.

8
9 DATED: July 30, 2015                    _____
                                          THE HONORABLE CHARLES R. BREYER
10                                        UNITED STATES DISTRICT JUDGE