JOSEPH W. COTCHETT (Cal. SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (Cal. SBN 168009)
mmolumphy@cpmlegal.com
NANCY L. FINEMAN (Cal. SBN 124870)
nfineman@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Lead Counsel for Plaintiff Stanley Morrical,
derivatively on behalf of Hewlett-Packard Company*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION | Master File No. C-12-6003-CRB (EDL) |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **ORDER APPROVING AWARD OF ATTORNEYS' FEES AND EXPENSES TO COTCHETT, PITRE & McCARTHY, LLP**<br><br>Date: July 24, 2015<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6, 17th Floor<br>Hon. Charles R. Breyer |

LAW OFFICES
COTCHETT, PITRE
& McCARTHY, LLP

ORDER APPROVING AWARD OF ATTORNEYS' FEES
AND EXPENSES TO CPM; Master File No. C-12-6003-CRB (EDL)

On July 24, 2015, the Court held a hearing on the Motion for Final Approval of Third Amended Settlement, which included a request for approval of attorneys' fees and expenses to Federal Counsel, Cotchett, Pitre & McCarthy, LLP ("Cotchett Pitre"). Having considered the Motion, as well as all papers and arguments relating thereto, and for the reasons stated on the record, the Court HEREBY ORDERS that:

1. The Court approves an award of attorneys' fees to Cotchett Pitre based on their lodestar amount submitted to the Court, without any multiplier.

2. HP shall pay $3,061,169 in attorneys' fees and $72,948.90 in expenses to Cotchett Pitre.

IT IS SO ORDERED.

Dated: July 30, 2015

                                          HON. CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE