IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS<br>_____ / | No. 3:12-cv-06003-CRB<br><br>**ORDER RE APPOINTMENT OF SPECIAL MASTER FOR REVIEW OF SEALING REQUESTS** |

In response to this Court's Order denying a series of pending administrative motions to file documents under seal (dkt. 411), Hewlett-Packard ("HP") asks this Court to reconsider its decision with respect to a lengthy series of documents containing what HP considers to be "exceptionally sensitive information" that outweighs the public interest in access to information. See HP Response (dkt. 419). The Court finds that in light of the special circumstances of this action due to the extent of the documents sought to be sealed and in particular their complex nature as various records of internal corporate governance, this matter would benefit from the appointment of a Special Master to conduct a review of the motions to seal if HP so consents under Federal Rule of Civil Procedure 53(a). The Court suggests that the requests to seal in the above-entitled matter be referred to the Honorable James Larson (Ret.), JAMS; Two Embarcadero Center, Suite 1500, San Francisco, CA 94111. If appointed, Judge Lason would be Special Master for the limited purpose of preparing a Report and Recommendation on HP's request to seal documents. The parties would have ten days from the date of a Report and

1  Recommendation to file any objections, which the Court would review under the directives
2  of Rule 53. As the party seeking to maintain its own documents under seal, HP would be
3  responsible for bearing the cost of the Special Master and JAMS law clerk as necessary
4  under the customary fees schedules of the JAMS organization.

5      HP is hereby DIRECTED to file a letter within three business days consenting to the
6  appointment of Judge James Larson as Special Master under the terms outlined in this Order
7  or stating any objections.

8  **IT IS SO ORDERED.**

10  Dated: August 10, 2015

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California