# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

**Today's Date:**

### ACCOUNT HOLDER & REQUESTER INFORMATION

| | |
|---|---|
| **Account Holder Name:** | |
| **Billing Address:** | |

| | | |
|---|---|---|
| **City:** | **State:** | **Zip Code:** |
| **Requester Telephone:** | **Requester Email:** | |

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***: *In the fields in this section, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov Screen Receipt or the Payment Confirmation e-mail.*

| | | |
|---|---|---|
| **Pay.gov Tracking ID Number:** | **Fee Type:** | ☐ Attorney Admission<br>☐ Civil Case Filing<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| **Agency Tracking ID Number: 0971-** | | |
| **Full Case Number (if applicable):** | | |

| | |
|---|---|
| **Transaction Date:** | **Transaction Time:** |

| |
|---|
| **Transaction Amount (Amount to be refunded):** |
| **Reason for Refund Request:** |

**Efile** this form using **Other Filings → Other Documents → Application for Refund**. Or see: cand.uscourts.gov/ecf/payments.
For assistance, contact the ECFHelpDesk at ECFHelpDesk@cand.uscourts.gov or 1-866-638-7829 Mon-Fri 9:00 a.m.-4:00 p.m.

| **FOR U.S. DISTRICT COURT USE ONLY** | |
|---|---|
| **Refund Request:** | ☐ Approved<br>☐ Denied<br>☐ Denied - Resubmit Amended Application (see Reason for Denial) |
| Approval/Denial Date: | Request Approved/Denied By: |
| Pay.gov Refund Tracking ID Refunded: | |
| Agency Refund Tracking ID Number: | |
| Date Refund Processed: | Refund Processed By: |
| Reason for Denial (if applicable): | |
| Referred for OSC Date (if applicable): | |

