IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | No. 12-CV-6003-CRB<br><br>**ORDER ADOPTING THE SPECIAL MASTER'S REPORT AND RECOMMENDATION** |

Now before the Court are HP's Motion to Adopt the Special Master's Report and Recommendation on HP's Motion to Seal (dkt. 447) and AJ Copeland's Objections to the Report and Recommendation (dkt. 448). The Court, having considered the papers in support of the Motion, the pleadings and files in this action, and all other matters properly before the Court, being fully advised in the proceedings, and for good cause shown, GRANTS HP's Motion to Adopt the Special Master's Report and Recommendation.

**IT IS SO ORDERED.**

Dated: December 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE