UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, <br><br> STANLEY MORRICAL, <br><br>    Plaintiff - Appellee, <br><br> A. J. COPELAND, <br><br>    Objector - Appellant, <br><br>  v. <br><br> HEWLETT-PACKARD COMPANY; et al., <br><br>    Defendants - Appellees, <br><br> VINCENT HO, <br><br>    Intervenor-Defendant - Appellee. | No. 15-16688 <br><br> D.C. No. 3:12-cv-06003-CRB <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |
| In re: HEWLETT-PACKARD COMPANY SHAREHOLDER DERIVATIVE LITIGATION, <br><br> STANLEY MORRICAL, | No. 15-16690 <br><br> D.C. No. 3:12-cv-06003-CRB <br> U.S. District Court for Northern California, San Francisco |

Plaintiff - Appellee,

HARRIET STEINBERG,

Objector - Appellant,

v.

HEWLETT-PACKARD COMPANY; et al.,

Defendants - Appellees,

VINCENT HO,

Intervenor-Defendant - Appellee.

The judgment of this Court, entered November 28, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7